## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,　　　　　　　　　　　　Case No.  21-20354
　　　　　　　　　　　　　　　　　　　　Magistrate: Anthony P. Patti
vs　　　　　　　　　　　　　　　　　　　Judge: Paul D. Borman

**D-1: KEVIN FORDHAM**,

    *Defendant*.

_____

## **APPEARANCE OF COUNSEL**

    NOW COMES attorney, Jerome Sabbota and hereby enters his appearance as counsel for D-1, Kevin Fordham in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Jerome Sabbota
　　　　　　　　　　　　　　　　　　RIBITWER & SABBOTA, LLP
　　　　　　　　　　　　　　　　　　26862 Woodward Avenue, Unit 200
　　　　　　　　　　　　　　　　　　Royal Oak, Michigan 48067
　　　　　　　　　　　　　　　　　　(248) 543-8000
　　　　　　　　　　　　　　　　　　contact@ribitwersabbota.com
　　　　　　　　　　　　　　　　　　P25892

DATED:  June 7, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing documents with the Clerk of the Court using the ECF System, which will send notification of such filing to the Assistant United States Attorney.

/s/ Jerome Sabbota
Jerome Sabbota
contact@ribitwersabbota.com