UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Kevin Fordham, et al.,

    Defendants.
_____/

Case No. 21-20354

Hon. Paul D. Borman

### Government's Notice of Discovery Disclosure

The United States of America, by and through its attorneys, Saima S. Mohsin, Acting United States Attorney, and Danielle Asher, Brant Cook, and Blake Hatlem, Assistant United States Attorneys for the Eastern District of Michigan, submit this Notice of Discovery Disclosure, and state the following:

1. On July 16, 2021, the government provided 344 documents, totaling approximately 3,200 pages, and related electronic exhibits, in its initial discovery production to discovery coordinator Russ Aoki to provide to all the defendants. Chris Antone, the later-appointed local discovery coordinator, also confirmed that he received these discovery materials and made copies for each defendant. Along with this production, the government provided an index that details the Bates Numbers (21cr20354-000001 through 21cr20354-003180), the filename (with a description of the document), and the related electronic exhibit number, file name, and corresponding Bates Numbers, where

applicable. (Ex. 1). Additionally, the discovery documents are searchable, so counsel can search by name, address, phone number, or a similar search term to identify related documents. This production includes, *inter alia*, the following:

   a. Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Reports with summaries of pertinent jail calls and the corresponding jail calls;

   b. ATF Reports detailing surveillance and the corresponding surveillance video and/or photos;

   c. ATF Reports of, and items seized during federal search warrants;

   d. ATF Reports detailing pertinent social media posts and the corresponding social media pages;

   e. Michigan Department of Corrections ("MDOC") documents and reports;

   f. Subpoena requests and the corresponding responses for cell-phone information, including call-detail records; and

   g. Local police reports detailing pertinent arrests and crimes associated with the Almighty Vice Lord Nation ("AVLN") enterprise, and the corresponding body-camera or traffic-stop videos.

2. On September 14, 2021, the government produced 263 additional documents, totaling approximately 4,800 pages, to both discovery coordinators, Russ Aoki and Chris Antone, to provide to all the defendants. Along with this

production, the government provided an index that details the Bates Numbers (21cr20354-003202 through 21cr20354-008037), the filename (with a description of the document, including phone numbers), and the file type (digital media or document). (Ex. 2). Additionally, the discovery documents are searchable, so counsel can search by name, address, phone number, or a similar search term to identify related documents. This production includes, *inter alia*, the following:

   a. Recorded jail calls, including call logs;

   b. Police reports, including related warrants, social media posts, and cell-phone records;

   c. MDOC documents;

   d. Surveillance photos; and

   e. Search warrant photos.

3. On September 24, 2021, the government supplemented its September 14, 2021 production with an additional 176 documents, totaling approximately 450 pages, approximately 276 placeholders detailing the Bates Numbers and contents of the electronic evidence files, and relevant electronic evidence, totaling approximately 1.5 terabytes.[1] The government sent a hard drive

---

[1] The government initially estimated that this would total approximately 2 terabytes (*see* ECF No. 478: Gov't Resp., PageID.2069), but discovered that estimate included several duplicate materials. The total produced, without the duplicate materials, is approximately 1.5 terabytes.

containing this supplemental discovery via Fed-Ex two-day shipping to Russ Aoki on September 24, 2021. The government also mailed a hard drive containing this supplemental discovery via Fed-Ex two-day shipping to Chris Antone on September 28, 2021. Both discovery coordinators have confirmed that they received this production on September 30, 2021. Along with this production, the government provided each discovery coordinator with an index that details the Bates Number, file description, and the Bates Number for the corresponding placeholder.[2] (Ex. 3). This production includes, *inter alia*, the following:

a. T-III wire and electronic intercepts;

b. Recorded jail calls;

c. Jail call logs detailing the number dialed, date, time, file name, recipient name, and other miscellaneous information about the call;

d. Social media returns;grea

e. Search warrant videos and photos;

f. Call-detail records and subpoena returns for cell-phone information;

g. Cell-phone location information;

h. Inmate emails; and

---

[2] Several items in the index do not include the Bates Number information for the related placeholder. The government will provide the discovery coordinators with that information once they are available.

   i. MDOC documents.

4. So far, the government has produced a total of 884 documents, and 446 digital-media exhibits, ranging from Bates Numbers 21cr20354-000001 through 21cr20354-008610.  The government is currently working with defense counsel to obtain a stipulation and protective order for the third discovery production, which includes more sensitive discovery materials.  The government is also preparing defendant-specific productions, which it will make on a rolling basis as the materials are catalogued, redacted of sensitive information, and indexed.  This production will include items like cell-phone extractions and the individual's statements.

5. In total, the government estimates that there are more than 21,000 discoverable pages, more than 3,000 calls, approximately 200 gigabytes of video recordings, at least 30 social media returns, and approximately 1 terabyte of cell-phone extractions, totaling approximately eight to nine terabytes of discovery.  The government is aware of its discovery obligations, is complying with the same, and will continue to do so, as it catalogues, redacts, and indexes, the extensive discovery involved in this case.

Respectfully Submitted,

Saima S. Mohsin
Acting United States Attorney

/s Danielle Asher
Danielle Asher
Brant Cook
Blake Hatlem
Assistant United States Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211
(313) 226-9518
danielle.asher@usdoj.gov
brant.cook@usdoj.gov
blake.hatlem@usdoj.gov

## Certificate of Service

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to the attorneys of record.

*/s Danielle Asher*
Danielle Asher
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9518
danielle.asher@usdoj.gov