UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              Case No. 21-cr-20354

vs.

                                    HON. Jonathan J.C. Grey

D-25 KENNETH JOHNSON

                Defendant.

---

**BRIEF IN SUPPORT OF
11/30/23 ORAL MOTION FOR ORDER COMMANDING
GOVERNMENT TO COMPLY WITH JENCKS REQUIREMENTS
AND FEDERAL RULE OF CRIMINAL PROCEDURE 26.2**

At the end of the Court's session on 11/30/23, and in advance of ATF Special Agent Joseph Nether completing his testimony on direct, the Defendants moved this Honorable Court to Order the government to produce statements in compliance with 18 U.S.C. 3500 (Jencks Act) and Federal Rule of Criminal Procedure 26.2. The government is opposed to performing its obligations under the Act and Rule.

The Agent has testified multiple times throughout trial, giving meaning to words and phrases as used in other cases and by other people, based on his training

and experience.  Below are the words and phrases that were part of the subject matter

of the Agent's testimony.

## JURY TRIAL TRANSCRIPTS- VOLUME 11
## TUESDAY, NOVEMBER 21, 2023 (ECF NO. 1336)

**ECF No. 1336 PageID.11313-11314**

Exhibit 3857: Call from Kenneth Johnson to Aaron Knight on 8/3/19
- **"Cop it, flip it, stack it"**

```
14   BY MS. SMITH:
15   Q.  In your training and experience, Agent Nether, have you
16   heard the term "cop it, flip it, stack it" before?
17   A.  Yes.
18   Q.  Have you heard it many times?
19   A.  I have.
20   Q.  And in your training and experience, what does "cop it,
21   flip it, stack it" refer to?
22   A.  Well, "cop it," I've used that doing undercover work.  It
23   basically means to buy it.  "Flip it" means once you buy it,
24   turn it into a product that can be sold.  And then "stack it"
25   is referring to stack your money.
```

```
1    Q.  And what does "it" refer to?
2    A.  Well, based on the context of the phone calls and --
3    Q.  Well --
4            MR. MACHASIC:  Objection.  Objection, your Honor.
5            MS. SMITH:  I'll ask it a different way.
6    BY MS. SMITH:
7    Q.  When you use that terminology in your undercover work, what
8    are you referring to?
9            MR. MACHASIC:  Objection --
10           THE WITNESS:  When I'm using --
11           MR. MACHASIC:  Objection.  It is irrelevant.  Also, it
12   is not for this agent to interpret the meaning in this context.
```

3

**ECF No. 1336 PageID.11315**

Exhibit 3827B: Call from Robert Young to Kenneth Johnson on 12/5/19
- **"Knotted up"**

```
16   BY MS. SMITH:
17   Q.  Agent Nether, in your training and experience, have you
18   heard the term "knotted up" before?
19   A.  Yes.
20   Q.  And in your training and experience, what is "knotted up"
21   in the drug trade?
22   A.  That just means you have a lot of money.
```

**ECF No. 1336 PageID.11316**

Exhibit 3828B: Call between Treandis Jamison and Kenneth Johnson on 12/20/19
- **"Boy and girl"**

```
19   BY MS. SMITH:
20   Q.  Agent Nether, I think you testified previously, but in your
21   training and experience, have you heard the term "boy and girl"
22   before?
23   A.  Yes.  Every time I've used that term or heard it used, it
24   was referring to heroin.
```

## ECF No. 1336 PageID.11322

- **"Spot"**

```
 4   BY MS. SMITH:
 5   Q.  Agent Nether, we've heard the term "spot" throughout this
 6   trial.  Are you familiar with the word "spot"?
 7   A.  Yes, I've heard it.
 8   Q.  And in your training and experience, how is a spot
 9   utilized?
10   A.  A spot can be utilized by narcotics traffickers to kind of
11   insulate their actual life away from where they are selling
12   drugs.  So they may live in a specific location at times, and
13   they may have another location that they may call a spot, a
14   trap house -- there's some other terms -- but where they
15   actually sell the narcotics from or have other individuals that
16   they sell narcotics with.  And this is the location where they
17   would sell from.
```

## JURY TRIAL TRANSCRIPTS- VOLUME 3
## WEDNESDAY, NOVEMBER 8, 2023 (ECF NO. 1312)

**ECF No. 1312 PageID.9263**

Exhibit 139: Facebook messages between Aaron Knight and Jamel Kamar Nelms on 1/20/20

- **"How much its clean"**

```
2   Q.  And in those 22 years have you, in your training and
3   experience, heard references to firearms being "clean"?
4   A.  Yes.
5   Q.  And in your training, experience, what does that mean when
6   a gun is "clean"?
7   A.  It means it hasn't been used to shoot somebody.
```

**ECF No. 1312 PageID.9220**

Exhibit 107, pg. 36: Facebook messages between Kenneth Johnson and Charles Johnson Jr. on 4/29/20

- **"Cuzo who got sum Crud I'm 15 n Van Dyke"**

```
2   Q.  And in your training and experience, what does "crud"
3   commonly refer to?
4   A.  It's marijuana.
```

**ECF No. 1312 PageID.9222**

Exhibit 107, pg. 36: Facebook messages between Kenneth Johnson and Charles
Johnson Jr. on 4/29/20

- **"I got sum glue right now"**

```
10  ║ Q.  What about the word "glue"?  In your training and
11  ║ experience as both an agent and undercover, have you heard this
12  ║ term used in the past?
13  ║ A.  Yes, I have.
14  ║ Q.  And in reference to narcotics trafficking, what is this
15  ║ term referring to in your opinion?
16  ║ A.  It's still in reference to a type of marijuana.
```

**ECF No. 1312 PageID. 9281**

Exhibit 240, pg. 56: Screenshot image of a Tiktok video of Jovan Wilhite on
2/17/21

- **"When you see the homie you fronted work to"**

```
14  ║ Q.  And in your training and experience, what does "fronted"
15  ║ refer to?
16  ║ A.  It refers to when you provide somebody with narcotics
17  ║ without payment, and you expect that person to then go out and
18  ║ sell those narcotics and then give you the payment after it's
19  ║ been sold.
```

| JURY TRIAL TRANSCRIPTS- VOLUME 2 |
| :---: |
| **TUESDAY, NOVEMBER 7, 2023 (ECF NO. 1311)** |

**ECF No. 1311 PageID. 9113**

Common words for powder cocaine and crack cocaine
- **"Soft, girl, hard, white, hard girl"**

```
12   Q.  Let's start with cocaine.  Are there types of common words,

13   in your training and experience, that individuals use when they

14   mean cocaine?

15   A.  Yes.  You could utilize -- I've heard "soft."  I've heard

16   "girl."  Sometimes you will put another female name in front of

17   it, to say that it's a girl.  But those are some of the common

18   terms.  I mean, there's different terms when you're talking

19   about weights.  But when it comes to just cocaine, usually I

20   would see "soft" or "girl."

21   Q.  What about crack cocaine?

22   A.  Crack cocaine, you would literally -- a lot of people would

23   say "hard."  You would still also say "white," I mean, because

24   of the color of it.  But it would still be "girl" too.  But you

25   could say "hard girl," so somebody knows you're talking about
```

**ECF No. 1311 PageID. 9114**

Common words for heroin
- **"Boy, food, dog food"**

```
2    Q.  What about heroin?
3    A.  Heroin, typically you would say "boy."  You would also say
4    "food" or "dog food," because it appears to be that color.
5    Sometimes it's brownish, so that's why they use that.  And
6    those are the typical terms you would hear for that.
```

**ECF No. 1311 PageID. 9114**

- **"Bag on the floor"**

```
7    Q.  Have you heard the term, in your training or experience,
8    "bag," or "bag on the floor"?
9    A.  I have.
10   Q.  What, in your training and experience, does that refer to?
11   A.  When it comes to drug trafficking, when somebody is saying
12   there's a bag on the floor, it means you have narcotics to
13   sell.
```

**ECF No. 1311 PageID. 9114**

- **"Work"**

```
14   Q.  Is that sometimes referred to as "work"?
15   A.  "Work" is a term for, typically, hard drugs that you're
16   trying to sell.  If somebody says they have work for sale or
17   they have work on the floor, they're usually talking about
18   either cocaine or heroin.  But "work" does refer to narcotics.
```

**ECF No. 1311 PageID. 9117**

Exhibit 103, pg. 16: Facebook messages between Terry Douglas and Jovan Wilhite
- **"Got u self how much for a ball"**

```
 4    Q.  In your training and experience, have you heard the term
 5    "ball" before?
 6    A.  Yes, I have.
 7    Q.  What does "ball" refer to?
 8    A.  "Ball" refers to a quantity of narcotics.  That quantity
 9    could be different based on what narcotic you're talking about.
10    Typically it's referring to an eighth of an ounce.
```

**ECF No. 1311 PageID. 9184**

Exhibit 151, pg. 22: Facebook messages between Eddie Reid and Marcilus Page on 8/15/18
- **"Truly…you got molly on deck because its niggaz over here needed"**

```
13    Q.  In your training and experience, have you heard the term
14    "molly" before?
15    A.  I have.
16    Q.  And in your training and experience, do drug traffickers
17    refer to a specific drug as "molly"?
18    A.  Yes.  It's a type of ecstasy, MDMA.
```

**ECF No. 1311 PageID. 9185**

Exhibit 151, pg. 22: Facebook messages between Eddie Reid and Marcilus Page on 8/15/18

- **"Nope ill have some e in a couple days. Just school buses right now."**

```
 7  Q.  Are you, in your training and experience, familiar with the
 8  term "school buses" as it relates to narcotics trafficking?
 9  A.  I am.
10  Q.  And what in your training, experience have you seen "school
11  buses" to refer to?
12  A.  I've had that -- I've seen that referred to as different
13  type of pills, specific type of pills.
```

**ECF No. 1311 PageID. 9108**

Exhibit 157, pg. 17: Facebook messages between Devan Turner-Bankhead and Manuel Noriega on 7/3/19

- "U know who need stics?"

```
14  Q.  In your training and experience, have you heard the term
15  "stics" before?
16  A.  Yes, numerous times.
17  Q.  And in your training and experience, what does that refer
18  to?
19  A.  Stics refer to guns.
```

**ECF No. 1311 PageID. 9100**

Exhibit 101, pg. 17: Facebook messages between Eddie Reid and Connor Craparotta on 8/30/19

- **"Bring the grill too"**

```
 3   Osomobb states, "Bring a grill too."  Oso Nitti responds, "I
 4   gotchu."
 5   Q.  In your training and experience, have you heard the term
 6   "grill" before?
 7   A.  Yes.
 8   Q.  And in your training and experience, do you know what a
 9   "grill" might be referring to?
10   A.  Well, in this context it would be difficult to determine
11   what they were referring to.
12   Q.  Let's look at the next slide then.  What is the next entry
13   there?
14   A.  It's a -- Twellve Osomobb has a picture of, it looks like,
15   a squirt gun emoji.  And then Oso Nitti states, "Oh, ok."  And
16   then Twellve Osomobb states, "Fasho."  And then Oso Nitti
17   states, "I gotta hit joy rd if u want that kind of grill."
18           So based on the entire context of the conversation,
19   they're discussing a gun.
20   Q.  Have you heard the term "grill" used for a firearm before?
21   A.  I have.
```

**ECF No. 1311 PageID. 9099**

Exhibit 3613: Call between Kevin Fordham and unidentified female on 2/23/21
- **"Strap"**

```
1   Q.  Before we discuss what's in this exhibit, I want to ask you

2   a follow-up question to the last call.  In your training and

3   experience, Special Agent Nether, have you heard the term

4   "strap" before?

5   A.  Yes, a lot.

6   Q.  And are you familiar with what a strap is?

7   A.  A strap is a gun.
```

| JURY TRIAL TRANSCRIPTS-<br>TUESDAY, NOVEMBER 28, 2023 |
|:---:|

**Pgs. 76-77**

Exhibit 3683: Phone call between Kevin Fordham and Roy Averette on 4/13/21
- **"Watch the sunset"**

```
19   BY MS. SMITH:
20   Q.  In your training and experience, have you heard the term
21   "watch the sunset" before?
22   A.  Yes, I have.
23   Q.  Where have you heard that before?
24   A.  So I've -- I've been involved in numerous murder-for-hire
25   investigations.  I've done them myself, as somebody who's
```

```
1    actually posed as somebody getting ready to kill somebody.  And
2    there are certain code words that you would use at times to not
3    specifically say you want to kill that person.
4         And I've heard these words said in previous
5    investigations, so that's why I was concerned on what they were
6    actually talking about in this call.
```

14

**Pgs. 153-154**

Exhibit 3860: Phone call between Kenneth Johnson, Henrae Woodard, and
Emanuel Williams on 6/14/20
- **"Birthday party"**

```
 8   Q.  And what is -- in your training and experience, in your

 9   undercover work, what is a birthday party?

10   A.  A birth --

11          MR. MACHASIC:  Your Honor, I'm going to object at this

12   point.  I think it is irrelevant.  I think there is also an

13   improper foundation for him to give an opinion regarding the

14   term at this point.
```

```
 1          You may respond to the question.

 2          THE WITNESS:  So in my experience in doing undercover

 3   work, I've done undercover work with other gangs.  I have

 4   pretended to be a member of another gang.  And we have used the

 5   terminology "birthday party," and it was talking about killing

 6   somebody.
```

15

## Pg. 108

Exhibit 3809: Phone call between Antoine Simmons and Duran Woods on 10/21/16

- **"On hold"**

```
11   Q.  Are you familiar, through your investigation and the

12   literature in this case, what "on hold" means?

13   A.  Yes.  "On hold" is when somebody has a particular rank but

14   that rank is put on hold and it's not -- it's not an official

15   rank anymore.  And you can get that rank back, but if you're on

16   hold -- because Drama was a chief out on the streets.  He was a

17   Universal Elite, but when he went to prison, he was -- that

18   rank was put on hold.  He no longer had that rank.
```

These formed part of the subject matter of the Agent's testimony.

18 U.S.C. 3500 provides,

> **(a)** In any criminal prosecution brought by the United States, no statement or report in the possession of the United States which was made by a Government witness or prospective Government witness (other than the defendant) shall be the subject of subpoena, discovery, or inspection until said witness has testified on direct examination in the trial of the case.
>
> **(b)** After a witness called by the United States has testified on direct examination, the court shall, on motion of the defendant, order the United States to produce any statement (as hereinafter defined) of the witness in the possession of the United States which relates to the subject matter as to which the witness has testified. If the entire contents of any such statement relate to the subject matter of the testimony of the witness, the court shall order it to be delivered directly to the defendant for his examination and use.
>
> **(c)** If the United States claims that any statement ordered to be produced under this section contains matter which does not relate to the subject matter of the testimony of the witness, the court shall order the United States to deliver such statement for the inspection of the court in

camera. Upon such delivery the court shall excise the portions of such statement which do not relate to the subject matter of the testimony of the witness. With such material excised, the court shall then direct delivery of such statement to the defendant for his use. If, pursuant to such procedure, any portion of such statement is withheld from the defendant and the defendant objects to such withholding, and the trial is continued to an adjudication of the guilt of the defendant, the entire text of such statement shall be preserved by the United States and, in the event the defendant appeals, shall be made available to the appellate court for the purpose of determining the correctness of the ruling of the trial judge. Whenever any statement is delivered to a defendant pursuant to this section, the court in its discretion, upon application of said defendant, may recess proceedings in the trial for such time as it may determine to be reasonably required for the examination of such statement by said defendant and his preparation for its use in the trial.

**(d)** If the United States elects not to comply with an order of the court under subsection (b) or (c) hereof to deliver to the defendant any such statement, or such portion thereof as the court may direct, the court shall strike from the record the testimony of the witness, and the trial shall proceed unless the court in its discretion shall determine that the interests of justice require that a mistrial be declared.

**(e)** The term "statement", as used in subsections (b), (c), and (d) of this section in relation to any witness called by the United States, means--

**(1)** a written statement made by said witness and signed or otherwise adopted or approved by him;

**(2)** a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by said witness and recorded contemporaneously with the making of such oral statement; or

**(3)** a statement, however taken or recorded, or a transcription thereof, if any, made by said witness to a grand jury.

Interestingly, the government sought the protections of subsection (a) in withholding large quantities of discovery until shortly before trial, yet now denies its obligations under the remainder of the Acts' provisions. Subsection (b) mandates that the Court "shall, on motion of the defendant, order the United States to produce

any statement (as hereinafter defined) of the witness in the possession of the United States which relates to the subject matter as to which the witness has testified." Anticipating that the government may split hairs and argue that an entire statement was not on a single topic and so was not subject to production, Congress drafted subsection (c) to address the procedure when only a portion of the statement was on a subject matter to which the witness testified.  The government must identify those statements in which only a portion is on the subject matter of testimony, produce those for the Court's inspection, and "[u]pon such delivery the court shall excise the portions of such statement which do not relate to the subject matter of the testimony of the witness. With such material excised, the court shall then direct delivery of such statement to the defendant for his use."  It is incumbent on the government to seek, identify, and produce these statements and to identify those that may partially relate to the subject matter of the witness's testimony.

A "statement" is defined as,

**(1)** a written statement made by said witness and signed or otherwise adopted or approved by him;
**(2)** a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by said witness and recorded contemporaneously with the making of such oral statement; or
**(3)** a statement, however taken or recorded, or a transcription thereof, if any, made by said witness to a grand jury.

Federal Rule of Criminal Procedure 26.2 is much the same and states,

**(a) Motion to Produce.** After a witness other than the defendant has testified on direct examination, **the court**, on motion of a party who did not call the witness, **must order** an attorney for the government or the defendant and the defendant's attorney to produce, for the examination and use of the moving party, any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony.

**(b) Producing the Entire Statement.** If the entire statement relates to the subject matter of the witness's testimony, the court must order that the statement be delivered to the moving party.

**(c) Producing a Redacted Statement.** If the party who called the witness claims that the statement contains information that is privileged or does not relate to the subject matter of the witness's testimony, the court must inspect the statement in camera. After excising any privileged or unrelated portions, the court must order delivery of the redacted statement to the moving party. If the defendant objects to an excision, the court must preserve the entire statement with the excised portion indicated, under seal, as part of the record.

**(d) Recess to Examine a Statement.** The court may recess the proceedings to allow time for a party to examine the statement and prepare for its use.

**(e) Sanction for Failure to Produce or Deliver a Statement.** If the party who called the witness disobeys an order to produce or deliver a statement, the court must strike the witness's testimony from the record. If an attorney for the government disobeys the order, the court must declare a mistrial if justice so requires.

**(f) "Statement" Defined.** As used in this rule, a witness's "statement" means:

**(1)** a written statement that the witness makes and signs, or otherwise adopts or approves;

**(2)** a substantially verbatim, contemporaneously recorded recital of the witness's oral statement that is contained in any recording or any transcription of a recording; or

**(3)** the witness's statement to a grand jury, however taken or recorded, or a transcription of such a statement.

**(g) Scope.** This rule applies at trial… (emphasis added).

Given that the parties have been unable to reach agreement, and the government has rejected the Defendant's offer to compromise regarding the materials requested, the Defendants now request an order that requires the

government to produce all "statements" within the meaning of 18 U.S.C. 3500 and Rule 26.2 by Agent Nether that are related to the above-referenced words and phrases, their meaning(s), and his training and experience related to these words and phrases.[1]  If Agent Nether has no prior statements on the subject matter of one or more of the words or phrases, he should be required to state that prior to cross examination.

Respectfully submitted,

/s/ Ryan H. Machasic
32121 Woodward Ave., PH9
Royal Oak, MI 48073
586.914.6140
ryan@machasiclaw.com

---

[1] These materials were originally requested in July of 2021 (Discovery Requests and Notices, ECF No. 368, PageID 1356).

## <u>CERTIFICATE OF SERVICE</u>

I, Ryan H. Machasic, hereby certify that on 30 November 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: attorneys of record.

Respectfully submitted,

/s/ Ryan H. Machasic