Exhibit 2945
3/16/2021
Participants: CI-27016, Kevin Fordham, Harith Hunter
ATF Item E-130

**[CLIP A: 7:22-11:44]**

FORDHAM: What's up Brody?

CI-27016: Shit.  Mighty.

FEMALE: How you doing?

FORDHAM: How you doing?  You alright?

CI-27016: You said thirteen?

FORDHAM: Yep

FEMALE: [U/I]

FORDHAM: [U/I] You going out of town wit' em? Up north

CI-27016: Huh?

FORDHAM: I mean where you sellin' em'? Up, which a call it?

CI-27016: Going down to Lansing. I be going to Lansing

FORDHAM: You goin' to get over, over, over. On that shit.

CI-27016: Shit, I should be done if it's, if it's straight cause I got some shit.

FORDHAM: It's tight

CI-27016: I got some shit from them yesterday.  That shit went…like that.

FORDHAM: It's tight.  Let me know.  I'm on.

CI-27016: Alright, and you can congratulate me now too.

FORDHAM: What happened?

CI-27016: I got Detroit.

FORDHAM: Oh okay.  No doubt.

CI-27106: They gave…They gave Odd Ball…They gave him um the State

FORDHAM: Who Odd Ball?

CI-27106: because of the situation with Drama

FORDHAM: I don't know Odd Ball like you do.  I'd, I would have rather them gave you the state then him. You know um

CI-27016: I'm trying man. I'm just…

FORDHAM: See what it is man, they got to….They got to come down here and actually meet the guys.  You know what I'm saying

CI-27016: I told him that

FORDHAM: Yeah [U/I]

CI-27016: Odd Ball he uh…Odd Ball on the east side

FORDHAM: I know.  Well you know I know him from when you was telling me about him and I think he was fuckin' with uh…I seen him once from um Kaos, he was with Kaos before.

CI-27016: Yep

FORDHAM: But then he had turnt against Kaos.

CI-27016: [Let me see you lighter- side conversation] Yeah n' that's…That's the thing [You got a lighter on you? – side conversation]

FEMALE: [You got my lighter back there- side conversation]

Exhibit A

CI-27016: [Where? Oh I do got it.  Damn my shit broke – side conversation]

FORDHAM: I don't know bro. If, if shit don't work out dawg.  You know all you got to do is come to me I'll put my name in the pot for you to get the state.  Cause I would have rather you got the state then him.  You know what I'm saying.  You know, let me know how it pan out.

CI-27016: Alright.  Fasho.

FORDHAM: Yep

CI-27016: If it's straight man, I'll be right back to you.

FORDHAM: Oh yeah, it's fire. I know you gonna be right back.

CI-27016: Alright fasho.

FORDHAM: Yep, mighty bro.

CI-27016: Mighty well.  [PAUSE] Oh, do dawg shit always be good because I fucked wit' him yesterday

FORDHAM: Who?

CI-27016: and I was gonna get some shit from him? Um Reef.  I fucked him him yesterday

FORDHAM: On that girl shit?

CI-27016: Yeah, I fucked with him yesterday. They was like it's straight.  Cause I was gonna get [U/I]

FORDHAM: It be, it be hittin' it [stutter] it be but, I got, I got one nigga for you, uh, just let me know when you about to get it.

CI-27106: Cause I was for a minute fuckin' with C-4, C-4

FORDHAM: Yeah, I know

CI-27016: He don't never show me no love

Exhibit A

FORDHAM: Yeah

CI-27016: I'm like dawg, I been fuckin' wit' you for a minute

FORDHAM: My mans, I got my one little mans. He got…he plugged, well he a big dude so and they shit always right if it ain't, he'll take it back, you know what I'm saying

CI-27016: Cause I'm bout to go see what he talkin' about.  I been calling him all yesterday.  He was supposed to get the number

FORDHAM: [Stutter] What you was looking for on that?

CI-27016: A zip [PAUSE] It's from yesterday.  I done forgot my cigarettes

FORDHAM: Cause I know, I know, Reefy fuck with the little guy I know but over, ya know, it be hit n miss sometimes I guess

CI-27016: Right.  What time is it.  3:14

FORDHAM: You want soft? [U/I]

CI-27016: Hard

FORDHAM: Hard.  [Hey Brody. You wouldn't happen to have one of the, one of the [U/I] hard around would you? Uh huh. Okay, shit uh, my little bro right here right now, he wanted one. Naw what's the ticket? Okay hold on – side conversation]. Sixteen?

CI-27016: Sixteen ill do.

FORDHAM: [Yep – side conversation]

CI-27016: I'll come right back.

FORHHAM: [Yep. You know I'm straight on it bro, you know I'll just get you the money cause this my little bro.  I ain't trying to tax him – side conversation] Okay, he say he fixin' to drop it in the water for you right now, don't go nowhere.

CI-27016: I got to go get the bread. I didn't bring enough

FORDHAM: Where you got to go get the bread from?

CI-27016: Home.  I'll be back

FORDHAM: Okay, Okay. Yep.  [He said go to drop it.  He fixin' to go get the bread. Alright.  Yep – side conversation]  Alright brody.

CI-27016: Drop this off

FORDHAM: Yep.  And I know it's A-1

CI-27016: Alright


**[CLIP B: 15:50-18:55]**

CI-27106: When the next time we having a Universal?

FORDHAM: Uhhhh, shit, we got to get everybody back together.  I got to figure out which other houses, you know what I'm saying

16:00-16:46 GENERAL CONVERSATION

CI-27016: Who do we bring…we don't bring our Enforcers or nothing?

FORDHAM: Naw

CI-27016: Just us?

FORDHAM: Nope.  Just you or you know either your, your uh, if you can't make it, your first. Yep.  You know what I'm saying.

CI-27016: Ball on the board?

FORDHAM: Man.  I be trying to get Juan to come to that motherfucker

CI-27016: He be talkin' shit

FORDHAM: Juan his number two.  Ball be on some bullshit man.

CI-27016: *laughing*

FORDHAM: You can't have a meeting with that nigga, cause he want to come interrupting with some dumb shit.  He like Ball chill out man. Chill out man.  Naw man, uh, so we told that nigga

CI-27016: So how is it as far as the order.  Since it's all Universal's.

FORDHAM: You can't.   When we have the Universal goal, he got to have Juan come speak for him.

CI-27016: But I'm saying like.  Do we just address like our issues

FORDHAM: Basically, we be drawing on trying to get the unity together among brothers like you say.  If niggas got problems or issues with each other, we try to iron that out you know amongst whoever got an issue with them and we just trying to strive and get businesses and shit

CI-27016: Cause right now we don't got, we don't got none right now

FORDHAM: Right.  Now I mean, now the issues amongst y'all houses, you know y'all

CI-27016: Okay

FORDHAM: Y'all take care of y'all own issues amongst the house

CI-27016: Okay

FORDHAM: But if it's an issue with two branches beefing or got in an argument or conflict.  You know we iron that shit out.  You know what I'm saying?

CI-27016: Yeah, we ain't got no issues

FORDHAM: I had fell back on having Universal Goals for a minute because I ain't start to trust them Unknowns man.  You know what I'm saying.

Exhibit A

CI-27016: Fuck they do? Is it…

FORDHAM: Man you know Justice uh, they got caught on that motherfuckin' shit going into the prisons.  Sending um, that work in the prison and then

CI-27016: Yeah, I ain't hear nothing about it.

FORDHAM: Then soon as that, the nigga Hollywood come out here talkin' he got some shit now, we like we ain't never seen you in y'all life dawg.

FEMALE: *laughing* Gorilla

CI-27016: I haven't met him yet. Uh

FORDHAM: I seen the nigga one time [U/I]

Exhibit 2960
4/26/2021
Participants: CI-27016, Kevin Fordham
ATF Item E-150


**[CLIP A: 9:37-11:06]**

FORDHAM: Catch up to her?

CI-27016: Huh?

FORDHAM: You catch up to her?

CI-27016: Yeah yeah.

FORDHAM: [U/I] around the corner.

CI-27016: Count the bread.

FORDHAM: I'm fixin' to call him and make sure. I'm going to tell him I'm on the way, though.  [On phone] What up, P?  You.  Alright, well he 'bout to come to the house and get it.  Cuz I'm shootin' a move.  Alright.  Okay.  What up, do'?  You ready for me?  Okay.  Come to the house?  Or you wanna slide down on me?  Okay.
[To CI-27016] He's right around the corner.  He be right here in 'bout 3 to 5 minutes.  I can take care of Reef, too.

CI-27016: Yeah, I had called him, cause you ain't call me.

FORDHAM: Yeah [U/I] I know you good, I just wanna, you know, make sure

CI-27016: For sure.

**END**

**[12:33-21:12]**

FORDHAM: [On phone] What up do', bro?  Uh-huh.  [U/I] to the house?  Okay, no doubt.  Yep. Which one mine bro?  You don't know which one is mine?  Okay.  Okay.  He is?

CI-27016: Count it.

FORDHAM: [U/I] there you go.  You [U/I]

CI-27016: You gotta count your bread.  I ain't

FORDHAM: True, true, but still.  Nigga, c'mon.

CI-27016: It ain't about that, this business.

FORDHAM: Trust me bro [U/I] You solid.  I feel you, though.

CI-27016: Yeah you fucked me up now that I fuckin', I called Reef.

FORDHAM: Uh-huh.

CI-27016: I don't fuck with him.  I don't wanna make it bad business.  But, I needed it anyway, so…gotta make me, gotta get rid of that quick anyway.  But if I fucked up [U/I] this shit right here…

FORDHAM: Alright, I'm ready. Going right around the corner.

CI-27016: Go around the corner?

FORDHAM: Mmhmm.

CI-27016: Where I'm goin'?

FORDHAM: Right here on uh, matter fact it's four houses off of, off Florence, but you can go around right around this way.

CI-27016: Florence…

Exhibit A

FORDHAM: [U/I] what you working with.  That's that mothafucka Za'Za's.

CI-27016: I don't smoke, so

FORDHAM: Oh, okay.

CI-27016:  I be having to let my wife [U/I]

FORDHAM: Yeah, [U/I] I don't smoke either, but I be like damn.  That why I be let my wife. I let my wife hit it, then I let my man around the corner hit it. [U/I]

CI-27016: He couldn't come over here?  What the fuck.

FORDHAM: He right around the corner.  He got-he said he gotta get ready for a doctor's appointment.

CI-27016: Florence, Florence, Florence, Florence.  Florence.

FORDHAM: Right here, turn on Marlowe.  You know Florence the corner, the corner street down there.  Now turn right here on Marlowe, left

CI-27016: I like to do a one-stop shop.

FORDHAM: Right right.

CI-27016: And get the fuck on.

FORDHAM: He's getting ready for, uh, dentist appointment.  [U/I] It's all fam around here, though, so we ain't got nothing [U/I]

CI-27016: No, it ain't that.  I like, cause of the, because of the, I don't like ridin' with that shit like that.

FORDHAM: Right, right

CI-27016: That's why I usually have my wife with me.

FORDHAM: Uh huh

Exhibit A

CI-27016: They see you and a female…

FORDHAM: Mmhmm.  Got a better chance.

CI-27016: They don't fuck wit' you.

FORDHAM: Right.

CI-27016: Me ridin' by myself, I take my glasses off, take my hat off…

FORDHAM: That's this house right here.  Third house.

CI-27016: Which one?

FORDHAM: This one right here.  Not this one.  That one right there.

CI-27016: The white house?

FORDHAM: Yup, right here.  With the brick.  Right here.  Yup.

CI-27016: This one?

FORDHAM: Uh-huh.

CI-27016: Which driveway?  This driveway or this driveway?

FORDHAM: That one.  That one.  That one.

CI-27016: Tell him to hurry up so I can get the fuck on.

FORDHAM: [U/I]

CI-27016: Oh, shit.

FORDHAM:  That's why he told me to come on.

CI-27016: We on Florence.  Address, 16554.  There's a camera on the house, too.  16554.  It's a light-skinned guy; just came outside.  Can't see his face, yet.  If you can hear me, it's a light-skinned guy that just came outside.

Can't see his face yet.  He got on all black.  They in the back yard.  Okay. He got a beard.

FORDHAM: I should have gave you a bag. Got you a bag or something

CI-27016: No, I'm straight, just like this.

FORDHAM: Okay.

CI-27016: I can get the fuck on.

FORDHAM: You drivin' all the way back to Lansing?

CI-27016: Hm?

FORDHAM: I said you drivin' all the way back to Lansing?

CI-27016: Gotta take my bike

FORDHAM: Takin', ridin', hell yes.

CI-27016: I don't fuckin',

FORDHAM: Smart move.  Smart move.

CI-27016: I always get on my bike.

FORDHAM: Smart move

CI-27016: Cause I can run.

FORDHAM: Smart move. Other then that, everything been good?

CI-27016: Yeah, man.

FORDHAM: I'm trying to get.  I'm trying to get the whole, I'm trying to get everybody back together man, you know what I'm sayin'?  All the branches, see what's going [U/I]

CI-27016: Man

FORDHAM: See what we can work with man

CI-27016: I aint, I got time.  But, I've been gone so much it's like…

FORDHAM: [U/I] You like me man

CI-27016: I'm tryin' to stay out of nigga's way.

FORDHAM: I just want, I just, yeah,  exactly.  Basically that's all it is.  I'm tryin'a, I try to get a connection wit' everybody

CI-27016: He a bro?

FORDHAM: Huh?

CI-27016: He a bro?

FORDHAM: Uh-uh.  He ain't a bro, nah.  You know I fuck with nigga.  I fuck with all type's of niggas.  He a good nigga, though.  Grew up with him.  Well he my lil', lil' nigga.  He aint nothing but like 32

CI-27016: Why you ain't never bring 'em home?

FORDHAM: Shit, [U/I] that nigga bout bread, man.  You know what I'm sayin'?  So you know, some peoples you don't bring 'em home.

CI-27016: True.

FORDHAM: No doubt.  Alright, baby.

CI-27016: Alright, solid

FORDHAM: Yep.  Damn, Reef be walkin' fast as hell.  That nigga prolly done came already.

CI-27016: Where the fuck he at?

FORDHAM: Comin' from Strath.  From his house.  Comin' to get some weed.

CI-27016: Alright.

FORDHAM: Yep.

CI-27016: Tell 'em I uh pop at 'em at uh…tell 'em I pop at 'em in a minute.

FORDHAM: Yup.

CI-27016: Alright.

**END**

Exhibit 2963
5/14/2021
Participants: CI-27106, Kevin Fordham
Exhibit E-150

**[6:30-7:26]**

CI-27016: Count your bread.

FORDHAM: [U/I]

CI-27016: Alright.  Everything, everything.  Catch up wit you.

FORDHAM: Yep, no doubt.

Exhibit 3600
2/6/2021
Participants: Kevin Fordham, Jacqueline Jones
ATF Item E-152, Session 37


**CLIP: 00:05-00:23**

FORDHAM:          Ey bae?

JONES:               Yeah.
                              [VOICES OVERLAP]

FORDHAM:          You wanna serve my little niggers a gram real quick?

JONES:               Who?

FORDHAM:          My little nigga', you know he'll pull up in the driveway in the gray car.

JONES:               What? Okay.

FORDHAM:          Okay, but just, just you ain't even gotta' make nothin' up, just give him one (1) of them uh, them dark boys fuck it. They good on that.

Exhibit A

Exhibit 3602
2/10/2021
Participants: Spoonie Johnson, Kevin Fordham
ATF Item Exhibit E-152, Session 539

**[CLIP: 08:09-08:43]**

JOHNSON:        'Cause I don't know who Drama fucking up.   But he fucking up somebody up too.

FORDHAM:        Ah, man.   Come on.   You already know that.

JOHNSON:        Yeah, that nigga not doing all that time.

FORDHAM:        Hell no.

JOHNSON:        And fuck somebody up. Shit, I hope he take that shit to Chicago.

FORDHAM:        Right, you say what happened?

JOHNSON:        Yeah. I say I hope he take that shit to Chicago.

FORDHAM:        Who? Drama?

JOHNSON:        Yeah.

FORDHAM:        Take what to Chicago?

JOHNSON:        Whoever he fucked up.

FORDHAM:        [LAUGHS]

JOHNSON:        Whoever he fucked up.

FORDHAM:        Right.   Right.

JOHNSON:        Whoever he fucked up take em to the big wigs shit

FORDHAM:        Right.   Right.

JOHNSON:        Your suppliers and all that shit.

FORDHAM:        Right.

Exhibit 3603
2/11/2021

Participants: Antione Coleman, Kevin Fordham
Exhibit E-152, Session 581

[CLIP A: 00:58-2:48]

COLEMAN:          I swear I went just to the store just now.

FORDHAM:          Uh-huh.

COLEMAN:          Man like four five people in the store buy weed from me.
They like dog you still got that same shit.

FORDHAM:          Right.   [Laughs] Exactly, exactly.

COLEMAN:          I said damn.   [Laughs]

FORDHAM:          Exactly.

COLEMAN:          But uh, like I say, I uh, it's still hitting a little better than, you
know what I'm saying?   What--

FORDHAM:          Right.

COLEMAN:          That one you gave me, but it, it something about that this taste
of it or something.   You know what I'm saying.   I don't know, I don't know.
Like I said I'm a go slow and see what's up.   And see--[Voices overlap]

FORDHAM:          Yeah.

COLEMAN:          What the reaction is on where the motherfucker, you know
what I'm saying. Shit like that.

FORDHAM:          Right.   You know, you already know take your time [Stutters]
if--and see what, see what they talking bout first.

COLEMAN:          Yeah.
FORDHAM:          You know what I'm saying?   Yup.

Exhibit A

COLEMAN: So even if I do slip a half, I'll probably just give other half back, If I do end up going through it.

FORDHAM:        Yup.    No doubt.   [Voices overlap]

COLEMAN:        [U/I].   You know what I'm saying, so.

FORDHAM:        No doubt.

COLEMAN:        Either way I s--like I said I'm smoking on it, [U/I] it's not bad. You know what I'm saying?   It's [U/I]--[Voices overlap]

FORDHAM:        Right.   It's the same thing.   I know it, just [U/I] yeah exactly.

COLEMAN:        It ain't that other shit.   [Voices overlap]

FORDHAM:        Exactly.

COLEMAN:        They going   to be like ah, where that shit it.   Compared to when I'm hitting it, I'm like damn.   You know what I'm saying, but--

FORDHAM:        Right.

COLEMAN:        Yeah.   But otherwise it's, I mean it still seem like it's straight, but--[Voices overlap]

FORDHAM:        Yeah.

COLEMAN:        It ain't got that, it got this--

FORDHAM:        It ain't that--right, exactly.

COLEMAN:        It, it ain't that other shit.   I'm sorry.

FORDHAM:        Right.   [Laughs]   Right.

COLEMAN:        That other shit was fire dog.

FORDHAM:        Right, right.

COLEMAN:          I'm sorry.

FORDHAM:          Right, right.

COLEMAN:          Don't tell [U/I].   That Mack One, I don't know that purple, he need the regular Mack One.   He don't need that purple one.

FORDHAM:          Right.

COLEMAN:          That, I think the regular Mack smoke better than the purple one.

FORDHAM:          Uh-huh.

COLEMAN:          Mhm.

FORDHAM:          So what was, was that right there, the purple, you said?

COLEMAN:          I think, I think this had that purple Mack.

FORDHAM:          Uh-huh.

COLEMAN:          Like what you was saying.   That purple Mack.   [Voices overlap]

FORDHAM:          Uh-huh. yeah.

COLEMAN:          That's what I think, cause it's all purple in this shit.

FORDHAM:          Right.

COLEMAN:          It ain't got none of them other bud like it had in them other buds.

FORDHAM:          Uh-huh.

COLEMAN:          I mean that other pound.

FORDHAM:          Uh-huh.

Exhibit A

COLEMAN:          [Coughs] You know.   [U/I].   This [U/I].

FORDHAM:          Right.

COLEMAN:          I think [U/I] all that Mack.

FORDHAM:          No doubt.

COLEMAN:          Cause you can, you can smell it.   This one sweet.

FORDHAM:          Uh-huh.

COLEMAN:          The one that you brought me yesterday was funky.

FORDHAM:          Right it had the funk.   Exactly.


[CLIP B: 5:00-5:16]

FORDHAM:          And then he was like he was like, cause he was like shit well
bro, fuck him, we  just going to start doing Cookie.   I'm like yeah, cause that's all
we got down there on, on this uh, the next [U/I].

COLEMAN:          Yeah.

FORDHAM:          You know what I'm saying?

COLEMAN:          The Cookie is the best.   The Cookie going to sell all the time.
[Voices overlap]

FORDHAM:          Yeah.   That's what, that's what I was telling him.   That's all we
got down in our basement.

Exhibit A

Exhibit 3604
2/12/2021
Participants: Deumauris Gray, Kevin Fordham
ATF Item E-152, Session 737


[CLIP A: 01:37-05:10]

GRAY:              What that nigga, trying to say he had?

FORDHAM:        Talking about he still three (3) stars Universal.   I'm like Nigga, [U/I] ...

GRAY:              [LAUGHS]

FORDHAM:        Talking about some, Talking about, bruh I um, when I left bruh...   I'm like, No. You left, nigga because you was a preacher, nigga. Get that shit up out of here. Then talking about he took a, he got a following, and all that shit, I'm like nigga well, then I was like nigga I don't know where your demonstrating here but you but you ain't but you ain't demonstrating in this [stutters] mother fucker, not in this community.

GRAY:              So this nigga...   I don't understand that shit, bruh.   Why he wait till now to say he a three (3) star, though.   All this time.

FORDHAM:        [LAUGHS] Bruh, that's what I'm saying.   That's what I'm saying.

GRAY:              That don't make sense to me.

FORDHAM:        Nah, and then you know the bruh.   Then you know bruhs is calling me like...

GRAY:               I tell you the truth.

FORDHAM:        Uh-huh.

GRAY:              Tell you the truth, truth.    Never, known [U/I] to be sitting on three (3).   He was sitting on... I'm not gonna lie to you.   I don't... but fuck.

FORDHAM:        I know, bruh.   You know I know.   You know I know.

GRAY:           I don't think he ever had no three (3) , though but I...

FORDHAM:        Nah, hell no.   See, that's the point, these niggas... that's why you know they goofy 'cause they don't know how strong a three (3) is.   You know I'm sayin'?

GRAY:           [U/I] See I'm, I'm saying... I've never known him to... I was three (3), he was two (2) and then I went to four (4).

FORDHAM:        Right.   Right.

GRAY:           But that's [U/I] he [audio breaks] [U/I] Fouche wasn't around no more.

FORDHAM:        Exactly.   Exactly.   [U/I] Bro told me I'm like, Man, look, let me tell you something.    I was like, Nigga I know what bruh told me .   Nigga, it is what it is. You keep on saying that, whatever.. I was like, When they put the wrath on you, you don't say nothing.

GRAY:        [LAUGHS]

GRAY:        To tell the truth, anything that nigga [U/I] I wouldn't let people sit on that shit.   They all, they all [U/I] that shit.   [U/I]

FORDHAM:        Right.

GRAY:           [U/I] [Echo]

FORDHAM:        Right.

GRAY:           [U/I] this is the thing.

FORDHAM:        Exactly.   Exactly.

GRAY:           [U/I]

FORDHAM:        Right.   Right.

GRAY:　　　　　　So, that shit can't stand no where

FORDHAM:　　　　Yeah and I told him, With all due respect.   I was like, with all due respect, bruh, my chief... Nigga, I know what he told me to do.   Nigga, I was like, Nigga, I got to handle this shit now . Now know, You not gonna come interrupt these brothers that, that, earn their spot and all that shit.   You the one that left, dawg.   You got mad 'cause of the little strong ass nigga was about to beat your ass and, and scared you into leaving Vice Lord and you became a preacher.

GRAY:　　　　　　Yup.   Somebody told me that.   He came home with a [U/I] fuck it.

FORDHAM:　　　　Yeah.   Yup.

GRAY:　　　　　　 It's you that's   [U/I]

FORDHAM:　　　　Yeah. Yeah.   Yeah . So I was like, Bruh, so you gave that shit up Nu-uh.   I'm like, Bruh, you forgot nigga.   I was like, Shit, me and a couple of bruhs came to your to uh... you church one day when you was preaching.   He forgot about that.

GRAY:　　　　　　 Yeah, then somebody had told me that nigga gave all the literature away and shit.

FORDHAM:　　　　He did, bruh.   He did. He did.

GRAY:　　　　　　I was like, what the fuck?

FORDHAM:　　　　Yeah and then nigga, he was saying, we was, nigga when we came, they was preaching talking about that the gang was poison to him and all that shit.

GRAY:　　　　　　That's why [U/I] was calling to talk to me about [U/I].

FORDHAM:　　　　[CHUCKLES]   No, hell nah.

[CLIP B: 12:50 – 13:50]

GRAY:                Even if he did have three (3) stars and didn't go away. That snitching – that'll wipe that shit clean, bruh.   You can't have those three stars and some shit, bruh.

FORDHAM:        Yeah, but he, but he went away anyway too though bruh.   He know that.

GRAY:                Yeah, so, I mean, so, It's double, it's double the fact that he ain't got it.   That's two (2) things right there so he ain't got... can't even stand on it.

FORDHAM:        Right.

GRAY:                Not no Universal status [VOICES OVERLAP] he can probably get some branch shit.

FORDHAM:        Well.   Well.   Well.

GRAY:                And shit.

FORDHAM:         Not, not, he ain't even get no branch shit.   Fuck that.

GRAY:                [LAUGHS}

FORDHAM:        [LAUGHS]  So, so.   So maybe you can explain it... Maybe you can explain can explain to your brother when he call you.   [LAUGHS] cause he gonna call you.

GRAY:                I mean[U/I] You can put him up this way if you want, but... That's not gonna happen bruh.   He can't do that.   Thats law.

FORDHAM:        I keep -- I man.   I told him, bruh.   I'm like, man.    No, bruh, it's not gonna happen.   Well you can't take this from me.    I'm like, Bruh, okay.   I didn't already told.   [VOICES OVERLAP]   Right.   I was like... Yeah, I was like, And I already told the bruhs, now niggas.   So when the wrath comes don't say I didn't tell you.

Exhibit 3605
2/12/2021
Participants: Kevin Fordham, Deumauris Gray
ATF Item E-152, Session 755

**[CLIP A: 00:12-01:39]**

GRAY:               Hello?

FORDHAM:        Mighty Bro.

GRAY:                This is the crazy thing man. I just got off the phone with him.

FORDHAM:        Uh-huh.

GRAY:                I was gonna say. He was saying that Tony let him branch off. This and that, and whatever and I said look you don't really have no evidence. I said you need to have a witness because you never branched off like

FORDHAM:        Right. The nigga , hee--e lying bro The nigga lying.

GRAY:                I said even if he did tell you do it then.   You never did it then. I said my biggest issue.   I said I don't know. I said branching off.    He was saying back then I ended up getting a violation.   I got like mouth shots, and chest shots, because they though I was trying to start a mutiny at first.

FORDHAM:        Right.

GRAY:                and then Tony said.   Ahhh.   Look that's messed up I was wrong for violating you cause they all got their own little branches, and stuff now I am gonna shut they stuff down.   Go ahead, and you can start yours, and whatever, and I was like you know what I mean.   He has been around for a long time I said. I said.   I think three-star universal minister of literature (U/I) is ok for him, but at the same time I said bruh universal status can get you killed though bruh.   I said your name is in paperwork.

FORDHAM:        Right.

GRAY:                How you gonna get over that?   He was talking about we never

went by Chicago rules. I'm Like bro this is not Chicago. We have rules.

FORDHAM:        Right. Exactly.


[CLIP B: 01:59- 03:44]

GRAY:            You know. that's universal, and I tried to stand with him, and he didn't get on the phone, and I was like look, that was the niggas MO when he got locked up before you all (U/I) Took him from Insane and made him a Traveler. You all knew what he was locked up for.

FORDHAM:        Right.

GRAY:            [U/I] paperwork

FORDHAM:        Right.

GRAY:            You all knew, and you made him a traveler anyway. And you all gave him his stars.

FORDHAM:        Right.

GRAY:            So when he do it again, how are you all going to try and take his shit.

FORDHAM:        Right

GRAY:            [U/I] At That time Spoonie would never talk to him so I couldn't.   You know what I mean? I couldn't vouch for [U/I]

FORDHAM:        mm hmm

GRAY:            But at the same time [U/I] said you gotta look.   You got a universal what does it matter what-what.   I said bro it's a core brah.   He's saying he's got three-star niggas gonna ask him. They gonna do an investigation.

FORDHAM:        Right.

Exhibit A

GRAY:                    Who you are, and that shit is gonna come up.   What you gonna say to them (U/I)

FORDHAM:          Right.

GRAY:                 I mean like that's paperwork bro.

FORDHAM:          Yeah.

GRAY:                 [U/I] I aint gonna lie I think he should be a three star universal minister of literature nothing higher, only because he's been gone for so long, but because he can teach literature niggas don't know literature but at the same time I don't see how they can sit on that. When his name is in paperwork.

FORDHAM:          Exa-Exactly

GRAY:                 And he's telling me.   He said.   He said well how am I wrong because I didn't snitch. I-I I told him that you not. No longer a part of us.   We told him, and you know, he turned himself in.   We made him turn himself in.   He said how am I wrong. I said bro I wasn't even there.   You know what I mean?

FORDHAM:          Right.

GRAY:                 And that's. I said I told the niggas that I didn't even want to see the paperwork, but I did see. He tried to say his name wasn't in no paperwork, and I said brah your name was in it.

FORDHAM:          Yeah.


[CLIP C: 03:56-04:52]

FORDHAM:          Hey bro you know I.   You know me I'm a fair brother.   You know I'll be on no  fuck shit bro, but I seen the paperwork too, and then you said you were not a part of us no more.

GRAY:                 Yeah.   So. So. I'm like that's that's the hurdle right there brother , because you got people that (U/I) . It's not like any other (U/I) universal star people gonna ask about you. They are gonna do an investigation.

Exhibit A

FORDHAM:          Right.

GRAY: You can get get killed over Universal status man. [U/I] you go to Tennessee, and [U/I] talking about you got Universal stars nigga and your shit can't be verified them niggas gonna kill you.

FORDHAM:          Right, exactly.

GRAY:             Them niggas not playing with them slots man

FORDHAM:          Right

GRAY:             You talking about, I was like, bro this is not out of the [U/I] bro this is [U/I].

FORDHAM:          Right. Them niggas kill me with that bro, with that always talking about some [U/I] Detroit do it different. No we don't. Y'all niggas different. We ain't gonna do it different now.


[CLIP D: 05:24-06:37]

FORDHAM:          Bro I told the nigger teach the brothers, and sisters literature.   I didn't say no stars, or none of that shit.   That-that could be his job.

GRAY:             He did say that, but he did tell me teach the brothers. And I said because Bro I-I aint gonna' lie to you. I told him I said, I said that's the biggest hurdle right there man. I couldn't, you what I mean, that's -that's in the law.

FORDHAM:          Right.

GRAY:             Niggas is not gonna   go for that one.

FORDHAM:          No.

GRAY:             I said what you gonna say when-when that questions gonna come up.

FORDHAM:          Right.

GRAY:            Then what you gonna   say if people think you're trying to do a munity again?

FORDHAM:         Right.

GRAY:            He said I aint trying to do a mutiny, but people said that last time.   What you going to say if they say it this time.

FORDHAM:         Right.

GRAY:            That's what you got to think about, right. You know what I mean?

FORDAHM:         Yeah. Hell yeah.   No doubt.

GRAY:            So you say you want to branch off now, but you sayin you got a violation then but you say you fucking good, and Tony said it wasn't him it was the other brothers that got upset about it. Which it probably was Tony.

FORDHAM:         Man that-that nigga lying.

GRAY:            But either way it goes you got a violation for it before.   Why you think the brothers won't feel the same way now?

FORDHAM:         Right.


[CLIP E: 7:39-08:26]

GRAY:            That whole the frustration, and you know what I mean niggas. I'm like bruh.   I said were connected man that's a Golden cord.   He said we wasn't doing no Golden Cord.   I said man, that's a prayer man. That's a greeting man.

FORDHAM:         EE-Exactly. EE-Exactly.

GRAY:            What you talking about man? We plugged, we connected man. We-we when people ask about each other man.

FORDHAM:         Right.

GRAY:               People go on and ask about you, and they gonna do an investigation bruh.

FORDHAM:        Right.

GRAY:               That is how it gonna be, (U/I)

FORDHAM:        Right. Then the crazy crazy part is bro why you wanna just be something four corners you know what I am saying? You don't wanna (I/U) this is the nation.   Like you said bro I mean we could.   It's connected-connected (U/I) now we all we all tied together by the Golden cord It.. I mean it's nothing else to be said about it.

Exhibit 3606
2/12/2021
Participants: Kevin Fordham, Roy Averette, Deumauris Gray
ATF Item E-152, Session 756

**CLIP A: 00:24–01:08**

FORDHAM:         Tell that nigga, now tell, now, now bro. Tell that lil bro, tell him, he swear up and down that uh Tony talkin' bout that he ain't picked his rank, uhh, uhh, he is who he is. Now what did Tony tell you bro?

AVERETTE:        Bro, uh, Tony sai--Tony said he uh, he a, he a soldier. He ain't nuttin' else.

FORDHAM:         (laughs) I told you bro!

AVERETTE:        He said that shit on the phone.

FORDHAM:         Why--Why would I sit up there and lie about some stupid shit, boy I knew what bro told me, you know what I'm sayin'?

[VOICES OVERLAP]

AVERETTE:        He said...but he said...

GRAY:            Hey, I tell you what--

AVERETTE:        Look, this what he said, he said I put that on e'rything I love. bro, he is a soldier, bro, y'know what I'm sayin'? He ain't nuttin' else. He said, he said the--he said he left--left a long time ago and he didn't leave, he said it wasn't a problem that he left, he left disrespectfully.

**CLIP B: 01:29-04:14**

FORDHAM:         'Cuz remember--'Member--'Member he had asked to see my shit bro, that's how my shit came up missin'. 'Member 'cuz you had to regroup and find the literature and give it back to me.

[VOICES OVERLAP]

Exhibit A

GRAY:                Yup, I had to come home and get everythang again, I still couldn't get some shit, 'cuz Fouche had it--

FORDHAM:          But guess what.

GRAY:                and I--I could never get it back.

FORDHAM:          Yeap!

AVERETTE:         He passed the literature out now, he passing some of the lit out now,  right now, he got-- he got copies and he passin' some of it out.

[VOICES OVERLAP]

FORDHAM:          Yeah, oh yeah.

GRAY:                Yeah.

FORDHAM:          I--I told --I told him -- I told him he could --I told him he could teach the brother and sister's lit, but he ain't no mother fuckin' Elite. That's not gonna happen, I already told him that.

GRAY:                He-- He told me Tony told him, he said when I--when I told him I was goin to the church, he--I told him I was gonna, give my uh, rank uhm, to Ray Ray, and he--  he said I--I was like nah he cant do that. He's like that's what we said, you can't do dat. He said, he told me to keep it. I was like...

FORDHAM:          [LAUGHS]

GRAY:                He told him to keep it. So, then we was like only me, you and Ponce still had like, our stuff.

[VOICES OVERLAP]

FORDHAM:          He said what? (laughs)

GRAY:                So I was like -- (U/I)

FORDHAM:          Bro, he said what? (laughs) Wait a minute he said only him. He said only you, him and Ponce still has they shit huh.

GRAY:             Yeah.

AVERETTE:         He said wha-(laughs).

FORDHAM:          Bro now you know who been his number two since you
                  been gone. So, you already know.

GRAY:             Mmmhmm.

AVERETTE:         Wow.

FORDHAM:          (laughs) Man. That nigga just makin' up shit, he keeps bitchin'
e'ry time he make a call, he put his self in mo' debt.

AVERETTE:         Yeah, he think, 'cuz he--he not tryin'a hear what nobody sayin'
for real, but I'm tryin'a tell you. He tryin'a--he, he just...over there.

                  [VOICES OVERLAP]

FORDHAM:          Oh you know nobody, he don't know nobody fuckin' with him.
I haven't even brung up the paperwork yet. He had paperwork and e'rythang.

                  [VOICES OVERLAP]

GRAY:             That's the part right there--That's the part right there that, like I
said, (U/I) disqualify him, in my eyes, I mean he do know literature, but, that right
there..

AVERETTE:         Wow.

GRAY:             'Cuz niggas is gonna investigate him, ask about that.

FORDHAM:          Yeah!

GRAY:             Put a (U/I) on ya'll.

FORDHAM:          Yeah!

GRAY:             He said, first he tried to tell me his name, I remember, I (U/I)
where it was though.

FORDHAM:        Huh?

GRAY:           First he tried to tell me his name wasn't in it. I'm like yes it was.

FORDHAM:        Haha, right. I seen it! I seen it myself too bro! I know it was in there!

AVERETTE:       I need to see dat.

GRAY:           Nah, you don't wanna see 'at. I didn't wanna see that shit, I was like nah I'm good (laughs)

AVERETTE:       I wanna see that.

FORDHAM:        Yeah, you 'bout to see dat. You 'bout to see the next one that's bout to come out cause he about to be in Forty shit, watch.

AVERETTE:       He say, he--he say I 'on't wanna see it, I do wanna see that shit.

GRAY:           (laughs)

AVERETTE:       (laughs) Fuck you talking about I don't wanna see it, I wanna see it. Shit.

FORDHAM:        He about to be in Forty shit.

Exhibit A

Exhibit 3610
2/17/2021
Participants: Kevin Fordham and Antoine Coleman
E-152, Session 1100

**CLIP: 00:00-01:26**


COLEMAN:         Hello.

FORDHAM:         Hey Shaq.

COLEMAN:         Yeah.

FORDHAM:         How much, how much quarters, how much quarters go for?

COLEMAN:         Uhm, uh seven grams?

FORDHAM:         Yeah.

COLEMAN:         I mean I charge sixty.

FORDHAM:         Okay, that's what I thought 'cause man, I, I almost got crossed up that nigga' uhm [PAUSE] dude say he had wanted a quarter and you know I'm like shit, man for you I'm thinkin', then I, I thought 'bout it , I told, I told him forty dollars and shit. I'm like wait a minute...

COLEMAN:         [LAUGHS]

                          [VOICES OVERLAP]

FORDHAM:         ...[U/I] then he like alright, okay, yeah, that's cool, when I get
over there. Bra' I   just thought about that shit yeah.

COLEMAN:                   Uhm.

FORDHAM:         Sixty, right, I knew okay.

COLEMAN:         Yeah, sixty or less [U/I]...

[VOICES OVERLAP]

FORDHAM:        Right, yeah because you know 'cause I know that you know the thirty fives I was doin' for like thirty so I was thinkin' I, [U/I] on the phone I'm like man what, man I did fucked up somehow.

COLEMAN:        I done did that too [LAUGHS.]

FORDHAM:        [LAUGHS] Right.

COLEMAN:        Like oh shit, let me call this nigga' back [LAUGHS.]

FORDHAM:        Yeah let him know before he can get there. Oh man you told me this. Nah man.

[VOICES OVERLAP]

COLEMAN:        Uh-Mhm, flat out.

FORDHAM:        Right.

COLEMAN:        Hell yeah.

FORDHAM:        Hell, that's why I was, I was like damn let me call Shaq.

COLEMAN:        Yup.

[VOICES OVERLAP]

FORDHAM:        'Cause I'm sittin' up here thinkin' like man what the fuck 'cause I know I be just sellin' them three five for thirty, I'm like so how I'm gone sell this nigga' uh...

[VOICES OVERLAP]

COLEMAN:        A quarter

FORDHAM:        Right, a quarter for forty.

COLEMAN:        Yup, that's why he [U/I] on that.

FORDHAM:        Right, hell yeah.

COLEMAN:        Like let me get that.

FORDHAM:        Right, hell yeah so I'm finna' call that nigga' now like naw nigga', I made a mistake, you that, the quarter sixty nigga'.

COLEMAN:        Yup.

FORDHAM:        Yup.

Exhibit 3612
2/23/2021
Participants: Kevin Fordham and Donavin Turner
E-152, Session 1561

## CLIP A: 4:20-5:38

FORDHAM:        Yeah.   I remember the [U/I] telling them niggas in [U/I], Remember when moved on Freeland bro, and, and I met you?   And we was moving dope like a mutha fucker. I was like, Uh... bro, why do you keep telling nigga that?   You wasn't with. When you moved over there you wasn't doing shit. [LAUGHS] Why you keep saying that? Don't keep telling people that. Your talking to people that already been over here. They know that you're lying, dawg?

TURNER:        Who said there was doing some?

FORDHAM:        Balle.

TURNER:        When he was on Freeland?

FORDHAM:        Yeah.   [LAUGHS]

TURNER:        That nigga wasn't doing shit.

FORDHAM:        Bro, you know I know. [VOICES OVERLAP] talkin' about remember?

TURNER:        That nigga aint even had custos over there.

FORDHAM:        Bro I bro....I know...

TURNER:        [U/I] Though.

FORDHAM:        Yeah. Talk about some [U/I] I got over there nigga, we were boomin' like mutha fucker. Remember that shit, now. I'm like... Uh...   pull him to the side like bro you know you lying. Don't be telling them people that shit... Uh, huh, I was.. I'm like, bro, for real? Yeah, ask anybody. I'm like, okay, that he got you on that? Now you actually did think so.

TURNER:          That nigga ain't start selling dope hard, [UI] off of Freeland, when we went back on Winthrop home when we had [UI] banging.

FORDHAM:          Oh, yeah.

TURNER:          [U/I]

FORDHAM:          After, after...

TURNER:          That's when all of us really started selling dope real good.

FORDHAM:          After, after, after, yeah. After, y'all... and that was after y'all left.

TURNER:          Yeah, you had [U/I.] I ain't talking about...

FORDHAM:          Yeah.

TURNER:          I ain't talking about like, me, Bone, Main Main, Ball,

FORDHAM:          Right. Right.

TURNER:          MT.

FORDHAM:          Right. That's what I'm saying.

[VOICES OVERLAP]

**CLIP B: 05:53-07:50**

TURNER:          Hey, I ain't gonna tell you something. I ain't gonna tell you this, bro.

FORDHAM:          What?

TURNER:          I seen that paperwork.

FORDHAM:          Which one? The one, the last one around? The last, last, last

one? You talkin bout the one they in there for, I mean the one bro doing it in for, sitting in for now.

TURNER:        Yeah. With that fire situation...

FORDHAM:       Oh, oh, the fire?

TURNER:        Yeah.

FORDHAM:       Oh, I been seen it. I thought you been seeing it, bruh?

TURNER:        Nah, I just heard about it. I had found...

FORDHAM:       You see, you see how many names in that mutha fucker too don't you?

TURNER:        Yeah.

FORDHAM:       Dawg, I was like, damn! Huh?

TURNER:        I...

FORDHAM:       Huh?

TURNER:        Three. Actually I see four but I want to see two talk.

FORDHAM:       Right. Right. Right. Right.

TURNER:        I see four but I only see-

FORDHAM:       [CHUCKLES] Yeah, right, right. Exactly. Exactly.

TURNER:        And, and, and... and the two names that's in there, it wasn't because they put them in because the niggas, the two that's talkin' put him in there.

FORDHAM:       Yes, sir. Yup. Yup. Exactly. Exactly.

TURNER:        Now all four. Now all four was there when they did him like that.

Exhibit A

FORDHAM:        Yeah.

TURNER:         But the two

FORDHAM:        Yeah.

TURNER:         But the other two ain't get up there and do and say nothing though.

FORDHAM:        You know what is the fucked up part about that situation, bro? When they first went down, I told that brother, You tell that nigga to get the fuck on. Just tell him to go. Leave. The reason for them to have to come back there, whatever.   Oh, that, that was the dumbest shit ever. I tell him that til this day. That is the dumbest thing ever.

TURNER:         Yup. I told... I was in Cali. I told bro, I told Big Bro, I said Man, don't do that shit. That shit is gonna come back and bite you in your ass, man.

FORDHAM:        Yeah.

TURNER:         Man, don't do that shit.

FORDHAM:        Yeah. Yeah.

TURNER:   That shit gonna come back and bite you in your ass, man. Don't do that shit.

FORDHMAN:        Yeah.

TURNER:         I'm telling you. Don't do that shit.

FORDHAM:        Bro, I told the nigga, bro, just tell the nigga to get the fuck on.

TURNER:         Get the fuck on.

FORDHAM:        That's all he had to do. Just tell him to get the fuck on! 'Cause even if he would have got caught, the nigga got caught, he would have got caught on his own recourse. You know I'm sayin' ?

TURNER:         Yup.

Exhibit 3613
2/23/2021
Participants: Kevin Fordham and UF
E-152, Session 1601

**CLIP: 02:43-03:56**

FORDHAM:        And Nigga, I shouldn't be telling you this so don't even give it back to Son.

UF:                     Um-hmm.

FORDHAM:        Some shit went down and, he went down there so he called me, so you know man, man. I guess man was over here with him. Man called me so I pulled up with the straps. I come over this bitch and nigga, I get him up out of this mutha fucker, you know, cause nigga talking about some more goofy ass shit, like ,nigga and nigga he had jumped on niggas or whatever. I'm like, "I don't give a fuck what happen, nigga. You gonna get up out of here. You know, so man, and I inside with the straps and shit so... after that he say, nigga called him in the morning. Uh, Destiny brother supposed called him in the morning talking about some, Yeah, nigga. Uh, I, I should of put twenty (20) on your head or whatever but then you wind up dead by these niggas you was trying to protect. I mean why ...

[VOICES OVERLAP]

UF:                     He died.

FORDHAM:        No, shot up, yeah.

UF:                     Right.

FORDHAM:        Yeah.

UF:                     Dog, Right. You know when Red said it this morning. It's like, What?

FORDHAM:        Yeah.. . I was telling him, Man, come on, stop playing. Don't, don't do that shit 'Cause nigga, when you-you talking about a meal ticket, nigga. Nigga, I got niggas that come get you for free.

Exhibit A

UF:                  For real. That's crazy.

Exhibit A

Exhibit 3628
3/13/2021
Participants: Kevin Fordham and Jaana Glenn
E-152, Session 2729

[00:00-00:31]

GLENN:            Hello.

FORDHAM:          Hello.

GLENN:            Is this Ghetti?

FORDHAM:          Yeah, who this?

GLENN:            This is Jaana. Jaana, Magic.

FORDHAM:          Oh. What up, doe?

GLENN:            Can you come to my house?

FORDHAM:          Can I do what?

GLENN:            Can, can you come over? I don't wanna talk on the phone.

FORDHAM:          Um...yeah, where you at?

                        [VOICES OVERLAP]

GLENN:            Unless you want me to.

FORDHAM:          No.

                        [VOICES OVERLAP]

GLENN:            But I...prefer not. Uh, can I, can I text my address or tell it to
you?

                        [VOICES OVERLAP]

FORDHAM:          Yeah.   Yeah just, yeah text it to me.

GLENN:            Alright.

FORDHAM:          Okay.

Exhibit 3629
3/13/2021 (Exhibit E-152)
Participants: Kevin Fordham and Jaana Glenn
E-152, Session 2730

[00:00-00:26]

GLENN:          I text it, eighty-nine, fifty-four Saint Mary's.

FORDHAM:        I ain't get it. You didn't text it to my phone.

GLENN:          Yeah, I did. I just walked out of the hospital. I'm on my way to
the house.

FORDHAM:        You said what happened?

GLENN:          I just walked out Sinai Grace. I'm on my way to the house, I'm
getting in my car.

FORDHAM:        Oh, you weren't at the house. Eighty-nine, fifty-four?

GLENN:          Six--Saint Mary's; yeah, I was at the hospital with my daughter.
I gotta tell you--come to the house.

FORDHAM:        Okay.

Exhibit 3631
3/13/2021
Participants: Kevin Fordham and Brandon Thomas
E-152, Session 2740


**CLIP A: 00:10-01:48**

THOMAS:          What's going on?

FORDHAM:        Yeah um, you going, you, you going to take care of that
situation?   You know what I'm talking bout.

THOMAS:          Man it's a--it sound faulty to me man. Know what I'm saying
even P say it sound faulty man with what's going on. Know what I'm saying, we
got to talk about it. We got to get them two together and talk about it too.

FORDHAM:        Yeah.

THOMAS:          Something ain't adding up bro. You know I don't mind, I don't
mind taking care of business.   You know that.

FORDHAM:        Right, right.

THOMAS:          Something ain't, something ain't adding up bro. Know what I'm
saying? Just trying to get to the bottom of it. I understand her daughter got fucked
up in the midst of it. You know what I'm saying? He still get his violation for that,
but we need figure out, cause somebody going to fuck around get tooken [PH] out
of here.

FORDHAM:        Yeah. Yeah, no doubt.

THOMAS:          Yeah. Where she at?

FORDHAM:        Right here. [Voice in the background]

THOMAS:          Yeah so we got to figure out what's going on.

FORDHAM:        Right.

THOMAS:          Who?

FORDHAM:          No doubt.

THOMAS:          Who [U/I--[Voices overlap]

FORDHAM:          Huh?

THOMAS:          Somebody house got hit. That happened before or after?

FORDHAM:          [Addresses GLENN in the background] Uh, did it happen, did it happen uh, after that nigga house got hit, or before.   [GLENN, in the background] [Addresses THOMAS] [U/I] she said after it happened then the house [U/I] got hit.

THOMAS:          Okay. Alright we'll talk more about it.

FORDHAM:          Alright.   [Voices overlap]

THOMAS:          You got to let everything, you got to let some shit die down man.   You know what I'm saying? You can't just go right at it right now.

FORDHAM:          Right, right. I was just [U/I]--[Voices overlap]

THOMAS:          They got so much technology. You know what I'm saying? I just--

FORDHAM:          Yeah no doubt.   [Voices overlap]

**CLIP B: 01:48- 02:32**

THOMAS:          Had to do something for Fouche last night. Some shit went down last night with Fouche ass.

FORDHAM:          Man aye dog we need to sit down talk about him too. For real bro.

THOMAS:          All right.

FORDHAM:          We need to sit down and talk about him too.

Exhibit A

THOMAS:         Okay bet, because some shit going on man. He getting followed by somebody and he called me. I had to, I had to catch up with their a-[U/I]. Nigga was following him though. Like a motherfucker bro. And I turn down the street and I had [U/I] let loose on the nigga. You feel me?

FORDHAM:        Right.

THOMAS:         But what the f--but what the fuck you getting followed for. And you don't know, so.

FORDHAM:        Bro, I [U/I] That's why I be trying to say about them nigg--that nigga man. Exactly.

THOMAS:         It's a lot of niggas like that though man. You know what I'm--

FORDHAM:        [U/I], that's why--[Voices overlap]

THOMAS:         You know I'm a come, I'm a come and ride, I'm a come and ride for you cause you a Vice Lord but bro. [Voices overlap]

Exhibit 3632
3/13/2021
Participants: Kevin Fordham and Tawana Kimbrough
E-152, Session 2744

[00:00-06:39]

KIMBROUGH:     Hello.

FORDHAM:     Mighty sis.

KIMBROUGH:     Truly, what's up bro' bro'?

FORDHAM:     Hey what you doin'?

KIMBROUGH:     Uhm shoppin' at the moment, what's poppin'?

FORDHAM:     Man okay, this mother fuckin' Magic calls me right?

KIMBROUGH:     Uh-Mhm.

FORDHAM:     So I gos over there for a situation, I get over-the situation her and ugly I guess [U/I]. So I gets over here and she- Yeah, I, I [U/I] I want you to uh, that nigga', I want that nigga' to get killed, you kill him. I'm like hold on, first of all, I was like did he try some uh... She- I knew you was gonna' do that. I was like yeah 'cause first of all I stand on law. Tell me what's goin' on, you're not tellin' me what's goin' on.

KIMBROUGH:     Right.

FORDHAM:     So she tells me something about, 'cause her man died, Ugly think he supposed to get his car and all that. I'm like wait a minute, you're not makin' no sense, tell me why Ugly think that. She like 'cause he, 'cause he jealous of me and all that.  I'm like no, that still don't make no sense, I was like if anybody uh uh significant other die, nigga' nobody ain't gonna' be want, talkin' 'bout they supposed to get the car or whatever, I was like there somethin' else else involved in that you not tellin' me.

KIMBROUGH:     Uh-Mhm, see this ain't the first time her and little Ugly had got into it.

FORDHAM:          Yeah.

KIMBROUGH:     You know what I'm sayin', they be down at the Cranbrook, they done got into it plenty times before.

FORDHAM:          Right.
                          [VOICES OVERLAP]

KIMBROUGH:     Now from what I'm hearin', I'm hearin' that you know they set her up after, after she gave her little repass, they...

                          [VOICES OVERLAP]

FORDHAM:          Uh-Huh.

KIMBROUGH:     ...uh, they pick her on the East side and shit and jumped on her, she said she was out usin' the bathroom her and her daughter, when she usin' the bathroom on the side of the street somewhere and he said, and she said that they jumped on her now you know they broke her daughter jaw, she, we was at the hospital yesterday.

FORDHAM:          Uh-Huh.

KIMBROUGH:     And uh she said, I say well who did it? She said well it was little Ugly and his girl and some uh, they was with the dude momma' but you know I know the nigga' she was fuckin' with Black, I know he was married or whatever.

FORDHAM:          Right.

KIMBROUGH:     So I don't know what is got, what all that's got to do with but when I was told about it, that's what was told to me so I was kickin' it with Fouche and Boss Hog.

FORDHAM:          Uh-Huh.

KIMBROUGH:     I'm like well what's, what's up with that, what, you know what I'm sayin', we need to do I mean somethin' need to do, this ain't the first time they don' got into it.

Exhibit A

FORDHAM:          Right.

KIMBROUGH:          And he supposedly did some shady shit.

FORDHAM:          Right.

KIMBROUGH:          But for him to hit, hit her, hit her daughter in the mouth...

FORDHAM:          Yeah that's what...

KIMBROUGH:          ...bro' she in the hospital you know what I'm sayin', she gotta' have surgery.

FORDHAM:          Right, right and that's what I was tryin'a explain to her, I'm like you not, you getting mad but you not tellin' me what's goin' on.

KIMBROUGH:          Uh-Mhm.

FORDHAM:          Like I told her, I was like y'all keep a lot of shit secret from me until y'all see and some more other shit then y'all try to come to me but then, y'all try to to come to me and all, I was like while I'm at the top of the food chain now when any other, any other time when I talk to my CEO Pete and all that shit, you know what I'm sayin'?

KIMBROUGH:          Right because from what I heard, I heard they was just in front of Pete and uh she told him- You know since it's so much bull shit about this car, I'm gone and give y'all, give you the car. And that was said in front of Pete and after that, at the repass, after the repass that's what happened.

FORDHAM:          What? After the repass she gave him the car?

KIMBROUGH:          No after the repass she was supposed to go give him the car but all that shit jumped off.

FORDHAM:          [U/I].

KIMBROUGH:          So they had just talked about, she said they had just talked about it in front of Pete and she told little Ugly that she was gonna' just give him, sign the car over to him.

Exhibit A

FORDHAM:        Yeah but shit, not, do you get where I'm comin' from though sister? Shit ain't makin' sense, why would you have to sign the car over to little Ugly? Or he mad because you your man died and he left you the car? Ain't makin' no sense.

KIMBROUGH:      Right, well that, it don't and I asked her that just like me and Fouche was saying, well what you gonna' do that for?

FORDHAM:        Right, that's what I told her.

KIMBROUGH:      That shit don't make no sense.

FORDHAM:        That's what I told her I was like that don't even make sense, why would you do that?

KIMBROUGH:      And then so, uhm I told her, I was gonna' get up with her today because I know she was up at the hospital, so I told her I was gonna'...

FORDHAM:        Well she at, she at her house now 'cause she called me and I came over there cause she trying to explain, eventually she was like- I talk to Boss Hog or whatever. So I called Boss Hog and Boss Hog like- Bro' what you want me to do? I'm like bro' I'm not gonna' give you no order to do somethin' when I don't know what's goin' on nobody ain't tellin' me nothin'.

KIMBROUGH:      We need little Ugly there bro'.

FORDHAM:        Yeah, that's, that's what I was tryin'a tell her, I was like I can't, then- You need to go, y'all need to go handle and kill, I want that nigga' killed! Then I'm like first of all sis you out of law for sayin' you want that brother killed.

KIMBROUGH:      That's right.

FORDHAM:        I was, I was, she was like. That's why people. I was like I don't care, I was like I don't care if the righteous don't fuck with me, that why the righteous do fuck with me 'cause I stand on law.

KIMBROUGH:      Exactly, exactly.

FORDHAM:        I was we can't pass judgement on that man, he's not here! He

Exhibit A

might tell me what I wanna hear that you not tellin' me.

KIMBROUGH:     Uh-Mhm, exactly, that's why I [U/I], I said that to Fouche yesterday, I said well we need, and what... Fouche like- Well no we gonna', Boss Hog gonna'  handle it. Boss Hog gonna' handle it? No nigga' she need to be there, we need to be there.

FORDHAM:     Exactly, exactly!

KIMBROUGH:     We need to be there, what you mean?

FORDHAM:     Exactly, exactly! [PAUSE] That's what I told her, she told me yeah. I'm like naw, I'm like he, he entitled to a fair trial.

KIMBROUGH:     Exactly, that's law.

FORDHAM:     Yeah.

KIMBROUGH:     So I'm with it, I'm with it whenever, whenever they ready for it, I'm with it.

FORDHAM:     Yup that's, uhm, well I was talkin' to Boss Hog today he like- You should.... He  was like- Man. He was like- Bro'. He was like- You should violate her now. I'm like no she in her feelings. I'm like she ain't really said none out the way. And he was like- Man she need to shut the fuck up screamin' before I come over there and violate her. So I just walked all on off and got in the car so I was talkin' to him, you know what I'm sayin'?

KIMBROUGH:     Uh-Mhm.

FORDHAM:     Some bull shit goin' on, I was nigga' just... He's like- Bro', I told her I'ma get to the  bottom of it. An he was like- Bro' I'm, I'm goin' by what you tell me. He was like- Nigga' I can't just go lay hands on mother fuckers and tear niggas asses up and they ain't got no trial. I'm like you're right.

KIMBROUGH:     Exactly, I'ma pull down on her today. I'm 'bout to leave and uhm, drop my puppy back off. I had to give my puppy shots and shit.

FORDHAM:     Okay.
KIMBROUGH:     I'ma drop him back off and then I'ma go pull down on her.

FORDHAM:          Okay.

FORDHAM:          Yeah may be you can explain to her better than I can because I I was bein' frustrated 'cause she, you know I'm sayin'? I was like I told her, then you sittin' up here tellin' me to go, not do bodily harm to a brother. Put, put him in the dirt! What type of shit is that?

KIMBROUGH:       Right, right. Yeah, I'm holler, I'ma holla at her bro', I'm up here at the register, I'ma hit you back.

FORDHAM:          Okay bro'.

KIMBROUGH:       Alright.

FORDHAM:          Yup.

Exhibit 3633
3/13/2021
Participants: Kevin Fordham and Harith Hunter
E-152, Session 2752

**CLIP A: 00:00- 02:55**

HUNTER:                Hello.

FORDHAM:            Yeah, how was that?

HUNTER:                Oh that's some fire.

FORDHAM:            Okay, okay, well I been sayin'... Huh?

[VOICES OVERLAP]

HUNTER:                Like you said, I [U/I] one with auntie, auntie was like- Where you get that from?

FORDHAM:            [LAUGHS]

HUNTER:                And she got some, and she got some weed.

FORDHAM:            [LAUGHS] Right, right. Bro I 'bout to say, oh, man mother fuckin' uhm, uh Magic called me right?

HUNTER:                Yeah.

FORDHAM:            So...

HUNTER:                They want me to come over there [LAUGHS.]

FORDHAM:            Who?

HUNTER:                Magic does, Magic and her cousin.

[VOICES OVERLAP]

FORDHAM:            Okay, okay yeah 'cause she called me talkin' 'bout some uh-

Pull up on me, I don't wanna talk on the phone or whatever. So I'm like okay, so I pulls up, shit she get to talk about her and Ugly din got into it and...

[VOICES OVERLAP]

HUNTER:          Yeah Chuckles beat him up.

FORDHAM:          Yeah, they supposed to jumped on her and all that shit then I'm like okay well uh, she gonna' get mad at me talkin' some [U/I] gotta go, [U/I] out of here and all. I'm like sis, first of all nigga' you, you out of pocket for that shit. I'm like you know he can get dealt with on violation but all that other shit, I'm like damn, I'm like for what, you ain't even tellin' so she tellin' me-

HUNTER:          They jumped on her kid.

FORDHAM:          Yeah he jealous-But it's more to it bro' 'cause he try to [U/I]-He, he want my car and all, my man. I'm like your man? I'm like what, [U/I] nah, She's like her man died so he think he supposed to get the car and the house and all that, I'm like that ain't makin' no sense. I'm like you're not makin' no sense with what you sayin'. [PAUSE] So I'm tryin'a figure out she, she study, you know I'm like a [U/I] and then plus she got to be there, we can't put no chil... no trial on that nigga' and he not there.

HUNTER:          Yeah, hell no you can't do that.

[VOICES OVERLAP]

FORDHAM:          So I'm tryin' to tell her she...

[VOICES OVERLAP]

HUNTER:          That's unlawful anyway.

[VOICES OVERLAP]

FORDHAM:          ...she get mad- Yeah, that's why people, that's why the uh, somethin', somethin' whatever was. Talkin' 'bout some- Yeah, that's why people don't never bring their problems to you. I was like why? 'Cause I'ma stand on law.

HUNTER:          That's Vice Lord.

Exhibit A

FORDHAM:        Yeah.

                        [VOICES OVERLAP]

HUNTER:         That's how we handle law

FORDHAM:        Yeah.

                        [VOICES OVERLAP]

HUNTER:         You just don't go off action 'cause we gotta' hear the whole story.

FORDHAM:        That's what I told her, what I look like goin' uh make a call on that nigga' and then come to find out you was wrong? [PAUSE] Then I'm held accountable for that.

HUNTER:         Yeah. Everybody gonna' be on your head...

                        [VOICES OVERLAP]

FORDHAM:        Yeah.

HUNTER:         ...like man you trippin' dog? You should've never [U/I] it's the first thing they gonna' say.

                        [VOICES OVERLAP]

FORDHAM:        Yeah. Yeah. Yeah.

                        [VOICES OVERLAP]

HUNTER:         And then they wanna try to get after you anyway...

                        [VOICES OVERLAP]

FORDHAM:        Yeah, yup!

HUNTER:         ...but that'll be the first thing [LAUGHS] I know how it goes.

                        [VOICES OVERLAP]

Exhibit A

FORDHAM:          Yup [LAUGHS] you already know, that's why, I was like, I told her, I was like shit, you don't know the politics to this shit, I was like man [U/I] nigga' to take my God damn scroll off for some dumb shit.

HUNTER:          They, they want, they want to so, you know [GIGGLES]...
                         [VOICES OVERLAP]


FORDHAM:          Yeah, I know, no I know [LAUGHS] you know I know.

HUNTER:          Yeah I know the game 'cause I been around long enough...

FORDHAM:          Right.

HUNTER:          I'll be goin' [U/I].

FORDHAM:          Right, right.

HUNTER:          I had, I [U/I] Duck uh, uh what's her name but they were like yeah nigga' this her, we been down, we been uh Vice Lord, nigga' over twenty (20), over thirty (30) God damn near thirty (30) years.

**CLIP B: 04:42-06:14**

FORDHAM:          Okay so now I get it, that uh her boyfriend was Ugly brother right?

HUNTER:          Yeah.

FORDHAM:          Okay see she ain't sayin' that, okay see she ain't sayin' sayin' all that. Now I get it . Now I get it. See...

                         [VOICES OVERLAP]

HUNTER:          That's why [U/I], [U/I] and 'em still...

FORDHAM:          See I knew, I knew, I even, I knew either you or Yella was gonna' get to the bottom of it for me.

HUNTER:          Yeah 'cause I went up there. Cause I ain't really know dog, I

Exhibit A

just went up there to show support.

FORDHAM:           Right.

HUNTER:            And [U/I], so people, some people [U/I] uh, some people that know me knew him [U/I].

[VOICES OVERLAP]

FORDHAM:           Right, right.

HUNTER:            They called me like we're in your hood come up there.

FORDHAM:           Right. [PAUSE] If I had knew they was right there, I would of, I would came up there.

HUNTER:            When I got there [U/I] they was leavin' [U/I] [AUDIO FADES]...

FORDHAM:           Right.

HUNTER:            I was up there for like a hour.

FORDHAM:           Where was it at?

HUNTER:            It's up on Schaefer and that place we were at the other day, but [U/I] [AUDIO FADES] [U/I].

FORDHAM:           Oh okay, yeah, yeah.

HUNTER:            Crystal and them was up there.

FORDHAM:           Uh-Huh. Okay now it's starting to add up now.

HUNTER:            Chuckles beat his ass though, [U/I] Wednesday night and shit.

FORDHAM:           Beat who?

HUNTER:            Ugly ass.

FORDHAM:        Why, for that?

HUNTER:         Oh yeah 'cause they came, he jumped on her kid.

FORDHAM:        Yeah he did.

HUNTER:         And one of her kids went to the hospital and shit.

FORDHAM:        Uh-Huh. They did. Oh so Chuckles already handled the situation.

Exhibit 3635
3/13/2021
Participants: Kevin Fordham and Harith Hunter
E-152, Session 2754

**CLIP: 00:44-01:06**

HUNTER:        I was like, that shit that happened with them that was between them.

FORDHAM:        Yeah.

HUNTER:        And that's how I looked at it.

FORDHAM:        And then that's what I told him, nigga, how the fuck y'all gonne come in the  middle of some shit that's going on, when it's supposed to be motherfucker street Uncle, nigga, that he knew before y'all and him. And y'all think y'all about to put hands on my son, you crazier as a motherfucker. When y'all motherfuckers living out of law.

Exhibit 3641
3/16/2021
Participants: Kevin Fordham and Eddie Reid
E-152, Session 3232

**CLIP A: 00:14:00-16:00**

REID:                    Like, like, like, like I had to tell the bro in Indiana, I had to tell the bro in Indiana.  I was like look man. The shit don't make no motherfucking sense for a motherfucker to sit here and say that he's with this shit. And he ain't bringing shit up here.

FORDHAM:           Right.

REID:                    You dig what I'm saying?

FORDHAM:           Right.

REID:                    Talking bout the uh, undivided shit. I'm like dog stop listening what the fuck these motherfuckers saying.

FORDHAM:           Exactly.

REID:                    Lot of these niggas, lot of these niggas running going to different states and shit, figuring is they going to get a clean slate.

FORDHAM:           Right.

REID:                    That, that's cool. If you want to run to another state and they wanted to house you and shit.  [Voices overlap]

FORDHAM:           Right.

REID:                    That's cool.  [Voices overlap]

FORDHAM:           Right, right.

REID:                    But bitch you know when you come back here it's a problem.

FORDHAM:           Yeah cause, aye yeah, bro kept on, man I wanted to get up with

you man, because this nigga such uh and such uh, damn I forgot this nigga-- Cordell, Kardell, whatever.  [Voices overlap]

REID:                  Yeah Car, Car, Cardo.

FORDHAM:        Yeah.  And I'm like man fuck him let him do what he do. Man you know he was with the undivided shit. I'm like bro he call me Chief. So I'm straight, I don't care. Let him be with that shit.  [Voices overlap]

REID:                  Right.

FORDHAM:        They ain't got nothing to do.  I was like nigga every real Insane know nigga. Niggas ain't going to fittin go to jail for, for trying to change what they do. Fuck we, we straight. [Voices overlap]

REID:                  Real shit.

FORDHAM:        All Insanes know the niggas in tune know. All, all across the board.  You know what I'm saying?  Shit.

REID:                  Real shit bro.That's what I told, that's what I told bro. I was like man I honestly don't see this shit bro. Because if he was with it, the shit would have been up here moved.

FORDHAM:        Right, exactly.  [Voices overlap]

REID:                  And it would a been, it been, it would had a heart beat up here.

FORDHAM:        Exactly.

REID:                  But it didn't.

FORDHAM:        Right.

REID:                  So, nah I don't believe that.

FORDHAM:        Right.

REID:                  You dig what I'm saying?  [Voices overlap]

FORDHAM:        Man that shit, that shit don't even, that shit don't even--[Voices overlap]

REID:        And I, and I s--I'm a stand on that bro.

FORDHAM:        Right. That shit only moving it out in Mississippi, and half of them niggas starting to see the difference. Like they ain't fucking with that nigga.

REID:        Man like nigga I'm not with no blood oath, [U/I] shit. [Voices overlap]

FORDHAM:        Man. [Laughs]

REID:        I am not with that shit dog. You dig what I'm saying?

FORDHAM:        [U/I].

REID:        I am not, I am not fitting to motherfucking cut my hand. [Voices overlap]

FORDHAM:        Nigga please.

REID:        And then you cut your shit. And then we mix blood together. And then when what we suppose to kiss the shit man. Get the fuck out of here. Man I'm straight on that shit bro.

FORDHAM:        Man these niggas done lost they mind.

REID:        Is not right man. They way out of, out of state, out mind bro on that shit.

FORDHAM:        Yeah, yeah yall just changed the whole dynamic of being Vice Lord.  [Laughs]

**CLIP B: 16:55-20:45**

FORDHAM:        Every time, every time I reach out and start fucking with him, cause he like we need to get the shit together. But then I'll look at him, and like, cause he, he s-- he done stepped back from that shit. Like man bro I don't even--I'm

like bro but you one of the ones, was the one of the niggas that was the forefront of it. You need to tell them niggas to step back.

REID:                    [Coughs]

FORDHAM:        Like I said bro, all bro got come sit down nigga. And I'll give him some, I'll give him, I'll give him some, I'll give him some juice but nigga you think king shit, prince, shit, nah. [Voices overlap]

REID:                    And he ain't going to get no juice like that.

FORDHAM:        Nah that king, prince [U/I] shit. No, no, no.

REID:                    Nah, like nigga you, yeah if want a glove for your, your city.

FORDHAM:        Yeah.

REID:                    And your shit okay.

FORDHAM:        Like nigga said it best, like all, like nigga all, all the whole Board of Shabazz, everybody like nigga you really the king. I'm like bro I don't even use the title the king, because nigga I was like shit, KT still alive nigga. I don't need to be a king. I was like nigga I know I'm a-- I'm the head Chief of the, of the Single I's. That's all I need. [Voices overlap]

REID:                    Real shit. That's real. And like shit, like shit everybody know who the fuck you is [U/I].

FORDHAM:         Exactly, exactly.

REID:                    [Noise in the background] That's why motherfuckers like me, and when motherfuckers call me about you. I'm like shit he doing what he doing.

FORDHAM:        Right.

REID:                    You dig what I'm saying?

FORDHAM:        Right.

Exhibit A

REID:            Now you can ask me about some other school. Like, talking bout yeah what's going on with Drama. I said man look, aye you better go to uh, meet hot local men through your [U/I] [Laughs]

FORDHAM:        [Laughs] Right, right, right. [Voices overlap]

REID:            [U/I] saying bro. Nah bro. I ain't, nah come on man.

FORDHAM:        Right.

REID:            Like man, like man, that's just like motherfucker with that fake ass phone call shit.

FORDHAM:        Right. [Laughs] Right. [Voices overlap]

REID:            [U/I] you know it's bullshit.

FORDHAM:        [Laughs] Right.

REID:            You dig what I'm saying? I know it's bullshit. The shit they try to put me was bullshit.

FORDHAM:        [Laughs] Right.

REID:            Like nigga don't try to put no oth--I mean anybody else I don't know. Cause you got to come up with paperwork and all that other shit.

FORDHAM:        Right.

REID:            You know what I'm saying? It's going to be dealt with accordingly.

FORDHAM:        Right.

REID:            You dig what I'm saying?

FORDHAM:        Exactly.

REID:            But [U/I] fuck him. If if did turn out motherfuckers did told on him, fuck him.

Exhibit A

FORDHAM:         Right.

REID:            Cause he the one that set the shit up.

FORDHAM:         Yeah. Exactly.

REID:            But I know by law I gotta handle.

FORDHAM:         Yeah.

REID:            You dig what I'm saying? [Voices overlap]

FORDHAM:         Yeah. Yeah like he said.

REID:            Even though [U/I]--[Voices overlap]

FORDHAM:         Even if they told on him and they shouldn't have told. Nigga you set the shit up.

REID:            Right. You set the shit up.

FORDHAM:         Yeah.

REID:            You know what I'm saying? Motherfuckers like well we can't tell you how to do [U/I], how to run your state. I said it seems like you is.

FORDHAM:         Right.

REID:            I'm not talking about Marty. I'm talking bout uh, the brothers down there that's suppose to be the Enforcer for the mob and shit uh, uh not Smoke. What's that what's that motherfuckers name. In Atlanta.

FORDHAM:         In Atlanta what he, what he doing down there. The Enforcer of the nation. [Voices overlap]

REID:            Nah. Yeah for the mob and shit uh--[Stutters] I'm trying to think of his name. It's going to come to me. Meech. The nigga Meech and shit.

FORDHAM:         Mitch?

Exhibit A

REID:                    Yeah.

FORDHAM:           What he just moved down there or something?

REID:                    Nah I mean I guess he been down there for a, for a while and shit. You dig what I'm saying? And I guess you know Pop and, and the P done blessed him with some, with some [U/I] of being the chief enforcer of the mob and shit. So, so the phone call, the bullshit came from his way. Because he trying to get in contact with everybody else instead of me.

FORDHAM:           Right.

REID:                    So I'm hearing the shit. He like well you know uh, only problem I have when I hear brothers saying that when they got violated, they got feet put on them. I said let me tell something bro. Now if I'm protecting what's doing what's right, and what's best for this nation for this mob. I'm a do just what I have to do.

FORDHAM:           Right.

REID:                    But far as somebody putting feet on a motherfucker. It ain't my fault one of my bros hands feel like bear claws. I ain't got shit to do with that. [Voices overlap]

FORDHAM:           Right. Right

REID:                    [U/I], specially I'm standing there. Ain't nobody putting no feet on this motherfucker.

FORDHAM:           Right.

REID:                    So I'm like yeah, you can cancel that one. What's next on the list.

**CLIP C: 36:24-40:11**

FORDHAM:            [ASIDE] I got that strong shit. Yup. [Voices in the background] All right yup, yup.

REID:              So—

FORDHAM:           [Addresses REID] Hello?

REID:              Yes sir.

FORDHAM:           Yeah.

REID:              So you know. I had got some uh, some that white girl from, from Chicago and shit.

FORDHAM:           You said [U/I].

REID:              I know [U/I] Mafias got this shit.

FORDHAM:           You say what happened?

REID:              I, I don't know who they fuck they got this work from.

FORDHAM:           Uh-huh.

REID:              But this motherfucking [U/I] strong than a motherfucker.

FORDHAM:           Why you said that what, what happened?

REID:              That Christina Aguilera?

FORDHAM:           Uh-huh.

REID:              Yeah that shit strong, strong.

FORDHAM:           Where they got it from the um, uh, where you get it from the land?

REID:              Hell yeah. But it wasn't from the Mafias. It was one of the Mafias that was bringing me the boy.

FORDHAM:           Uh-huh.

REID:                    Then he said that, he already told me he was going to, he was going to another school. I don't know it was from the Unknowns or the C's. Well who ever got this shit nigga they need to, they need to keep this shit.

FORDHAM:          Right, right.

REID:                    This shit, this shit yeah. That shit that [U/I].

FORDHAM:          What's the, what the tag on it?

REID:                    What you say brodie?

FORDHAM:          I said what was the tag on it? You talking bout the, the [U/I] the Christina?

REID:                    Yeah.

FORDHAM:          What's the tag on it?

REID:                    Man shit I got it for mother fucking what, fifteen. But it was going to cost me, they was going to charge me. [Voices overlap]

FORDHAM:          Oh okay.

REID:                    They was going to charge me t-- uh, two.

FORDHAM:          Right, right.

REID:                    But since they--who the fuck I am and shit they gave it to me for fifteen.

FORDHAM:          Oh okay, okay. Right.

REID:                    So it must, it must have been somebody you know. Because whoever the fuck they with you ain't have no problems giving to me.

FORDHAM:          Right.

REID:                    So—

Exhibit A

FORDHAM:        Okay. Right. You know I [U/I] them niggas been trying to get me to come that route. I, I'd a left that one right there alone for a minute.

REID:        Man, but aye, and shit [U/I] fuck.

FORDHAM:        Yeah.

REID:        Like nobody in the, nobody in the D, got this shit. These niggas out here trying to step on the shit. All that bullshit. Bro like man you don't need to step on this shit.

FORDHAM:        Yeah. Cause uh, my cousin got that shit though. That nigga [U/I], no straight off the uh, the chipper, chipper, but I don't be fucking with it no more, so—

REID:        Oh okay. Okay.

FORDHAM:        Yup.

REID:        Okay. [U/I]. [Voices overlap]

FORDHAM:        I mean he got it, he got it for, yup he got it for like sixteen. Straight up. No, no chaser.

REID:        Okay.

FORDHAM:        Yup.

REID:        [U/I] cause a off, off the boy I'm getting ounces of that shit for like motherfucking eighteen [U/I].

FORDHAM:        Yeah I'm, I'm kind of scared of that shit right now boy. [Laughs]

REID:        [Stutters] But that shit, but that shit, that shit ain't got none of that, that, that's that special sauce on it bro.

FORDHAM:        Yeah.

REID:        And the shit, and that shit is like straight work.

Exhibit A

FORDHAM:       Right.

REID:          You dig what I'm saying?

FORDHAM:       Right.

REID:          So I done fucked with some niggas that was from Royal Oak. They got a connect down there in Akron. You dig what I'm saying? And I hit them over the head for a gram, easy gram. You dig what I'm saying?

FORDHAM:       Right.

REID:          So I'm like nigga I'm charging yall one seventy five, damn near two hundred gram.

FORDHAM:       Right

REID:          And yall buying motherfucking two, two and a half ounces. Each motherfucking time like damn. So I been, you know I been--I have to show these motherfuckers the land. Like nigga we can be consistent with the shit. It's just if yall going to keep on producing the same shit. You dig what I'm saying? So—

FORDHAM:       Right.

REID:          You know cause a lot of motherfuckers you know they switch up on you.

FORDHAM:       Like, man what the fuck.

REID:          [Stutters] They--nah you [U/I] shit. [Voices overlap]

FORDHAM:       [ASIDE] You call my momma, nah, nah cause my momma in the fucking driveway. I wonder what she in the driveway for.

REID:          Oh okay.

FORDHAM:       [Addresses REID] Let me call, let me call you right back bro.

REID:          All right brother.

Exhibit A

FORDHAM:        All right.

REID:           All right.

Exhibit 3642
3/17/2021
Participants: Kevin Fordham and Pooh
E-152, Session 3325

**[00:05:43-06:48]**

FORDHAM:         But nigga I'll be damn if I let yall come step on, step yall feet on that motherfucker on Freeland and start pumping that bitch up. And nigga the right motherfuckers ain't in play to get the, to reap the benefits. Fuck that I'll start sending the guys through there. Nigga, robbing niggas and everything.

UM:         Right.

FORDHAM:         I'm just keeping it real bro. Fuck that. Them niggas ain't, you know what I'm saying, fuck that. [Voices overlap]

UM:         [voices overlap] Niggas, [U/I]. Niggas be trying to s--hang around and peep shit, and trying to--you know what I'm saying? Then next, then next thing you know, you call a nigga. Nigga where you at. Behind [U/I] and shit. [U/I] got niggas pulling up and shit on you, and shit. [U/I], and I'm like nigga I ain't never know you doing no business over here and all that shit. [Voices overlap]

FORDHAM:         Like you say go on Ardmore. These, Big D--why you ain't over there on what you, where you stay at uh, over there on um, American and all that over there [U/I] hustling. You been over there for years so I know they know you.

FORDHAM:         Yeah exactly. Right.

UM:         I paid attention to all that shit dude.

FORDHAM:         Yup, yup.

UM:         I paid attention to all that shit dude.

FORDHAM:         That's cause them niggas be back there Low key. Cause you know after AU got hit. They be back there low key, back there trying steal custos. They think that I don't be knowin that shit.   [Voices overlap]

Exhibit A

Exhibit 3644
3/20/2021
Participants: Kevin Fordham and Unknown Female (UF)
E-152, Session 3559

[00:25-01:49]

FORDHAM:          Okay, I thought something was wrong.

UF:                    Ah no nothing ain't wrong.

FORDHAM:     Oh okay cause I see you had called me [U/I].

UF:                    Because I needed someone to walk in them houses with me.

FORDHAM:     What houses? Over on Hubbell, I mean on Freeland.

UF:                    Ah no they was on, I dunno around the corner from uh whatcha call it, uh Cooley

FORDHAM:     Oh, on Cooley.

UF:                    Yeah

FORDHAM:     Yeah, whatcha doing with them over there? You just gonna try and get some houses over there?

UF:                    Hell yeah

UF:                    Jelly Roll trying to buy the school back. So it's a bid on the school. So somebodys about to try and buy the school back.

FORDHAM:     Oh for real?

UF:                    Yeah! Somebody about to try and buy the school back so since they trying to buy the school back that mean people gonna try to come back to the neighborhood and I need all that money.

FORDHAM:     I'm saying nah, what they trying to buy the school back for? What they gonna try to open it back up?

UF:                    Yes! That's the whole goal.

FORDHAM:          Oh okay okay.

UF:                    Keep the same name.

Exhibit A

FORDHAM:          Oh okay. Oh okay.

UF:                     So which means the houses that's over there if we can purchase all of them [U/I] houses all of us will be eating

FORDHAM:          Right. That's why I know that's [stammer] we gotta get the bullshit niggas out that neighborhood though.

UF:                     Shit, they be on that bullshit they'll get handled, period. Cause everybody fuck with us. Hold on.

Exhibit 3647
3/21/2021
Participants: Kevin Fordham and Antione Coleman
E-152, Session 3663

[00:24-00:39]

FORDHAM: What up bro?

COLEMAN: Man, Balle dead.

FORDHAM: Man, I know bro. I'm talking to 'em right now.

COLEMAN: Okay bro

FORDHAM: Yup

COLEMAN: Yup

Exhibit 3649
3/22/2021
Participants: Kevin Fordham and Donavin Turner
E-152, Session 3856

**CLIP A: 13:40-14:45**

FORDHAM:      I been havin' feelins that somethin' gonna' happen to you fuckin' with that shit, you know what I'm sayin'? But here it is nigga' you get gunned down, this the craziest shit man!

TURNER:      You get gun down dude! And then we Lords out here nigga', don't nobody fuck with us like that dog!

FORDHAM:      Please, hell I figured, I'm tryin'a figure out nigga' where the fuck is everybody else at? Nigga' you don't have, you don't, that's one (1) thing, y'all supposed to told that nigga' man, it's supposed to been somebody there be like naw bro' you ain't finna' go up out this bitch.

TURNER:      [SIGHS] Man all them niggas from [U/I], came [U/I] man. [SIGHS]

FORDHAM:      [AUDIO BREAKS] [U/I] back to it nigga' you got all them nigga' [U/I] yes mans. Man you gotta' have a nigga' that be like naw nigga' you ain't finna' do that shit.

TURNER:      Man this shit makin' us look like we can be fucked with.

FORDHAM:      [AUDIO BREAKS] [U/I]

TURNER:      They took a head out.

FORDHAM:      Yeah.

TURNER:      Somebody, they gotta' pay for that.

FORDHAM:      Yeah [AUDIO BREAKS] [U/I].

TURNER:      And I'ma tell you somethin' else too man, everybody know he a Lord, 'cause Rody sittin' here with me, was like man his home boy pulled up said

man-- Somebody got killed on Eight (8) Mile. He was like-- Oh yeah? He's like--
Yeah  man, I think they a VL.

**CLIP B: 15:42-17:57**

TURNER:          I say man, so my point is, the reason why I'm sayin' that shit is
this-- Everybody know what he, Balle, what Balle is.

FORDHAM:          Yeah, yeah.

TURNER:          The police out there, they know, they see us all out there, they
know. Now all they doin' now just waitin' on us to do somethin'.

FORDHAM:          [AUDIO BREAKS] [U/I] exactly.
                         [VOICES OVERLAP]

TURNER:          'Cause they know we ain't, they know we can't sit, they seen us
yesterday too pumpin', they know we can't sit down.

FORDHAM:          Yeah.

TURNER:          They know we can't sit back.

FORDHAM:          Yeah, yeah, yeah.

TURNER:          They know exactly who we are, they know exactly who he is.

FORDHAM:          [AUDIO BREAKS] [U/I] like nigga' know [U/I] nigga' like...
                         [VOICES OVERLAP]

TURNER:          They know exactly who that man is.

FORDHAM:          ...we ain't, we ain't givin' no statement get the fuck, they be like
get the fuck on and all that...
                         [VOICES OVERLAP]

TURNER:          They know who all of us are.
                         [VOICES OVERLAP]

FORDHAM:          Yeah, I'm like...

[VOICES OVERLAP]

TURNER:            You hear me?

FORDHAM:        Yeah, that's what I'm sayin'.

TURNER:            Killer?
                        [VOICES OVERLAP]

FORDHAM:        Yes, bro' trust me I know that's why I'm tryin'a tell you,   one them niggas like,they came over there like nigga' we ain't givin' no statement, shut the, we ain't, fuck y'all niggas and all that, I told them niggas.


                        [VOICES OVERLAP]

TURNER:            Man, this shit crazy.

FORDHAM:        I told the bros and 'em man look, y'all ain't got to say nothin', just don't say nothin' quit try to cuss and argue with them man, you ain't gotta' say nothin'. Y'all wasn't even here so y'all don't even know what happen. [AUDIO BREAKS] [U/I] waitin' for niggas' to do somethin'.

TURNER:            Yeah. [PAUSE] [SIGHS]

FORDHAM:        It's crazy man, I man, [SIGHS]

TURNER:            But uh you know, what can we do man?

FORDHAM:        [AUDIO BREAKS] man.

TURNER:            They got him.

FORDHAM:        Yeah!

TURNER:            Now what we...

                        [VOICES OVERLAP]

FORDHAM:        Yeah!

TURNER:          The only thing we can do just go to court and see what the nigga' look like.

FORDHAM:         Yeah, yup, yeah, yeah, exactly.

TURNER:          'Cause you know dog and them ain't gonna' let that ride.

FORDHAM:         Hell no!

TURNER:          Psycho and little D.

FORDHAM:         [AUDIO BREAKS] [U/I] Hell no, like you said we'll go, we go see who he is 'cause the nigga', the nigga' you know, he already, he not gettin' out he caught anyway, he ain't, he not gettin' out. You know we can get the ID on him and then nigga' when he go down nigga' or somethin', you know what I'm sayin'?

Exhibit 3650
3/23/2021
Participants: Kevin Fordham and Rasean Walker
E-152, Session 3967

**00:42-01:57**

WALKER:          Ey they ain't figure out none 'bout uh Ponce funeral yet.

FORDHAM:          Nah but man they were tellin' me nigga', bro' these niggas bro', I would let you know bro', I love bros to death but niggas skirvy as hell, nigga' try to, try to come get his guys already.

WALKER:          What?

FORDHAM:          Dog [CHUCKLES] yeah I had heard the conversation last night, I'm like man y'all niggas some grimy ass niggas.

WALKER:          Yeah 'cause I had one of them [U/I] had [U/I] park for a minute, you know what I'm sayin', I had just sit there, I was talkin' to Bird and shim[PH] you know [U/I] shit so yeah.

[VOICES OVERLAP]

FORDHAM:          Uh-Huh.

WALKER:          That's crazy!

FORDHAM:          Dog.

[VOICES OVERLAP]

WALKER:          So who... [U/I] So, so, so, and, so I mean who gonna' take over his post?

FORDHAM:          Uh well you know Jawuan had it.

WALKER:          Okay, okay.

FORDHAM:       So I told, I told Jawuan bro' whatever you need, you know, you need me to help you structure it up or whatever, I got you man, nuh-uh, you know what I'm sayin'? Yeah, yeah, I, man it's Left and 'em, I'ma keep it real with you, Left and 'em man, you know I'm sayin'?

[VOICES OVERLAP]

WALKER:       Yeah. [PAUSE] Yeah, yeah I know, I know.

FORDHAM:       [U/I] Yeah.

WALKER:       I kinda read that last night.

FORDHAM:       Yeah, Left and mother fuckin' Pete took, pullin' off to the side tryin'a be, I'm like man y'all niggas some skirvy ass niggas man.

WALKER:        [LAUGHS]

FORDHAM:       I love y'all to death but nigga' skirvy [U/I], for what man? Man what y'all gonna' do? Teach 'em to just be some stupid ass niggas like y'all is?

WALKER:       Exactly. Exactly man, well what is it, what it is, just see how everything fall in place bro', [U/I] that part.

FORDHAM:       Exactly, exactly, a'ight brody.

WALKER:       Alright yup.

FORDHAM:       Yup.

Exhibit 3651
3/23/2021
Participants: Kevin Fordham and Harith Hunter
E-152, Session 4010

**CLIP A: 02:03-03:51**

HUNTER:          Oh yeah I gotta' tell you somethin' too, I forgot.

FORDHAM:        What happened?

HUNTER:          They said the A, uh the ATF ran in Kaos house, in Redford.

                        [VOICES OVERLAP]

FORDHAM:        And which Kaos?

HUNTER:          Oh black Kaos.

FORDHAM:        For real?
                        [VOICES OVERLAP]

HUNTER:          Yesterday, yup!

FORDHAM:        Man, I was tryin'a call him, the phone, no wonder his phone goin' dead, it's been cut off.

HUNTER:          Yeah, he told me that shit last night 'cause we talked like three o'clock in the mornin' and shit.

FORDHAM:        And he was there?

HUNTER:          Yup.

FORDHAM:        And what he say?

HUNTER:          They ain't find, he say they ain't nothin but they was lookin' for some guns, for gun.

FORDHAM:        Man, that's that, do you know what that shit is? That's that

mother fuckin' uh, uh, uh, uh, uh Drama and them type shit or somethin', I'm tellin' you.

HUNTER:          Because he said, like he said like basically the same way AU shit, they ain't find shit though. He ain't had shit, he said he didn't have shit in there.

FORDHAM:          Dog, that shit, you see what I mean?

HUNTER:          I don't need to be fuckin' with these niggas, fuck these niggas.

FORDHAM:          Man, right.

HUNTER:          I'm 'bout to move, that's what I told the nigga', I'm 'bout to move [CHUCKLES] from these niggas.

FORDHAM:          Right, right.

HUNTER:          Only the [U/I] gonna know where I'm at

FORDHAM:          Right, shit that's that bull shit I'm talkin' 'bout.

HUNTER:          Hell yeah.
                              [VOICES OVERLAP]

FORDHAM:          And all this, all that shit is connected somewhere man I'm tellin' you.

HUNTER:          Yeah. [PAUSE] 'Cause that ain't no coincidence, they run to AU shit and now they run in this nigga' shit.

FORDHAM:          Right.
                              [VOICES OVERLAP]

HUNTER:          Them nigga', them nigga' don't got shit [LAUGHS.]

FORDHAM:          Right, exactly. [PAUSE] And what they said they say to him? Nothing?

HUNTER:          [U/I] He said they talk about some guns, they lookin' for some

guns.

FORDHAM:     See that's that, I'm tellin' you man that's [U/I], that's these
niggas, the niggas   were either locked up or, or tryin'a, you know I'm sayin', some
bull shit bro'.

HUNTER:      Some nigga' got caught up in some shit?

FORDHAM:     Yup.

HUNTER:      And they tryin'a, nigga' throw names out there.

FORDHAM:     Yeah. [PAUSE] Yeah.


**CLIP B: 05:41-06:39**

FORDHAM:     You said what bro'?

HUNTER:      Them like, then niggas got a second agenda.

FORDHAM:     Yes, they do! I picked this from the getgo that's why he was
tryin'a bring everybody in, tryin'a have them be Universal and all that, I'm like no
bro', that [U/I] not how it's finna' go. Then even Left, Left think he slick, like I said
nigga' he was comin' around and all that, talkin' about the niggas and all that. Now
bro' gone, he ain't got no where to go so now he back on in, you know what I'm
sayin'?

HUNTER:      Yeah, oh now he really don't got no where to go.

FORDHAM:     Yeah, that's what I'm sayin', now you back up.

                     [VOICES OVERLAP]

HUNTER:      [U/I]

FORDHAM:     Huh?

HUNTER:      That just, that was his last spot to really hang at.

FORDHAM:          Yeah, that's what I'm sayin' so now he all back in, thinkin' you know it's about to be like that, that's why I told Shaq man stop lettin' them niggas come on, them niggas takin' free 'cause I remember the other day they like-- We're gonna' go on Freeland after that. I'm like no we ain't, naw!

HUNTER:             [ASIDE: My bad.]

FORDHAM:          'Cause I know what these niggas on man, I know their agendas bro'.

**CLIP C: 17:00-17:21**

FORDHAM:          Right, right. Y'all not gonna' switch my train of thought, nigga' I know what bro', I, nigga' bro' told take it and run with it and I took it and ran with it so nigga' I don't give a fuck what nobody say 'cause at the end of the day none of you niggas can travel outside of the mother fuckin', outside of Michigan without my name bein' mentioned so I don't give a fuck. So y'all can have this piece of shit here, I don't give a fuck.

Exhibit 3652
3/23/2021
Participants: Kevin Fordham Donavin Turner, and Unknown Male (UM)
E-152, Session 4037


**CLIP: 07:18-09:26**

UM:          These niggas touched the wrong motherfucking nigga dog.   Touched the wrong motherfucking nigga man. And that shit ain't, that shit ain't [U/I]. Damn dog. This ain't it dog.

TURNER:   Well we ain't going to worry about big, we ain't going to worry about big, we ain't going to worry about, cause dog he in there.   So Jay Mo and Dezi going to take care of that.

UM:          Yeah we know that. We know that. But we need to see where his motherfucking family lay.

TURNER:   That's what I'm on. That's what I'm talking about.

UM:          [U/I].

TURNER:   That's the tip I'm on.

UM:          Exactly.

TURNER:   That's the tip I'm on. I want him to hurt like I hurt. [Voices overlap]

UM:          [U/I].

TURNER:   I want him to hurt like you hurt.

UM:          Yeah [U/I]--[Voices overlap]

TURNER:   I want him, I want him to hurt like you hurt.

FORDHAM: Nigga got the uh--

TURNER:    I want him to hurt like you hurt.

Exhibit A

FORDHAM: I send some body to court. [Voices overlap]

TURNER:   And then we want this nigga to hurt [U/I].

FORDHAM: Find that nigga name and all that shit.

TURNER:   Man we going to go to court.

FORDHAM: Yeah.

TURNER:   We going to find that shit all out.

FORDHAM: Yeah.

TURNER:   Everybody on his side going to be sitting there.

UM:       I'm sitting in that bitch with him. In the front I'm, I'm, I'm in the front row.

TURNER:   Everybody that walk up out that bitch on his side going to get it.

UM:       Yeah this ain't it dog. This ain't it.

FORDHAM: I think, I think them niggas, I think--.   [Voices overlap]

UM:       I don't give a fuck [U/I]. [Voices overlap]

TURNER:   [Stutters] They, [Stutters] aye let me tell yall a secret.

FORDHAM: I think, I think them niggas from over that way too.

TURNER:   They killed the wrong nigga on this one.

FORDHAM:I think them niggas from over there too.

TURNER:   They killed the wrong nigga.

FORDHAM :I think [U/I]--[Voices overlap]

TURNER:   They killed the wrong nigga dog.

FORDHAM: I think them niggas from over that way too.

UM:          They don't even know, they don't even know what they done got them selves into dog.

FORDHAM: That's why I think them niggas from over that way.

UM:          I don't give a fuck where they from, they [U/I], they [U/I]. This the the wrong nigga.   Like you said dog.

FORDHAM: Nah I'm saying, I'm saying I know, I feel, I feel that they from over that way.   That's what I'm saying.

UM:          [U/I], where ever they from, they from close around to be up there.

FORDHAM: Yeah.

UM:          [U/I].

FORDHAM: Yeah.

UM:          They from somewhere [U/I].   They from somewhere from Livernois to god damn to Evergreen.   They from somewhere.

FORDHAM: Yeah.

Exhibit 3654
3/23/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 4171

**[00:48-1:34]**

AVERETTE:        What up doe?

FORDHAM:        When, when you get a chance send that uh, that homework you [U/I], you showed me last night.

AVERETTE:        Alright uh, where you at?

FORDHAM:        I'm at the house.

AVERETTE:        You 'bout to slide out?

FORDHAM:        Am I about to slide out?

AVERETTE:        Yeah.

FORDHAM:        Nah, I'm, I'm posted and shit, I, I was pulling on Mac, I just wantin', I just wanted to get that homework so I can show it to him.

AVERETTE:        Oh, you want me to pull down on you or you want me to send it to you?

FORDHAM:        Uh, shit you can, either one.

AVERETTE:        Alright, I'll pull up on you.

FORDHAM:        How far where you is?

AVERETTE:        I'm on the East side, I'll just send it to you.

FORDHAM:        Yeah, just send it to me.

AVERETTE:        Alright.

FORDHAM:        A'ight.

Exhibit 3655
3/24/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 4181


[00:00-00:26]

FORDHAM: What's going on brody

AVERETTE: You get it?

FORDHAM: Ah shit I didn't even look. I'm in the house, Lemme- I didn't even check to see. Alright lemme see

AVERETTE: Alright cause I sent it

FORDHAM: Alright hold on.

FORDHAM: Yup I got it.

AVERETTE: Alright

Exhibit 3658
3/25/2021
Participants: Kevin Fordham and Donavin Turner
E-152, Session 4628

**CLIP A: 02:08-3:44**

FORDHAM:          I was tryin'a call Kaos, what he got his phone cut off?

TURNER:            Uh no the feds took his phone, ATF ran up in his house.

FORDHAM:          Yeah he told me, what the fuck? [U/I] for what?

TURNER:            I ain't tell you that?

FORDHAM:          Yeah, no you ain't tell me, somebody else told me, for what though?

TURNER:            Uh, I don't know. we ain't figured it out yet.

FORDHAM:          Man, I'm, tellin' you man, there is somebody in our circle bro', I'm tryin' to tell you, it's, this, shit is coincidence, it's just, it's too many mother fuckers, the same thing happenin' to 'em.

TURNER:            Yup.

FORDHAM:          Man, he good though right?

TURNER:            Man, as good as I can be bro'.

FORDHAM:          No I'm sayin' he good, I'm talkin' 'bout kaos good? Ain't he?

TURNER:            Man so far so good.

FORDHAM:          Okay, okay.

TURNER:            [ASIDE:   What you say? Park your truck, park the truck.] Yeah dog, he a'ight man, I seen him today and shit.

FORDHAM:          Okay, okay.

Exhibit A

TURNER:              Yeah, but you know niggas feel like damn what the fuck?

FORDHAM:           Right, right.

TURNER:              They don't know if it's comin' from AU side or what, I don't know.

FORDHAM:           Right. [PAUSE] I sent you this Mac, did Mac show you that shit I sent him?

TURNER:              Nuh-Uh.

FORDHAM:           Man, nigga' name on that payoff and paper again bro'.

TURNER:              You say what?

FORDHAM:           That nigga' Fouche name on some paper again.

TURNER:              I heard! Somebody was tellin' somethin' like that.

FORDHAM:           Yeah.

**CLIP B: 05:29-6:05**

TURNER:              [SIGHS] Think of who is he [U/I] uh Che supposed to be tellin' on this time? Ain't that a bitch...

FORDHAM:           Know Forty, the little bro that lit them niggas up at the uh club.

TURNER:              Oh yeah, yeah, yeah, yeah, yeah, yeah, yeah, yeah, yeah he tellin' on them.

FORDHAM:           Yeah, hell yeah.

TURNER:              Yeah he tellin' on them.

FORDHAM:           Yeah, his name on the paper, they, I guess uh, let, I'ma send you the whatcha' call it little bro' texted it to me.

TURNER:          Cold blooded.

Exhibit 3659
3/27/2021
Participants: Kevin Fordham and Ondrome Lewis
E-152, Session 4794


[00:00-00:59]

FORDHAM:        What up doe [AUDIO FADES]?

LEWIS:          Man niggas' just shot at me pops.

FORDHAM:        [U/I] [AUDIO FADES]?

LEWIS:          I don't know, I was just at the liquor store, I'm 'bout to start
shootin' at everybody though I need bullets.

FORDHAM:        [AUDIO BREAKS] [U/I] hold on [U/I] [AUDIO FADES], let
me get off [U/I] speaker. [PAUSE] Hello.

LEWIS:          Yeah.

FORDHAM:        Yeah, and who was it?

LEWIS:          I don't know, I was just at the liquor store, niggas had came out
the little, off of Freeland and shootin' at me.

FORDHAM:        You was at the liquor store and they came off Freeland?

LEWIS:          Yes.

FORDHAM:        And who, ain't nobody on Freeland, nobody ain't shoot and
walk down the street?

LEWIS:          Nah.

FORDHAM:        Oh shit.

LEWIS:          I need some bullets too doe.

FORDHAM:        What, what a hand gun bullets?

LEWIS:          Yeah.

FORDHAM:        Uh shit, you probably have to check Shaq with some bull, them kind a...

Exhibit 3661
3/27/2021
Participants: Kevin Fordham, Ondrome Lewis
ATF Item E-152, Session 4819


FORDHAM:   [Voices in the background] Hello?

LEWIS:        Hello?

FORDHAM:   Yeah.

LEWIS:        I'm at the house pop.

FORDHAM:   Aye--

LEWIS:        Pull up at my house.   I need some guns over here.

FORDHAM:   You said what?

LEWIS:        Go, go bring me some guns over here.

FORDHAM:   You know I ain't gonna [U/I] ride [U/I].   [U/I] um, [U/I] arguing some some girl yesterday.

LEWIS:        Nah fuck all that, that's pop. I know exactly who this is. This ain't got nothing to do with all that shit.   They--this is [U/I].   Bring me some guns, or I'll come get the guns. These niggas talking bout be outside my house. Shit, I'm outside right now.

[Voices overlap]

FORDHAM:   [U/I].   All right let me see, let me what see[U/I].   I'll call you right back.   I'll call you right back.

LEWIS:        All right.

FORDHAM:   Uh-huh.

Exhibit A

Exhibit 3663
3/27/21
Participants: Kevin Fordham and Ondrome Lewis
E-152, Session 4832

[00:00-00:31]

FORDHAM:        Nah, that's why I'm trying to figure out now.    Shit I'm calling a couple of guys now, shit.

LEWIS:          All right.

FORDHAM:        I know you need some big shit, so I'm calling em now.

LEWIS:          All right.

FORDHAM:        What, what they out there in the front or something?    I might have to call C-Four and have him ride up on you.

LEWIS:          I'm out, I'm out--me and Mike-Mike, and Nick out here in the front right now.

FORDHAM:        Um, you know what I'm fitting to send you C-Four number, call him.

LEWIS:          All right.

FORDHAM:        All right.

Exhibit 3665
3/28/2021 (Exhibit E-152)
Participants: Kevin Fordham and Ondrome Lewis
E-152, Session 4877

[00:00-00:32]

FORDHAM:         Hello?

LEWIS:              What's going on pop?

FORDHAM:         [U/I], you get in touch with uh, bro?

LEWIS:              Huh?

FORDHAM:         You get in touch with bro?

LEWIS:              Nah.

FORDHAM:         He ain't call back?

LEWIS:              Nah.

FORDHAM:         Okay shit cause bro had brung [PH] me um, uh, a clip.   But that shit ain't, that bitch ain't fitting in the other one. I need him to bring me the right one for the K. So let--hold on, let me try to call C-Four now, hold on.

LEWIS:              All right.

Exhibit 3670
3/31/2021
Participants: Kevin Fordham and Unknown Male (UM)
E-152, Session 5335

[00:15-02:30]

UM: That's why I called you man uh I heard, when I had saw Duke yesterday.

FORDHAM: Uh huh

UM: I had already had spend my money and stuff

FORDHAM: Right

UM: I said ah shit. I said and of all people you gonna tell me?

FORDHAM: Right

UM: But then I told him I say don't worry about it, Ima catch him, I'ma catch him today

FORDHAM: Right

UM: And I caught, and I caught you today

FORDHAM: Right

UM: But yeah I soon as just woke up man

FORDHAM: Hell yeah

UM: Not bullshitting

FORDHAM: [laughs]

UM: I was calling to tell you that. [laughs] But don't, but don't worry about it next week I'm gonna uhm get a little bit more because I get my stimulus stuff

FORDHAM: Okay

UM: Oh yeah, so I'm just letting you know so be prepared for me next week

FORDHAM: oh yeah [voices overlapping]

UM: go ahead I'm sorry

FORDHAM: I'm yeah I'm supplied now so it's gonna be awhile til nigga don't have none.

UM: Gotcha gotcha gotcha like I, like I say, next week when I get my stimulus I'm gonna go a little bit bigger than you know, twenty dollars

FORDHAM: Right, right

UM: Yeah fuck that shit. Cause I want my shit to last for at least a half- two or three weeks with some shit. Ya know what I'm saying? Why I gotta keep coming back?

FORDHAM: No doubt. No doubt

UM: Alright and uhm like I was saying earlier, Ponce, I wanna make sure I get this straight. Tomorrow, at between two and six right?

FORDHAM: Yeah two and six is the viewing yeah

UM: Okay, I'm writing that down. Two and six

FORDHAM: Yeah

UM: And the funeral is start at three o'clock on Thursday.

FORDHAM: Uh huh on Friday

UM: Oh Friday I'm sorry, Friday. Yeah, that's right that's right. Okay

FORDHAM: Mhmm

UM: The wake is tomorrow funeral Friday

FORDHAM: Yup

UM: Okay let me write this shit down so I won't forget. Alright and you said you was gonna try and make it between what two two- I'm gonna try and catch you if I can man. [O/V]

FORDHAM: Yeah, I'm gonna try to uh yeah you know I'm gonna try and get up there before everybody else bout two thirty then so probably be up from like two to two thirty maybe. Cause I'm not-

UM: Yeah I'm gonna sit for a little bit and see if I can catch some people you know if I can.

FORDHAM: Right

UM: But if not then, then you know I'm gonna have to shoot on out cause I, I know I'm only limited with what I'm gonna be driving with

FORDHAM: Right right

UM: Yeah, alright then Killa man. You know I appreciate everything baby you know and like I say I will be in touch and hopefully I'll see you tomorrow my brother.

FORDHAM: Alright

UM: Alright yup

Exhibit A

Exhibit 3675
4/04/2021
Participants: Kevin Fordham and Harith Hunter
E-152, Session 5745

**CLIP: 16:03-17:13**

FORDHAM:        Like I had to tell Cino. He like [U/I], yeah niggas ain't getting no money and all that. I'm like nigga you don't know, I was like you nigga you must don't know [U/I] I live. I was like nigga this one block alone been making money longer than this whole fucking neighborhood.    Fuck is you talking bout.

HUNTER:        Hell yeah. It always been Freeland, they say Freeland always have something jumping.

FORDHAM:        Yeah.

HUNTER:        I'm talking bout old crack heads telling me this. [Voices overlap]

FORDHAM:        Yeah, from the jump.

HUNTER:        They said Freeland was one of [U/I]. [Voices overlap]

FORDHAM:        Man I'm telling you [U/I], nigga I knew all the, the, the oldies. I knew all them niggas that was [U/I] that shit, yeah. [Voices overlap]

HUNTER:        I know cause you use to be around that shit when you was younger.

FORDHAM:        Yeah.

HUNTER:        I know, I know what you saying bro.

FORDHAM:        Yeah niggas always [U/I]--[Voices overlap]

HUNTER:        Cino just say that shit cause he talk about that little scam shit.

FORDHAM:        Yeah uh, exactly.

Exhibit A

HUNTER:          Nigga we ain't [U/I]. And nigga I don't got to show my shit.

FORDHAM:         Right.

HUNTER:          I don't got to show my shit, cause I don't, I ain't a target. Cause you make yourself a target. A nigga will merk you over that shit.

FORDHAM:         Yeah.

HUNTER:          And you wouldn't even know where it came from, cause you on the book.

FORDHAM:         Yeah.

HUNTER:          And then another nigga might not even got a page.   He wire his man up, like yeah we bout to rob this bitch.

FORDHAM:         That's why I shit so fucked up now for, for, for the everything. The hustle and the youngsters and all that, cause these niggas don't get out there and get it.   I mean the scam, I ain't mad at them for scamming, but yall still, yall take that shit the scam.   Then yall fuck up the hustle game.

Exhibit A

Exhibit 3677
4/04/2021
Participants: Kevin Fordham and Sierra Moses
E-152, Session 5765

[02:04-03:25]

FORDHAM: I see y'all sisters. Doing your thing.

MOSES: Yeah we done been to Tampa, Pittsburgh, Indiana and we done been to Georgia.

FORDHAM: Okay, I see y'all doing y'all thing.

MOSES: I been to Columbus. We just came back from Col-Columbus last week. Shit that's how we end up there.

FORDHAM: Right. Okay I see y'all doing your thing.

MOSES: You already know it.

FORDHAM: Right.

MOSES: Yup, we come back and we [U/I] and then we'll be up that way. Cause you know we uh having the picnic on Juneteenth.

FORDHAM: Yeah, yeah

MOSES: And then-

FORDHAM: You wanna still have one on our Balle on his day? That's what I meant to get with ya'll on.

MOSES: Uh, I believe so. I know Shorty and Fouche was talking about doing something then. And I know uhm

FORDHAM: We don't need, we don't need Shorty, we don't need Shorty and Fouche. Ya know what I'm saying?

MOSES: We sure as hell don't. You got that shit right.

FORDHAM: Yeah, Fouche I think that nigga a snitch. And Shorty, she know, man she was a cause of that brother getting hurt. You know what I'm saying?

MOSES: Right.

Exhibit A

FORDHAM: So you know as far as doing a picnic, we can do a picnic ourself. We don't need them.

MOSES: Oh absolutely.

Exhibit 3681
4/12/2021
Participants: Kevin Fordham and Ondrome Lewis
E-152, Session 6368

**CLIP A: 04:20-05:30**

FORDHAM:        Right. Well shit you know, all you got to do is make me know and shit. And then, then uh, shit like I told you the other situation. You know what I'm saying? And shit you had, [U/I]--after you ran into that shit I--and it had happened and shit. I was like shit he'll call me when he get out. You know what I'm saying? Remember I talked to you about the um, bout the [U/I] or so. [Voices overlap]

LEWIS:        Oh yeah you know I was going to make the call.

FORDHAM:        Yeah about the [U/I]. So yeah.

LEWIS:        Yeah I had, just had to get my shit right. But you know I'm call you. You know. [Voices overlap]

FORDHAM:        Right. Right.

LEWIS:        But I just go to you--I, I think--I don't, I ain't trying to do nothing right now. But down the line type shit so [U/I]. Everybody [U/I] type shit. But this shit ain't right.

FORDHAM:        Yah, yeah exactly. It's just--[Voices overlap]

LEWIS:        [U/I].

FORDHAM:        The way he got, the way he got it set up, he can be more monster because they know you. I'm talking people.

LEWIS:        Yeah.

FORDHAM:        You know what I'm saying?

LEWIS:        Yeah. And then they can play it any type of way. [Voices overlap]

Exhibit A

FORDHAM:        And then he, and--right.

LEWIS:        Call, and call another person and be like yeah, play like you want some weed or something.

FORDHAM:        Right.

LEWIS:        I be scared to sell niggas weed now, just because of that shit. You feel me?

FORDHAM:        Right and then--

LEWIS:        I got to play it cool like yeah. If the nigga take more than two seconds to come out the crib or anything. Like man I'm pulling off. I ain't on that shit.

FORDHAM:        Right. Right. Right.

**CLIP B: 07:05-07:32**

FORDHAM:        Right, aye I'm trying to get that uh, I got to try, I got, need somebody, if I can get somebody to go uh, get that uh, that extra, that extendo boy. You know what I'm saying?

LEWIS:        Yeah.

FORDHAM:        To the other thing. Then I can give it to you.

LEWIS:        All right.

FORDHAM:        Yeah.

LEWIS:        All right.

FORDHAM:        All right.

LEWIS:        I'll let you know pops.

FORDHAM:        All right.

LEWIS:              All right love you.

FORDHAM:            Love you too.

LEWIS:              All right.

FORDHAM:            Yup.

Exhibit 3682
4/13/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 6490

[00:00:00-00:02:18]

AVERETTE: Yo.

FORDHAM: Yeah, I'm on Strathmore bro, pull up.

AVERETTE: What?

FORDHAM: I'm on Strathmore, pull up.

AVERETTE: Ah! I just got to work, bro; I'm at work. I was trying to call you before I came in.
[VOICES OVERLAP]

FORDHAM: Oh, okay. Well, you know. Yeah, you know I, I--if it's, if it's anything to do with, with the nation, or whatever, you know I don't even get down on this phone; that's why I hope you know why I don't just [U/I] it up.

AVERETTE: Right, right, right, right.

FORDHAM: Yeah.

AVERETTE: I know that. No bro, I just talked to bro earlier, big bro. He on a call while I was at New Jack house; so, he hollered at us.

FORDHAM: Oh, you talking about hog-hog?

AVERETTE: Huh?[VOICES OVERLAP]

FORDHAM: You talking about Hog? You talking about Hog?

AVERETTE: I ain't call that nigga...[VOICES OVERLAP]

FORDHAM: Oh, you're talking big, big bro.

Exhibit A

AVERETTE: Big bro. Fuck that. [Chuckles][VOICES OVERLAP]

FORDHAM: Oh, no. I'd--no, oh, you talking big brody. Oh, okay.

AVERETTE: Yeah. He said he gotta--he gonna call you. He said he gotta holler at you, he need you to do something.

FORDHAM: Okay. No doubt. No doubt.

AVERETTE: [U/I] but [VOICES OVERLAP]

FORDHAM: He...probably he, he gonna need some dollars?

AVERETTE: Well, we don't--yeah, he said he need that too but no I don't think that's what he gonna call you on.

FORDHAM: Oh Okay. Okay.

AVERETTE: But uh, he did say uh, he, he, he, he fucked up. He kind of pissed about what's going on out here.

FORDHAM: Yeah!

AVERETTE: Uh...[VOICES OVERLAP]

FORDHAM: [U/I] man.

AVERETTE: Uh, but he said Fouche gotta, he gotta, he gotta go on ahead and just go on and get up out of here, bro.[VOICES OVERLAP]

FORDHAM: [Laughs] Bro...

AVERETTE: He gotta go on. He said that, bro. He said it.

FORDHAM: Bro, listen. Ya'll don't be listening to what I'd be trying to tell ya'll. That's why I lay back in the cut and don't even be do [PH]. Bro, I'm telling yous. That--ya'll--I'd be laying back and being in the cut because I'd be trying to tell ya'll, these niggas going to get yall caught up in situations.

AVERETTE: Yeah, but boss hog be riding with this nigga, man; vouching for the nigga everything, bro.[VOICES OVERLAP]

Exhibit A

FORDHAM: Yeah, but, but, but if he's saying he, if he's saying that's what it is, that's what it is. You see what' I'm saying.

AVERETTE: He said--let me tell you what he exactly said, bro. He said, man, cause we--he--cause newjack said, we trying to, have--they wanna have a meeting bout see if they wanna let him stay or he, or, or he leaves. He said, bro, he gotta go--he--bro, ain't no, it ain't no, it ain't no meeting bout that, bro. He just just gotta get all the way gone, bro, [U/I] He gotta...

[VOICES OVERLAP]

FORDHAM: Yeah!

AVERETTE: get up out of here. He, he gotta go watch the sunset or something.

FORDHAM: Yeah. It ain't no--man, bro...[VOICES OVERLAP]

AVERETTE: He said [U/I].

FORDHAM: It ain't no, it ain't no meeting, nigga. Cause if y'all, if y'all say, nigga that's what it is, nigga, no one man can beat the whole mob. You hear me? No matter what it is. If yall say that's what it is...[VOICES OVERLAP]

AVERETTE: Yeah. So, he said he gotta go watch the sunset.

FORDHAM: Yeah. If yall, yall already said [U/I] [VOICES OVERLAP]

AVERETTE: Yeah. Watch the sunset, you know what that means, shit.

FORDHAM: Yeah. Y'all already said he has to watch the sunset, right? [VOICES OVERLAP]

AVERETTE: Mhm [PH].

FORDHAM: Didn't you already say that? Ah, okay. Shit, so that's what it is.

AVERETTE: Get up out of here.

FORDHAM: Yeah. Okay.

Exhibit 3683
4/13/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 6493

**CLIP A: 00:00:14-00:01:45**

AVERETTE: Yeah he said um, yup so he basically said--cause they did some fuck shit bro, as far as Phantom. I know you don't want to, you don't want to get off into that shit. But they did some bullshit. So basically Boss Hogg and Fouche drove down to Tennessee, Texas or something.

FORDHAM: Uh-huh.

AVERETTE: To meet up with the founder, to meet up with the founder of the uh, Phantom. And told them, told them [U/I]. [Voices overlap]

FORDHAM: You talking bout, you talking bout Larry J?

AVERETTE: Yeah. Yeah they met up, they met up, met up with Larry J. And Larry J—

FORDHAM: Oh no, that don't count any way. I told Larry J, he go sit his ass down somewhere. So, okay I got you on that. [Voices overlap]

AVERETTE: Yup he told--he took Roll-Up and them out of office. Put, and gave it to Boss Hogg, and some other motherfucker. And they wasn't suppose, he wasn't suppose to do that like that. You know what I'm saying?

FORDHAM: Right.

AVERETTE: Course he the Founder, but he can't just do that, cause you still have to have a meeting. Like any type of position change. [Voices overlap]

FORDHAM: Yeah, yeah and then plus man that, that nigga, that nigga, that he was one of the founders. He not the founder, the founder is dead bro.

AVERETTE: Okay, okay.

FORDHAM: Yeah, yeah.

AVERETTE: All right. So yeah so, you know what I'm saying? He did that and it, it got everybody fucked up. [Voices overlap]

FORDHAM: He mighty.

AVERETTE: So Boss Hogg talking bout some--he done got, you know he, got Boss Hogg big headed now, now he, you know he, he National. So know he just bout to be on bullshit, but he not the actual National. He just the--New Jack said he just temporary. But that still--like Big Bro said on the phone. To--Tony said like bro that, he ain't, he said bro who is that. He said and New Jack said who you talking bout. He said who is Larry J bro, I don't know just Larry J bro.

FORDHAM: [Laughs] Right.

AVERETTE: He said I know, he said I been around twenty some years. I never seen that man bro.

FORDHAM: Right.

**CLIP B: 02:26-03:51**

AVERETTE: He said he just got to go ahead, go watch the sunrise or something. He said go and tell him you got to get up out of here. And wa--let him watch the sunrise or something.

FORDHAM: Right.

AVERETTE: So, in so many words I already caught that. So, I'm like oh, okay.

FORDHAM: Right.

AVERETTE: So, he like yeah bro. You know what I'm saying? He said, but he said at the same time, he said they already know that he, he said they know I'm bout to get ready to get on up out of here. So they already know that they ain't got nothing on me.

FORDHAM: [Laughs] Yeah. Oh yeah, man. I just be quiet. [Voices overlap]

AVERETTE: But they still [U/I], he said they still working, he said, [Stutters]--[Voices overlap]

FORDHAM: Oh yeah, yeah.

AVERETTE: He said them boys out there still working.

FORDHAM: Yeah, yeah.

AVERETTE: Know what I'm saying? But--[Voices overlap]

FORDHAM: Yeah, yeah.

AVERETTE: Yall can't do shit. Yall cannot do nothing.

FORDHAM: Right.

AVERETTE: As long as, he said they going to try to do everything to yall. They going to try to shoot at yall. They going, cause New Jack was like they, they clipped me off my bike man. I think it was a personal thing. He said bro they going to do all that. They going to try to clip all yall. They going to try to shoot at yall.

FORDHAM: Uh-huh.

AVERETTE: They going to do everything. You know what I'm saying? But the moment yall react, that's all they want. That's all they need.

FORDHAM: Right.

AVERETTE: Yall react and do some dumb shit then that's what, that's what's going, it's going to come down to some shit. Cause he said they trying to get somebody life bro.

FORDHAM: Yeah, hell yeah. [Voices overlap]

AVERETTE: He, they want to get somebody life.

FORDHAM: And, then trust me bro. You know I already know. I keep trying to tell him. That's why you see I been layin back. You know what I'm saying?

Exhibit A

AVERETTE: Yeah.

FORDHAM: Cause I already knew, I done already knew bro was coming home. I just was quiet so nobody could wouldn't even know. You know what I'm saying?

AVERETTE: He, he, he really like sick of Fouche shit though. He, he, he said he sick of his mouth. [Voices overlap]

FORDHAM: Oh [U/I], bro. Bro you see I done already tried to get him up out of here. [Voices overlap]

AVERETTE: He sick of that nigga.

FORDHAM: And these niggas keep on trying to save him around, cause it's something--bro that's why I been saying lay back and look at these niggas. Cause it's something bro for them niggas, and you--and for them to keep--like you say that nigga don't even know Fouche like that. So why the fuck you keep trying to keep him around.

Exhibit 3684
4/13/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 6494

[00:10-02:49]

FORDHAM:      Yeah 'cause nigga' that's why they try to come with the coupe [PH] 'cause they thought they was gonna' come in, that's why they kept on lyin' talkin' 'bout some, bro' told him that pistol had it and all that shit, nigga get the fuck out of here.

AVERETTE:      Yeah he say, he say I never told that man to do anything bro'.

FORDHAM:      Yeah, I know you didn't [LAUGHS]

AVERETTE:      He say, he say that's on, he say that's on everything, he say that's on everything bro'.

FORDHAM:      Yeah.

AVERETTE:      I never told that man not, to do somethin' you know I'm sayin', I never told him to do anything bro'.

FORDHAM:      Bro' I was there. [ASIDE: What up doe brody'?]

                    [VOICES OVERLAP]

AVERETTE:      He say them niggas, he say them niggas came and woke me up. He say them, he came and woke me up out my house bro', I was asleep when they went and did that bull shit.

FORDHAM:      Yeah, bro' I was around...

                    [VOICES OVERLAP]

AVERETTE:      He say they bring, they came straight to my house.

                    [VOICES OVERLAP]

Exhibit A

FORDHAM:        Bro' I was around I, I was around for all that shit. [PAUSE] [ASIDE: Nigga' Big Giz, what's up, this little Giz right here, no, no this little Giz, this little Giz. (LAUGHS) That's little...]

[VOICES OVERLAP]

AVERETTE:        He say, he sayin' bros, he say them out, they [U/I] out there still lyin' like that bro', I don't even, I don't even tolerate that shit.

FORDHAM:        [ASIDE: What up doe?] Right, hell yeah. [ASIDE: What up doe brody?] Yup [AUDIO FADES] shit I been talkin' to uhm little bro schiz and shit. [ASIDE: and shit, big bro', you heard me? I just got to talkin' to big bro'.

UM: Oh (U/I)?

FORDHAM:        Yeah. (U/I) for (AUDIO FADES), you know what I'm talkin' 'bout right? UM: (U/I).

FORDHAM:        Yeah.] He say, he say nigga' he's gonna come home and sit these  niggas, just sit they ass down there [LAUGHS.]

AVERETTE:        Yeah but yup, that's what, that's what's going on so he said yeah dog just gonna' get the fuck on, he don't even need him.

FORDHAM:        Yeah [LAUGHS], he already tell you, he, I already told I knew that.

AVERETTE:        He, 'cause he just said it, he say, he said bro', he said...

[VOICES OVERLAP]

FORDHAM:        Say that nigga' go, go to sit down! yeah.

[VOICES OVERLAP]

AVERETTE:        ...he said, I said he said how he...

[VOICES OVERLAP]

FORDHAM:        That's, that's big [U/I]...

Exhibit A

AVERETTE:        ...how he, he, how do he have, he say how he got his [U/I] and he had left. You had left for, for a while so how you gonna' come back on, on, on, what did you come back for?

FORDHAM:        Right. Come on bro'. He there.

AVERETTE:        Yup.

FORDHAM:        Right.

AVERETTE:        So he uh, so I don't know when he callin' you but he said he gonna' hit you up he need to, he need you to do somethin'.

FORDHAM:        Okay, no doubt, I already know what he want me to do okay. I already know, trust me I already know, I'm finna' call that nigga' and tell Larry Jay-- Nigga' all, all due respect and all that shit nigga' no you wasn't left at that situation dog to do that shit, you know I'm sayin'?

AVERETTE:        Yeah.

FORDHAM:        Yeah, and nigga' I, rock with that nigga', he already know I rock with him to the end nigga', I don't give a fuck.

AVERETTE:        Oh he already said it on the phone he say-- Yeah, you know I gotta'... He say-- I  gotta' call Ghetti 'cause that's my Lefty so you know I'm sayin'...

[VOICES OVERLAP]

FORDHAM:        Yeah, yup.

AVERETTE:        ...I'ma uh, I'ma …call him and [U/I] and bro', I'm like, I'ma go ahead and took, I got, I got somethin' for them to do for me.

FORDHAM:        Yup no doubt, no doubt.

Exhibit A

Exhibit 3689
4/17/2021
Participants: Kevin Fordham and Teona White
E-152, Session 6693

**CLIP A: 00:00-03:30**

WHITE: [ASIDE] [U/I].

FORDHAM: Mighty sis what's going on?

WHITE: Uh, I got beat up. [Laughs]

FORDHAM: Huh?

WHITE: I got beat up.

FORDHAM: By--beat up by who?

WHITE: Man I don't know who they was. They talking bout that I was out of law.

FORDHAM: Where, who?

WHITE: [U/I], like my foot fractured.

FORDHAM: Who?

WHITE: My tooth chipped. My face fucked up. I don't know who they was.

FORDHAM: Where was you at?

WHITE: I was at home.

FORDHAM: And they came out there and jumped on you at the house?

WHITE: When I was coming, I came--we got a main door, and then you go upstairs to get to my door.

FORDHAM: Uh-huh.

WHITE: On my way up the stairs, I'm taking my laundry basket. I'm holding it. When I go up like, I don't even know how many steps. But I'm just going to say about four or five, right.

FORDHAM: Uh-huh.

WHITE: And as I got ready to step somebody pulled through the bars. Pulled my foot, but I had my hands on the, in, on the basket. So I couldn't brace myself. I fell on my hands the basket. I hit my face, my mouth on the stair. So I like black out for a second. As I'm waking up somebody pulling me down the stairs. And then I'm getting stomped. They never punched me or nothing. They just stomped me.

FORDHAM: And you said, they said that you was out of law?

WHITE: They talking bout next time they, yeah. They talking bout next time they going kill me. Mhm.

FORDHAM: Man who do think that shit was? Was you think--do you think that was Bone them?

WHITE: They just--can't be nobody else. Who I'm beefed out with?

FORDHAM: Right. That's what I'm saying.

WHITE: I ain't got into it with not a soul. I'm not, I don't even go nowhere.

FORDHAM: Right.

WHITE: When I'm here just like even though I'm fucked right now. Me and my grand baby. This happened like two days ago. I just been trying to process shit. And try to look how Little Bone them be acting. You see what I'm saying?

FORDHAM: Right.

WHITE: So I put the night it happened, I put it in a text message. Like can--some niggas just jumped me. I just got into it with some niggas.

FORDHAM: Uh-huh.

Exhibit A

WHITE: So Mann like we need, some brothers need to go over there or whatever. Bunny like one of yall come get me. I need a ride, come get me.

FORDHAM: Right.

WHITE: Nobody came. The next morning Bunny and Shamoo show up, early in the morning.

FORDHAM: Uh-huh.

WHITE: Shamoo was like when I got up and I looked at it. He was like I was sleeping, but when I got up and looked at it, I instantly called sis. Like you know where where she stay at. And came, they came out here.

FORDHAM: Right.

WHITE: So then Big 5 them came.

FORDHAM: Right.

WHITE: Not one time did Polo or LB, or none of them respond in the text. It's now one o'clock in the afternoon.

FORDHAM: Right.

WHITE: So Big 5 call LB, like damn yall ain't see what happened to Suga. She put her face and everything what happened to her in the message group. He's like go look at the message group. So then about four hours later they come, or whatever. And then like yesterday LB and Chuck came back over. Trying to, you know, like who do you think it is. What do you think going on. Like you know it's going to be revenge it had to come from them niggas. Trying to point, you know, LB trying to slick talk me, pointing fingers.

FORDHAM: Right.

WHITE: You know.

FORDHAM: Trying to figure out, where you coming from, with the angle.

WHITE: Yeah, yeah. Oh, sis you know we going to take care of this shit, revenge. You know it had to come from Bone them. And that nigga Diablo I don't trust him. I been, you know not trusting that nigga, and this. Like you told me you ain't know Diablo.

FORDHAM: Right, right.

WHITE: So why all of a sudden, you don't trust him.

FORDHAM: Right.

**CLIP B: 03:36-05:40**

FORDHAM: On you sis what you want to do? Nigga cause we go get Bone them. We'll tear they ass up right fucking now.

WHITE: Man. And then the Old Man he, he so fucking mad. But I told him, I was like I'm, I'm good. I don't need nobody to fly here. B.O., them talking bout uh, he like I'm sending B.O., up there. I don't need you to send B.O. up here.

FORDHAM: We on they ass. What, whoever you think it, whoever you say it is. We tearing they ass up.

WHITE: I mean it got to come from that way. But I don't know if LB them trying to play the two against each other. [Voices overlap]

FORDHAM: Right trying to bring together, yeah, yeah.

WHITE: Know what I'm saying?

FORDHAM: Yeah.

WHITE: Really trying to get me out the way. You feel me?

FORDHAM: Yeah. Yeah.

WHITE: You feel me so out of--that's why I'm telling him. They like oh, we going to take care of it. You know I ain't really said nothing. But now I'm a tell them like, no don't nobody do nothing. Leave it alone for a minute.

Exhibit A

FORDHAM: Right.

WHITE: You know what I'm saying?

FORDHAM: Right.

WHITE: Cause I don't want none of them niggas talking bout they going to do shit in my name.

FORDHAM: Exactly.

WHITE: Or none of that.

FORDHAM: Exactly.

WHITE: Or they go and fake like they did something to them. Then something happen, come back here. You know yall need—

FORDHAM: Right.

WHITE: They know where my momma stay at.

FORDHAM: Right.

WHITE: So I got to play it smarter.

FORDHAM: Right.

WHITE: But yall niggas got me fucked up, if yall don't think I know, that yall got something to do with this shit.

FORDHAM: Exactly. [Spits] I, cause out of the blue that's some crazy shit. And then they talking bout some [U/I]. Then they talking bout some you out of law. [U/I], Bone shit. [Voices overlap]

WHITE: This is the craziest, cause it's like, it's like who the--[ASIDE] why you telling [U/I]. [Addresses FORDHAM] Cause it's like who uh, who else like know where I stay at. Don't nobody, ain't nobody ever been over my house.

FORDHAM: Right. Right.

WHITE: You know what I'm saying, but my circle [U/I] a kins [PH].

FORDHAM: Right.

WHITE: So, it's like okay. And then not only that, everybody else like well damn. Why would Bone do that, and you a woman, and you know we got to figure out, you know what angle he coming at, this and that. Instantly Little Bone just pointing fingers.

FORDHAM: Right, just start pointing fingers,yeah. [Voices overlap]

WHITE: You know what I'm saying, so it's kind a--yeah like that nigga Diablo, you know sis we got this. And this and that, and that and this. Like this Chuck on the other end now.

**CLIP C: 06:04-11:33**

FORDHAM: Them niggas, them niggas keep trying to call you, cause they trying to figure out to see if you know what's going on. You know what I'm saying? That's why they keep calling you.

WHITE: Right.

FORDHAM: [Spits]

WHITE: Right.

FORDHAM: To me all them niggas together. You know me that's how I feel about them.

WHITE: Mhm. Yup, in the end. And that's what the bros in prison said. Cause they like them niggas, we was going to war with them niggas about Bone.

FORDHAM: Right.

WHITE: He was like there was the Old Man side, and it was Bone side.

FORDHAM: Right.

WHITE: He was like now this nigga get out all of a sudden they want to be on your side.

FORDHAM: Right. Right.

WHITE: So I just don't--I meant to call you the other day, but it's just my fucking--I been having like little slight headaches and shit. And I think my motherfucking--I was so mad like when the ambulance and shit came. Like I could, I didn't even want to go to like the hospital.

FORDHAM: Right.

WHITE: You know what I'm saying?

FORDHAM: Uh-huh.

WHITE: But I think I might of pushed, I might of had a rib out of place on my left side. And I pushed it back yesterday. I got up something said crack, and it hurted.

FORDHAM: Right.

WHITE: I was talking bout like yesterday I couldn't even bend left nor right, but as I slept on it, it was better I put a pillow up under it. So it feel better today. So I think I pushed it back in place.

FORDHAM: Right.

WHITE: But yeah when I say they kicked my ass bro, hmm, they beat my ass okay. With they feet.

FORDHAM: Well you know, you already know, it's on you. Whatever you want to do. Let us know. You already know.

WHITE: [U/I], oh yeah they going, they--[Voices overlap]

FORDHAM: When you wan--from Chuck, from to Chuck to all, from Chuck to all them niggas get they ass tore up, flat out.

WHITE: Man.

Exhibit A

FORDHAM: Yup.

WHITE: For real.

FORDHAM: Yup.

WHITE: But yeah I would be told--I ain't know if anybody had told you or not. So I'm like let me call Spaghetti. [Voices overlap]

FORDHAM: No, hell nah. Nobody ain't told me shit.

WHITE: Before the news get to him. Yeah cause Too Tall in-boxed me. And I'm like how the fuck he find out.

FORDHAM: Right. Right.

WHITE: So, now I'm like damn this quick as fuck, and the whole world know already.

FORDHAM: Right.

WHITE: How the fuck.

FORDHAM: And I just now finding out, cause you know if I'd [U/I] shit. If I knew I would have been done called you. Like the fuck, what's going on.

WHITE: Yup.

FORDHAM: Yup.

WHITE: That shit crazy. I'm talking about the front of like, I'll send you pictures. The front of my teeth chipped, and everything. I'm a go, go on the twenty first.

FORDHAM: Uh-huh.

WHITE: Yup. So they, my brothers them moved half my stuff out there. They going to move the rest of my stuff. My lease was up May first, anyway.

FORDHAM: Right.

WHITE: I bet you not near one of them motherfuckers will ever know where I stay. I don't give a fuck what happen.

FORDHAM: Right, right.

WHITE: Jesus could come back and be like tell them where you stay. I'm a say no.

FORDHAM: Right. Exactly.

WHITE: [Laughs]

FORDHAM: Exactly. Exactly.

WHITE: Yeah, but, it's--they done played they little ass hand.

FORDHAM: Yeah.

WHITE: You know what I'm saying? And I just been thinking of stuff like, like stuff that you say. You know I value opinion and how you look at stuff.

FORDHAM: Uh-huh. Yeah.

WHITE: Cause you the one who brought them to me.

FORDHAM: Right.

WHITE: And for you to call me back and say like sis, aye look at that cause--you know.

FORDHAM: Yeah.

WHITE: Like—

FORDHAM: Yeah.

WHITE: And then now this happen.

FORDHAM: Right.

WHITE: And then the brother Big Five pulled me to the side. When he pulled me to the side, he like bro, he like bro. He was like I don't mean to call you a bro. He like sis why all of sudden this nigga talking bout he don't know [U/I]. And he know where this nigga live at. Talking bout he know where he live at and shit.

FORDHAM: Right.

WHITE: Like how the fuck he know any of that. Like it ain't making no sense. Now he pointing fingers. Now all of a sudden he got a address.

FORDHAM: Yeah.

WHITE: How the fuck, you don't even know this nigga.

FORDHAM: Right. Right.

WHITE: Which makes sense.

FORDHAM: Yeah.

WHITE: If you don't know this nigga, how you ain't going to like this nigga.

FORDHAM: Exactly.

WHITE: Why you think that it might be this nigga, cause this nigga use to be over with them.

FORDHAM: Right.

WHITE: You feel like he playing both sides.

FORDHAM: Right.

WHITE: Then, you know what I'm saying?

FORDHAM: Right. Like I said that nigga coming up with all these opinions, and then they keep calling you. When you, when a nigga keep calling and shit like back and back like that. They know, they know something or they [U/I]. [Voices overlap]

WHITE: But listen they came, ain't nobody else come over here yesterday. The first day, it happened the before yesterday.

FORDHAM: Uh-huh.

WHITE: At night.

FORDHAM: Right.

WHITE: But, so the day before yesterday it was like every--all of them was over here. Shamoo, all of the had came out, through out the day, right.

FORDHAM: Right, right

WHITE: How, of course all my brothers, my cousins, everybody was over here. So anyway um, but you I ain't tell my momma them I think they was some fucking Vice Lords. She going to be nutting up. She going to be like I don't want you in that.

FORDHAM: Right.

WHITE: So I was just like somebody tried to rob me.

FORDHAM: Uh-huh.

WHITE: But anyway so um, everybody came to visit me. Uh, okay well, you know tomorrow we going to let you get some rest. But here come Chuck and LB. Oh, sis I'm coming to see you every day.

FORDHAM: Right.

WHITE: You know we going to figure this out. Yada yada.

FORDHAM: Right.

WHITE: Nah, you talking to the smartest one in the crew, not the dumbest one honey.

FORDHAM: Right.

WHITE: Cause you coming over her to see what I'm thinking. And then to try to implant some opinions. [Voices overlap]

FORDHAM: Yup. Yup. Yup. Exactly.

WHITE: And try to get me to go a certain way.

FORDHAM: Exactly.

WHITE: But yeah I'm a telling them all, I'm telling all today like nah yall stand down, on whatever yall thinking about doing. Just stand down we got to play quiet for a minute. You know.

FORDHAM: Right.

WHITE: But I already know it got to--that's what it got to be. That shit just—

FORDHAM: Yeah, exactly.

WHITE: Like and I'm a whole female though.

FORDHAM: Right.

WHITE: So—

FORDHAM: Well shit you already know. Like I say shit, let us, let me know then we'll take care of that shit.

WHITE: All right.

FORDHAM: All right sis.

WHITE: I will. But I was just calling to tell you that, alright.

FORDHAM: Yup.

WHITE: Mighty bro.

FORDHAM: Yup, Mighty.

Exhibit A

Exhibit 3692
4/17/2021
Participants: Kevin Fordham and Roy Averette
E-152, Session 6726

## CLIP A: 04:27-04:50

FORDHAM:        Right, no bro', bro' that's the only thing they can use 'cause I know nigga' they ain't talkin' 'bout, nigga' I don't, I don't give out no God damn status to niggas that don't deserve that shit, what the fuck is they talkin' 'bout?

AVERETTE:        Oh yeah.

FORDHAM:        And nigga' I don't know, they got the wrong mother fuckin' nigga', nigga' ain't nobody finna' whip my ass nigga'.

AVERETTE:        [LAUGHS] That's why I was like, I said, I said bro'...

[VOICES OVERLAP]

FORDHAM:        And if, if you, if you, if you whoop my ass, if you whoop my ass I swear to God you gonna' be fucked up too.

## CLIP B: 06:17-06:57

FORDHAM:        Niggas is talkin' to MT, what the fuck is he talkin' about?

AVERETTE:        He don't believe niggas, he only only, he only sayin' that because of Fouche, he got it yeah, that's where...

[VOICES OVERLAP]

FORDHAM:        Yeah.

AVERETTE:        ...that's where he gettin' it from.

FORDHAM:        Yeah, yeah, and then the killer part is this nigga' I don't give a fuck nigga' if we talk to, talk to bro' in, in two (2), three (3) years nigga', nigga' what I say goes, that's what matters, that's all that matters, so all that bull shit y'all on, that shit don't go.

Exhibit A

AVERETTE:      Yeah, that's why I told him like bro' we ain't even, I said bro he ain't, I said MT said that you know I'm sayin'? He say bro' [U/I], we don't even need no meetin' for Fouche' bro'...
                         [VOICES OVERLAP]

FORDHAM:       Right.

AVERETTE:      ...he say he gotta' go!

FORDHAM:       Right.

**CLIP C: 08:08-08:43**

AVERETTE:      I'm not 'bout to, this nigga', this nigga' don't even 'bout to 'cause no more shit, 'cause niggas to lose their lives, get locked up, none of that shit.

FORDHAM:       Right.

AVERETTE:      On the count of some stupid shit that he constantly doin', he been doin' stupid shit for years as [U/I]...
                         [VOICES OVERLAP]

FORDHAM:       Yeah.

AVERETTE:      ...as, as I'm seein' it.

FORDHAM:       Yeah, and tellin' on niggas for years.
                         [VOICES OVERLAP]

AVERETTE:      He still don't be [U/I], he still don't feelin' like, like he did anything, he do not feel like he did anything wrong, he still [U/I] feel like that.
                         [VOICES OVERLAP]

FORDHAM:       Yeah, yeah.

AVERETTE:      And that's crazy as hell [CHUCKLES].

FORDHAM:       Yeah, yeah. Tellin' on niggas and everything.

AVERETTE:      Probably [U/I]...

Exhibit A

Exhibit 3699
4/24/2021- Exhibit E-152
Participants: Kevin Fordham and Teona White
E-152, Session 7314

**CLIP A: 00:03-01:46**

WHITE: Hey bro.

FORDHAM: What up doe sis?

WHITE: Yeah so, some nigga named Penn suppose to had did it. Him and somebody else. I guess Penn just got out, and—

FORDHAM: Somebody named who?

WHITE: Penn

FORDHAM: Penn?

WHITE: Penn.

FORDHAM: Like a pen, like a writing pen?

WHITE: Yeah.

FORDHAM: Uh-huh.

WHITE: And um, it was suppose to be sent from I guess Sue, Bone, and Cap.

FORDHAM: Who Sue, Bone and Cap? Who is Cap?

WHITE: Cap is the nigga in prison.

FORDHAM: Oh okay, okay, okay. Yeah. [Voices overlap]

WHITE: That been sat down and he a drug fiend.

FORDHAM: Right, right.

Exhibit A

WHITE: Yeah.

FORDHAM: Okay, okay. I knew you was going to figure that shit out. [Voices overlap]

WHITE: So [U/I]--yup they just called today with it actually.

FORDHAM: You said, so who called you?

WHITE: Uh, Hollywood called me, and then I talked to uh, what's the, the uh, I talked to um, Mah-Dee, and um, and Ceno. Ain't that his name?

FORDHAM: What, Little Ceno?

WHITE: Yeah.

FORDHAM: Uh-huh.

WHITE: He out there he in Chicago, right now.

FORDHAM: Uh-huh.

WHITE: Yup. He like I don't know who the fuck a Sue is. He was like but somebody named Sue, and that--they call their self, they said I'm ex-communicated from the Nation.

FORDHAM: Man they got, they got shit fucked up. I told the, I told the old man he don't be listening about that Fu, shit. You know what I'm saying?

WHITE: Yeah and it's, and it, they--I guess they figure I ain't got no help. Like ain't, ain't nobody going to help me, because they got these people over here playing sides. [Voices overlap]

FORDHAM: Huh? You say what happened?

WHITE: I said I guess they don't think I got no help, because they got people over here playing sides.

FORDHAM: Shit you already know we riding.

WHITE: Yup. I'm, I know. And supposedly--[Voices overlap]

FORDHAM: You already know that.

**CLIP B: 02:26-03:53**

FORDHAM: Okay, okay. We need, we need to figure out where Bone at.

WHITE: Mhm.

FORDHAM: You know what I'm saying, cause he always [U/I] uh, throw rocks and hide his hands.

WHITE: Mhm.

FORDHAM: I knew he was involved when that nigga, when uh, when you sent me that message. And I'm like what's the subliminal for that for. Talking bout some uh, yeah Bone, shout out to Bone, and all that. Nigga I knew that's what is was. I knew that's what it was. [Voices overlap]

WHITE: Yeah Juju, and that's what I said. Cause I know people here really don't know Juju.

FORDHAM: Yeah, yeah.

WHITE: So I was let me send, let me tell Spaghetti, cause I forgot to tell you. I mean I was so mad. And I was just dumbfounded like, I'm a whole fucking female y'all snuck me.

FORDHAM: Right, right.

WHITE: You know what I'm saying?

FORDHAM: Yeah.

WHITE: And that's why they emptied out my purse cause they was expecting for me to, to shoot at them or something. You know what I'm saying?

FORDHAM: Ri-right, right.

WHITE: Like yall knocked me out. Like I was discombobulated.

FORDHAM: Right.

WHITE: Like I had to sit and think about what really happened.

FORDHAM: Right.

WHITE: Cause I got blacked out.

FORDHAM: Right.

WHITE: And then bits and pieces start coming back to me, like the next day. Like I literally was discombobulated til the next day.

FORDHAM: Right. Right. Exactly.

WHITE: Like I still been having headaches. I got my teeth fixed but I still been having headaches and shit.

FORDHAM: Right. Yeah cause, I figured that out when I heard, when you said he sent the message and shit. You know what I'm saying?

WHITE: Yeah.

**CLIP C: 04:05-04:25**

FORDHAM: What uh, I need to figure out where uh, where Cap stationed at. Cause nigga okay, don't think you can't nigga [U/I] get your ass tore up.

WHITE: Yeah. Yup.

FORDHAM: That's what I need to figure out.

WHITE: Yup. I'm a, I'm a try to figure it out too.

FORDHAM: Yeah, yeah.

**CLIP D: 10:07- 10:23**

FORDHAM: That was them calling me about Yella and shit. I'm like man what, why I keep telling yall about, yall call me about that motherfucker. She on some bullshit, nigga. Yall write the charges up and take care of that shit.

WHITE: Yeah.

**CLIP E: 10:45-10:50**

FORDHAM: Yup. Yeah, but see they done fucked with the wrong one.

WHITE: Mhm.

**CLIP F: 11:05-11:16**

FORDHAM: Okay, okay. What I'm fitting to do is reach and figure out where Cap at.

WHITE: Yup.

FORDHAM: Just to get him, knock his top off.

WHITE: [U/I].

FORDHAM: Real quick.

**CLIP G: 17:02-17:27**

FORDHAM: Right. Niggas, niggas, niggas ain't fitting to let that shit slide. Niggas ain't fitting to let that shit slide. Soon as this, soon as this shit happen I'm like damn. When you told me and shit Ceno called and told me.

WHITE: Uh-huh.

FORDHAM: Like yeah you know such and such, such and such. I'm like yeah sis had just told me. And then Left pulled up one me, was like bro you know that shit ain't fitting to slide. I'm like nigga you know damn well it ain't fitting to slide.

**CLIP H: 18:10-18:30**

WHITE: And that's the day the shit happened to me. [Voices overlap]

FORDHAM: Man. Man. Okay see, okay. Well shit nigga you just, you just got home. Some bullshit happened. Nigga we holding you accountable. So nigga you [U/I], what's going on. Here take that back with you. Tell Cap nigga, you next. Tell Bone he next.

**CLIP I: 18:44-19:07**

WHITE: We got a Board. You see what I'm saying? Like—

FORDHAM: That's the problem. That's what they mad at. That's what they be mad at. Trust me. That's exactly what they be mad at. Cause we out here doing our god damn thing. That's what they mad at. And they really ain't got no--if you think about it, they ain't got no strong hold over us like they do everybody else.

**CLIP J: 19:26- 19:42**

FORDHAM: Hell nah. Hell nah. No doubt. But that's why I say this nigga fitting to get [U/I], and I need to find out where his location at. I really do.

**CLIP K: 23:32-24:35**

WHITE: Yeah and I'm a write them brothers in the uh--AO and all them too. And let them know.

FORDHAM: Yeah.

WHITE: Where it came from. [Voices overlap]

FORDHAM: Yeah [U/I].

WHITE: What's going on.

FORDHAM: Yeah. They jealous. All I got, all I need to know is where he at. That's all I need to know, where he at.

WHITE: Well I'm bout to reach out to—

Exhibit A

FORDHAM: I'm hoping, I'm hoping that nigga in URF or some shit. I swear to go god I hope in the URF.

WHITE: Mhm.

FORDHAM: Cause if he up in URF, nigga he fitting to get his ass tore up. Cause I'm a put Dee-Bo on his ass.

WHITE: I think, I think what's a name uh, uh LB know where he at.

FORDHAM: Yeah.

WHITE: Yeah I'm a ask—

FORDHAM: Yeah.

WHITE: I'm a ask LB where, because LB--some nigga name Big Vern, or the brother named Big Vern actually had been calling about what Cap said, and all this. And that's how we knew about Sue.

FORDHAM: Uh-huh.

WHITE: Before the letters even came.

FORDHAM: Right.

WHITE: Now Ken say LB have been doing that. Like when Vern them call.

FORDHAM: Uh-huh.

Exhibit 3704
4/26/2021
Participants: Kevin Fordham and Rekemiaa Smith
E-152, Session 7525

**CLIP: 04:26-04:59**

SMITH:              Okay. So, so you telling us that we can just smash these hoes, cause I'll do it.

FORDHAM:        Hell yeah. Why not.

SMITH:              Okay.

FORDHAM:        They on some fuck shit anyway. Then then they, then they-- [Voices overlap]

SMITH:              Okay.

FORDHAM:        Then they always do that shit. Think they can hide they hands and all, lemme throw rocks and hide hands. Yeah smash them. [ASIDE] What up though [U/I].

SMITH:              All right.

FORDHAM:        [Addresses SMITH] Yeah smash they ass.

SMITH:              Okay.

FORDHAM:        I bet you'll get they--

SMITH:              All right.

FORDHAM:        I bet you'll get uh, Pete and them attention then. Yeah smash them.

SMITH:              Okay.

FORDHAM:        Smash them. Hell yeah.

SMITH:              All right.

FORDHAM:         Yup. Cause they--

SMITH:              [U/I].

FORDHAM:         Cause--

Exhibit 3711
4/28/2021
Participants: Kevin Fordham and Teona White
E-152, Session 7654

**CLIP A: 05:46-06:55**

WHITE:              These niggas we just had a rat--riot last August, because of Cap and his people. They talking bout they was going for Kenny Shine and, and against El Rayheem.

FORDHAM:          Right.

WHITE:              [ASIDE] Nah one of them [U/I]. [Addresses FORDHAM] You see what I'm saying?

FORDHAM:          Yeah.

WHITE:              These people done went to the hole, and to motherfucking the fifth level because of your name.

FORDHAM:          Right.

WHITE:              Now you going to slap this nigga in the face. And tell this, this nigga get to do Vice Lord again.

FORDHAM:          Right. Right.

WHITE:              When I, I said you could call, I said what yall can do is do yall investigation like yall fucking suppose to. Come get up with the heads of these houses and see what we do down here.

FORDHAM:          Yeah, exactly.

WHITE:              Come up here with the heads of the house, cause we all one down this motherfucking way. Yall causing the problems in Chicago.

FORDHAM:          Right.   Right.

WHITE:              Period. Right. And furthermore when I got jumped on yall

bitches didn't send nobody.

FORDHAM:        Right. Act like they--

WHITE:          [U/I] had to, cause I got a whole brother, and a whole bunch a fucking cousins.

FORDHAM:        Right. [U/I]. Know what's [U/I] nigga. You already know. Cap, Bone, all you niggas fitting to get it.

WHITE:          Talking about, talking about well Sugar if you can't handle it no--I said no yall can't handle Chicago.

## CLIP B: 11:13-11:43

FORDHAM:        Where they at though? That's what I'm saying.

WHITE:          Listen I don't know where the fuck they at. [Voices overlap]

FORDHAM:        [U/I] cause you already, cause--[Voices overlap]

WHITE:          But I know Cap at Baraga now.

FORDHAM:        Okay. That's all I--

WHITE:          They said he at Baraga--[Voices overlap]

FORDHAM:        That, that's all I need to know where he at. Cause you know niggas got to pay for that shit. For real.

WHITE:          Yeah.   And like told him, I was like Erick I got the whole motherfucking Michigan behind me.

FORDHAM:        Hell yeah.

WHITE:          Don't nobody give a fuck about what yall--I mean they ain't called and said my position taken or none of that shit. But I told them I don't give a fuck about no voice spot nigga.

FORDHAM:        Right.

WHITE:              I didn't make my way being the voice.

FORDHAM:         Right.

WHITE:              The fuck.

FORDHAM:         Right. Right.

## CLIP C: 17:46-18:18

WHITE:              Chicago gave me this. Now Erick said he didn't, but him and uh, Cap and them other brothers that's in there with him, saying he did. So now nigga you bout to start a w--a war in the prison system. [Voices overlap]

FORDHAM:         Right cause that sure can happen. Yeah.

WHITE:              That shit got to get nipped in the bud.

FORDHAM:         [U/I].   Soon as I find out, soon, soon as I find out what guys in--I got, in Baraga, what connects, niggas bout to tap that nigga ass up.

## CLIP D: 20:38-21:03

FORDHAM:         When I come in that bitch nigga, I'm well protected. So I don't even give a fuck. Niggas be already waiting on me to pull up in that bitch, so.

WHITE:              Right. And that's what I'm saying. I got people like uh, people that be like, like uh--

FORDHAM:         Right.

WHITE:              Being my security outside of the C's

FORDHAM:         Hell yeah.

WHITE:              Like murder them. Soon as I come in, sis where you at.

FORDHAM:         Yeah, yeah.

Exhibit A

WHITE:          They come get up on me. Pull up one me. Yeah.

Exhibit 3718
2/12/2021
Participants: Kevin Fordham and Steven Junior
E-152, Session 672

**CLIP A: 00:00-01:57**

JUNIOR:              Peace.

FORDHAM:        Peace and love bro. I thought you was going to get in tune with me?

JUNIOR:              Who this?

FORDHAM:        This Ghetti.

JUNIOR:              Oh peace and love bro. Pardon self man, pardon self. Yes, indeed I definitely wanted to uh, draw with you about a situation, with a brother over there.

FORDHAM:        Over where? Over here?

JUNIOR:              Yeah, yeah uh LB.

FORDHAM:        Oh man. Why, what is he talking bout?

JUNIOR:              Well he ain't, I ain't talk to him since then but the sister was telling me she had talked to you, and basically just that uh, you know he, his energy wasn't really where it should be, you know I'm saying, and uh, I know it was issues before, before we even even, me and the bros over here even got in tuned with the overall body   so--

FORDHAM:        Right.

JUNIOR:              We came into it, how we came into rotation with Hakeem, and meeting the bros over there, it was pushing off to jump.

FORDHAM:        Right.

JUNIOR:              Little bit of disrespect. Nah he don't play that with me, I ain't

tryin' to make myself tough or none of that, I'm just saying.

FORDHAM:        Right.

JUNIOR:        I think, but I know to a degree he feel some type of way about them not passing the slot to him. You know what I'm saying? And, and it was uh, when sis was talkin' to me she basically was making it seem like, you know, the brother was, oh yeah, you know I run it over here and you run it over there and--to a degree that's what it is bro, cause you the, you be over there. But don't make it seem, don't, don't--stay in your place though at the same token, you feel me, like [LAUGHS.]

FORDHAM:        Yeah uh, uh, no doubt because I mean, at the end of the day man, it's like a verdict on this nigga because man, you be swearing you don't be fucking with that nigga' Bone, but you be fucking with the nigga Bone. You know what I'm saying?


**CLIP B: 03:56-05:50**

FORDHAM:        That's why I always them that speech. Nigga do your time construgley--I mean constructively and come home.

JUNIOR:        Indeedy. Indeed.

FORDHAM:        Only thing you have to follow in there is law.

JUNIOR:        M--facts. And that's what time it is. Like anything other than that, that's what I was telling a brother. I talked to a little young brother like uh, two days ago.

FORDHAM:        Right.

JUNIOR:        And he was on parole when he had caught a new bid, and he went back.

FORDHAM:        Nah-huh.

JUNIOR:        And [U/I] he got in rotation. Got it some bullshit, went to the hole, came out got caught with another banger. Like I told him, listen bro I

Exhibit A

understand the dynamics of what go on, on the yard.

FORDHAM:        Yeah.

JUNIOR:        But at the same token bro if they just on a bunch of folly bro that ain't what we about.

FORDHAM:        Right.

JUNIOR:        That ain't what we on bro. You know.

FORDHAM:        Half of them niggas, half of them niggas ain't coming home so they want you to stay there. Know what I'm saying?

JUNIOR:        Exactly.

FORDHAM:        Use you common sense man. [Voices overlap]

JUNIOR:        Like [U/I] before.

FORDHAM:        You got six, you got to walk six months a year. Man fuck that, do your time constructively and come home.

JUNIOR:        Man indeed.

FORDHAM:        And what the fuck is yall beefing with brothers for any way in that bitch. It's suppose to be AVLN.

JUNIOR:        Man come on real talk. [Laughs] That's what I told him. And that's another thing with me big bro, that I want to sh--that I want to let you know too. Like, you know, I'm las--how I, them it-- man we last name first. Everybody be what you is-- [Voices overlap]

FORDHAM:        No doubt.

JUNIOR:        Crazy. [Voices overlap]

FORDHAM:        No doubt.

JUNIOR:        Be Insane Crazy. Be Conservative Crazy. Be Traveling Crazy.

Exhibit A

FORDHAM:          No doubt.

JUNIOR:          But bro if you ain't last name first, because one thing about it, yeah I'm a C, but bruh I took a oath to the nation.

FORDHAM:          Exactly.

JUNIOR:          I ain't take no oath to Conservative.

FORDHAM:          Exactly.

JUNIOR:          And even like the Old Man be telling us, and E. Like listen you know especially being a U.E. bro. You got to know that you everything.

FORDHAM:          Exactly. Exactly.

JUNIOR:          You everything bro.

FORDHAM:          You, you practically--I mean the birth right come with you. But you the, you, when you become a U.E. You like a uncle to the family.

JUNIOR:          Indeed.

FORDHAM:          You know what I'm saying?

JUNIOR:          In--

FORDHAM:          You like a uncle or grandpop, or whatever. Because you the one that keep the family moving.

**CLIP C: 06:16-06:36**

FORDHAM:          Bro all I, I man, that's what I do man. I try to educate and keep brothers on the righteous path. You know what I'm saying? And [U/I], when it come to me it ain't no nigga C, Big I's, Big C, Big U, none of that shit nigga. Nah, we all rock together. If we all together, if we all together at the same place nigga we the same people.

**CLIP D: 08:25-09:35**

JUNIOR:        Like bruh, I understand it, we in Michigan! Michigan is Michigan, Ohio Ohio, this and that, all that but bro' we still gotta' respect this chain of command, that's how Vice Lord work though, [U/I]...
                         [VOICES OVERLAP]
FORDHAM:       Man Vice Lord, Vice Lord, Vice Lord from the holy city...
                         [VOICES OVERLAP]
JUNIOR:        Man, come on.
                         [VOICES OVERLAP]

FORDHAM:       They comin' there from, from Chicago.
                         [VOICES OVERLAP]

JUNIOR:        So I came too.
                         [VOICES OVERLAP]

FORDHAM:       I told that nigga', I told him bro' man, if, if, I tell all the bros just from here[U/I].

JUNIOR:        Man.
                         [VOICES OVERLAP]
FORDHAM:       Bro', if you don't wanna go meet your people come on, I'll, I'll ride out wit y'all, y'all good!

JUNIOR:        Uh-uh.
                         [VOICES OVERLAP]

FORDHAM:       Ain't nothin' gonna' happen.

JUNIOR:        Uh-Huh [LAUGHS.]

FORDHAM:       I tell 'em I fucks with all, everybody.

JUNIOR:        Uh-Huh.

FORDHAM:       I know everybody in that mother fucka'.

JUNIOR:        Yeah, indeed, indeed, I'll be seein' you, uh, I done seein' you a few times on there droppin' knowledge, droppin' history man and for me the

history is big because...

FORDHAM:        Yeah.

JUNIOR:         We, we, that's how we learn from the, from the pros and the cons.

FORDHAM:        Bro' you can't...

JUNIOR:         You know what I'm sayin'?
                        [VOICES OVERLAP]

FORDHAM:        You can't claim nothin'...
                        [VOICES OVERLAP]

JUNIOR:         [U/I]

FORDHAM:        You can't claim nothin' if you don't know where the history come from, you're a goofy ass nigga' if you, if you claimin' some shit, that's like a nigga' from Detroit [U/I]   a nigga' I'm a, I'm a Blood. Nigga'! Well okay where your roots come from?

Exhibit 3801
6/3/2014
Participants: Kevin Fordham, Markee Austin
ATF Item 109, Call 52

[3:07-4:25]

AUSTIN: (speaking to someone in the background - This ghetti right here).  So you got an address to a secretary down there?  Where I can start shooting scribes straight at you. If you don't want to uh, I want to be able to hit you up, you got a different number or something or or an address or something, where I can get at you on a regular basis.

FORDHAM: That's why I had uh, you know what I'm saying bro really my plug line and shit, but I can get you, I can get you a secretary number so you can send the scribes and shit through.

AUSTIN: You say what? You got, what's the address?

FORDHAM: I said I can get you the secretary. I said yeah I can get you the address so you can send the scribes straight through them to them and shit.

AUSTIN: Yeah, yeah, yeah.

FORDHAM: But see bro really the plug on the line right now.

AUSTIN: Oh, okay, okay.

FORDHAM: You know, he be telling me about everything and um, he was saying that you needed some stars and shit.

AUSTIN: Yeah.

FORDHAM: You know what I'm saying.

AUSTIN: Yeah uh, I got the pen and the paper right now.  Uh, and I uh, I something on mind I was just telling him about.  That I uh, I want you to smoke it over.

FORDHAM: Right, right. Okay, okay.  This what I'm, this what I'm gonna get you to do.  Uh I'm fixing to give you the other Elite's number right in the city with me and shit.

AUSTIN: Yep.

FORDHAM: And you can, you can politic with him.

AUSTIN: Yep, yep.

Exhibit 3815
8/25/2017
Participants: Henry Bush, Leon Starks and Kevin Fordham
ATF Item 38, Call 29

[3:05 to 5:03]


FORDHAM: What's up bro?

STARKS: Hey bro, what's up bro?  Hey.

FORDHAM: What's up [unintelligible]-

STARKS: Hey, um, I just got, I'm on the phone right.  You listening?

FORDHAM: [unintelligible] bro.

STARKS: Huh?

FORDHAM: [unintelligible] I ain't hear you, you say what?

STARKS: I'm talking to um, to CI-27016 right.

FORDHAM: Uh huh.

STARKS: And CI-27016 just talked to the niggas Teiz bro.

FORDHAM: Uh huh.

STARKS: And Teiz talking bout that um, that um the other decks is moving out there bro, out here bro.

FORDHAM: Say what? [unintelligible]

STARKS: He saying that, that, that other deck.  That unofficial shit is moving out there, out here bro.

FORDHAM: [unintelligible]

STARKS: Alright.  Can you hear me now?  Can you hear me?

FORDHAM: I can hear you now, what's going on?

STARKS: CI-27016 just talked to Teiz right.

FORDHAM: You fading, you fading out

STARKS: Hold on bro, I'll, hold on bro. Alright, hello, let me go outside.  Hello. Can you, can you hear me now?

FORDHAM: Yeah

STARKS: Alright. CI-27016 just talked to that nigga Teiz right. And that nigga Teiz talking about this um that other deck is moving out here officially bro.

FORDHAM: You're fading out bro, I can hear you bro.  All I can hear is you talked to Teiz.

STARKS: Alright look.  He just say he talked to Teiz right.

FORDHAM: Yeah.

STARKS: And Teiz out here, out here talking about that S, that that deck is moving out here.  Is out here moving and um, yeah the deck is out here moving and he out here, he out here right now bro.

FORDHAM: Where is he out where? In the streets?

STARKS: Yeah, he in the streets bro.

FORDHAM: Man, that nigga ain't even doing that shit no more, cause Pete and I done already talked.

STARKS: Well I'm-

BUSH: Hey, Teiz, said talked to P.

FORDHAM: [unintelligible] or something-

STARKS: He said, he said-

BUSH: He said, he said he only answer to P.

STARKS: He said he only answer to Pete. CI-27016 said Teiz said he only answer to Pete bro.

FORDHAM: Man, tell, tell, tell that nigga CI-27016 that I said shut that shit down.  That you ain't even got shit since you can only answer to Pete, and I'm the motherfucking King.

Exhibit 3851
8/13/2017
Participants: Charles Campbell and Leon Starks
ATF Item 38, Call 10

[3:18 – 7:28]

STARKS: I'm going to talk to the um Grand Sheik.  I got a meeting with the Grand Sheik today anyway so, I'll going let him know what's going on.  Um [unintelligible] tell Dunn the next time that uh that he call or the next time, [unintelligible] usually everybody should call on Monday's or Tuesdays, cause I [stutter] meet with the Grand Sheik, every, every, you know uh every Sunday.

CAMPBELL: Okay, well yeah uh, I'm little man, Aziz El Shabazz. Man I hold 3 star, the branch from um, got it from um Kiante Hickey. Kiante Hickey, uh Stone, he hold a Glove.

STARKS: Right.

CAMPBELL: So that's, that's who my blessings was received from, but yeah, that's my purpose of me uh one oh two though man, you know.

STARKS: Right.  You remember me don't you. You remember me don't you Lil Man?

CAMBPELL:  This who, Kalif?

STARKS: This Khalifa.

CAMPBELL: I'm hey, why I knew your voice, I'm like I know this bro.  Oh, man you know, ah yeah.

STARKS: (Laughing)

CAMPBELL: Man, what's happening man? (laughing) What's really good man?

STARKS: (laughing) what's going on baby?

CAMPBELL: Oh yeah man

Exhibit A

STARKS: [unintelligible] Shit.

CAMPBELL: Hey, hey I'm glad to hear from you, man it's all is well beloved, but yeah that's my purpose bro, you know [unintelligible] I'm gonna I'm a stand on, you know what I'm saying.

STARKS: Right

CAMPBELL: That's what that was though man, that's my reason for that though, you know what I'm saying, but, you know what I'm saying.  If it's on your word bro, I'll make it right, you know what I'm saying, on the strength of you. I'll, make it right.  But I'll be level 2 next month though man but uh-

STARKS: You'll be level 2 next month?

CAMPBELL: [unintelligible] Huh?

STARKS: You'll be level 2 next month?

CAMPBELL: Yeah, I'm about to be level 2 next month. Man, I'll probably be over there with Solid and them and all them man.  I go meet Shooter tomorrow um, at the little service or whatever so we going to build, you know what I'm saying but um, yeah Dunn fixing to be leaving too man so probably be me left, you know what I'm saying-

STARKS: Right.

CAMPBELL: You know what I'm saying?

STARKS: Right.

CAMPBELL: So yeah man.  That's what that is though.  I heard you uh, hey congratulations too man (laughing).

STARKS: Yeah, you know what I'm saying , you know [unintelligible] (laughing)-

CAMPBELL: Okay then, that's what I'm talking about, he you hollered at Lucky?

STARKS: Yeah, I been, I been talking, I been in contact, he be calling me every Tuesday.

CAMPBELL: Oh yeah, okay then, okay then.

STARKS: I got mostly all, everybody from each, each facility calling me on Tuesday's after, you know after we have our service and stuff you know.

CAMPBELL: Oh on Tuesday. Ok Then. Well yeah, I'm going to have to uh store you in there man. I'm going to keep your numbers and stuff but uh everything, all is well though beloved, man you know I'm just been trying to travel real wisely, ain't nothing personal or no hidden vendetta towards none of the brothers man it's just, the unity ain't, you know how it was before I left bro, I mean before you left man.

STARKS: Okay, check it out though. You know, you got your uh, you got your status on what? From how? From your leadership, from your leadership skills correct?

CAMPBELL: Exactly, yeah right, right. True.

STARKS: Oaky Then, that's something you have to put down because one thing about it if they not, if nobodies following law then they out of law so they got to me, you know, they got to be responsible for they own selves. All you gonna be responsible for is what you given them, and that's the teachings and the knowledge you give them, you see what I'm saying?

CAMPBELL: Right

STARKS: If they don't fall up under that then that's something that um, that you, and um, I don't know who is the uh first lieutenant there, but that's between you and the first lieutenant or whoever got the, I believe you are three on the low end right?

CAMPBELL: You say huh, no uh, you say huh?

STARKS: You three on the low end right?

CAMPBELL: Yeah, yup, yup, on the branch

STARKS: Okay. So that means you really supposed to hold, you supposed to hold, you supposed to hold court, you see what I'm saying?

Exhibit A

CAMPBELL: Right

STARKS: Because that's how it go, it go you and then everybody else. Anything over you is just there for a visitor.  You supposed to hold court and the first lieutenant is supposed to come up under you-

CAMPBELL: Alright, alright-

STARKS: And then the Chief Enforcer, and then, you know what I'm saying, and then the soldiers, you know what I'm saying?  You supposed to have court bro.

CAMPBELL:  Alright, alright, alright, well um, well look.  When you talk to him, you put that in play man, and I'm a step up and uh, play accordingly you feel me.

STARKS: Alright, cause I'm going to put that, that's what I'm fixing to do, I'm fixing to let everybody know because um, I got paperwork from Grand Sheik last week on how it's supposed to be and I ain't got a chance to tell nobody.  But this how is going to start have to be run through every, every facility cause our temple is what, run through. Ain't going to be no, no, nobody else besides our temple is supposed to run every facility bro cause we from Michigan.

CAMPBELL: Right, alright, alright.

STARKS: Alright.

CAMPBELL: Well, that's what it is man then.

Exhibit A

**Exhibit 3852**
**9/8/2017**
**Participants: Robert Young, Leon Starks, Kevin Fordham**
**ATF Item 38, Call 56**

**CLIP A: 1:38-5:45**

YOUNG: Hello.

STARKS: Peace and love bro.  What's up?

YOUNG: What's up bro?

STARKS: You alright?

YOUNG: Yeah, I trying see how you doing out there.

STARKS: I'm alright.  Hold on for a second. Hold on, one second. Hold on. Hold on.  Hello.

YOUNG: Hello.

STARKS: Yeah, yeah, hello hey.  Hey Ghetti, Hey Ghetti. Hey Robert Earl.

YOUNG: Yeah.

STARKS: Listen.  Go head Ghetti.

FORDHAM: Mighty. What's going on bro?

YOUNG: What's up?  What's up bro?

FORDHAM: [unintelligible] What's going on with you.

YOUNG: In here, in here trying to make it.

FORDHAM: No doubt. No doubt. Yeah uh, that uh, that bullshit demonstration brody, niggas rockin' Insane Vice Lords, that's it. That's all.

YOUNG: Hey bro, I couldn't, hear what you said bro.

Exhibit A

STARKS: He said, he saying, that nigga Pete right. That nigga Teiz right.

YOUNG: Yeah.

STARKS: [unintelligible] He put that bad, bold demonstration down ya hear me.

YOUNG: He say what?

STARKS: He put that bold, he put that bold demonstration down.

YOUNG: He took it down.

STARKS: Naw [unintelligible] it's a bold, it's a bold situation ya heard me.

YOUNG: Okay, yeah-

STARKS: And see what he, and right now he still out here with that bullshit.  You know what I'm saying with uh, he out here with that same, that same old bullshit he trying to, writing those guys, up in that, up there, with that same bullshit when uh Ghetti done told him back off of that shit bro.

YOUNG: Right. Yeah, cause I know I done.

STARKS: [unintelligible]

YOUNG: I know ones up in here saying that,…everybody claim that they talkin' to him, you know what I'm saying. I don't know how though, but everybody say they talkin' to Ghetti, you know what I'm saying?

STARKS: Man nobody talking to, Ain't nobody talking to Ghetti bro. Only person doing that is me bro.

YOUNG: Right.

FORDHAM: Exactly.

STARKS: You know what I'm saying so if anything come though, through M-D-O, you know, though phone calls or something through me and I'm telling all the guys the same shit bro.

YOUNG: Right

FORDHAM:Right

STARKS: So, all those guys, that, that niggas Teiz [unintelligible] shit to say bro.

YOUNG: Who is saying that?

STARKS: A nigga named Teiz.  You know Teiz out here now.  The one that started that demonstration.

YOUNG: Right [repeated multiple times] Okay then.

STARKS: He out here now. And we aint.  We aint caught up with him, like face to face yet, ya heard me.

YOUNG: Right.

STARKS: You know we talked to him on the telephone and, and Ghetti done told him to shut that shit down and stop doing it. And then we looked on Facebook and he got that shit on Facebook.  And he got letters, he's writing letters to the bros up in the up there, talkin' bout he this and he that. And it's still, it's still, the demonstration still going down when it's not.

YOUNG: Okay.  Okay then.

STARKS:  [unintelligible] Ain't no need. Ain't no need for us saying that shit [unintelligible] that shit up bro.

YOUNG: All is well.  I'm telling you, everybody telling me, when I'm hearing it, they saying they getting it from bro.  You know what I'm saying, I'm like hold on man, how is ya'll getting that and I ain't getting that ya know.

STARKS: Aint nothing.

FORDHAM: [unintelligible] right here in the flesh bro.  These niggas is lying bro. They not, they not getting that from me bro. [unintelligible] and trust it like that. [unintelligible] You got that compound. You, you run that shit, so you already know what it is.

Exhibit A

YOUNG: Right, right, right, right, yeah. Right.

FORDHAM: [unintelligible] come with they own rules. [unintelligible] niggas got starts and all that. [unintelligible] Half these niggas saying they got starts bro, I don't even know these guys.

YOUNG: Right, right, right. All is well bro.

FORDHAM: [unintelligible]

YOUNG: Right, right.

FORDHAM: You know what I'm saying, so I mean it's like man, they need to get in tune or get tuned up. That's it.

YOUNG: Right.  I got you bro. I got you.

STARKS: [unintelligible] The only person, the only person, from M, the only person that's out here bro, they supposed to call me bro.

YOUNG: Right

STARKS: And nothing else, nobody is supposed to call nobody else because they [unintelligible] Insane, M-D-O-C for us, is from me, from Ghetti, to me, to whoever. That's why I be needing you to call me once a week bro. You call me on Monday's and Tuesday's. Any day between Monday and Tuesday because I be with Ghetti on the weekend. I see him every weekend.

**CLIP B: 11:20 – 14:05**

STARKS: I be telling niggas now, I'm telling niggas on the phone now, like look here bro. Ya'll gonna follow, ya'll gonna follow the right direction or we aint follow law bro. [unintelligible] ya'll sit down and don't follow at all if you not doing the righteous way bro.

YOUNG: Right.

FORDHAM: Right.

STARKS: You know what I'm saying cause. I ain't gonna be.  Cause you ain't gonna call my phone and you aint gonna keep asking the same questions because I'm giving you the same answers. I don't have to keep answering the same questions over and over, wasting my, wasting three dollars.

YOUNG: Right, like you said, the whole, the whole situation become redundant, you know what I'm saying.

STARKS: Right.

FORDHAM: Yep.  Exactly. [unintelligible] if you ain't should have word on that shit bro. They can put that shit in their back pocket bro.

YOUNG: That's what I'm doing. Stepping on em'.  Stepping on em'.

FORDHAM: [unintelligible] when they get out here and they saying that nigga. Get the fuck outta here.  I'm not hearing it.

YOUNG: Yeah. Steppin' on em'.  I don't know where they be, getting this us, these ideas from right, but it's so much uh, man like I said bro you was here, you know bro so (laughing)

STARKS: Yeah. I know [unintelligible].

FORDHAM: [unintelligible] I ain't even going to lie to you bro. It's some brothers out here on the street that's, that's putting that shit in they head to bro.

YOUNG: Yeah.

FORDHAM: You know what I'm saying. Gonna sit down, I'm gonna have to sit down and chop it up with him too. [unintelligible] That don't go like that in there bro.  And then anyway nigga, nobody can't, how you gonna, how ya'll gonna issue somebody some shit without me knowing.

YOUNG: Right. That's why, that's why, the couple times that I done, know what I'm saying, I done always hollered at P and let P know what was what, ya know.

FORDHAM: Right. Now you got to lay it down with me now bro, because you know what I'm saying. Some of that, some of that shit [unintelligible] some of that

shit trace back to Pete did that shit [unintelligible] don't do that bro, you can't do that shit in there bro. I be trying to tell him. You get them bros tore down bro.

YOUNG: Right.

FORDHAM: You get a bro hurt doing that.

YOUNG: Right. Right.

FORDHAM: [unintelligible] that nigga Teiz, when we talk to Teiz right.

YOUNG: Right.

STARKS: He said-

YOUNG: I just-

STARKS: Huh?

YOUNG: Go head. Go head.

STARKS: Cause he, cause he told one, some guys in Muskegon that um, that he only got to answer to Pete. He don't have to answer to Ghetti bro.

YOUNG: Straight up.

STARKS: Yeah.

FORDHAM: [unintelligible]

YOUNG: I aint, you know what, and, and I just got a couple little pictures from him today too.  He sent me a couple little pictures of him.

STARKS: Teiz?

FORDHAM: Right.

YOUNG: Yeah. Yeah.

STARKS: See what I'm saying, Ghetti bro.

Exhibit A

FORDHAM: Uh huh.

STARKS: See, that's bullshit because he, cause I even told him before, Insanes, Insanes from the temple, from M-D-O-C, supposed to go through me first bro.

FORDHAM: Right.

Exhibit 4205A-EE
6/3/2021
ATF Item 1118

**DPD Van**
**(Initial Download, File: van1_cam_207.25.26(03.06.21).cam2)**

**[CLIP 4205A: 04:15-6:31 (Van 1)]**

FORDHAM: [unintelligible] like damn they got Shaq down in this bitch. All type of shit.

JACOBS: My nigga Reef down here.

FORDHAM: Huh?

JACOBS: Reef down here too.

FORDHAM: God, get the fuck out of here.

JACOBS: Reef in the other truck.

UNKNOWN: Man, they got everybody bro

FORDHAM: Bro, I see.  I see.

UNKNOWN: What everybody got in common though?

FORDHAM: Yeah, that's exactly what I was thinking.   Nigga just shooting off names.

DOUGLAS: I said, damn, I knew something was wrong bro. I said, I know, I know I got the warrant. Okay, that's straight [unintelligible]

FORDHAM: When I came. When I came down here and I seen son in the car, I'm like damn what the fuck. Then I seen Boss Hog over there. I ain't seen y'all [unintelligible] I seen bro bro. I'm like damn, what the fuck going on?

[unintelligible]

1

FORDHAM: And I kind of got an idea dawg. [unintelligible] We goin' talk about it.  We goin' talk about it. I kind of got an idea.

DOUGLAS: Me too shit. [pounding on the door] Nigga called me and said [unintelligible] this nigga ain't supposed to be home.  [unintelligible] Drama ain't supposed to be home

FORDHAM: Bro, yeah, that's why I said I got an idea.

DOUGLAS: My sister just said this hoe ass shit [unintelligible]

PARLER: Oh, that is an indictment.

UNKNOWN: Why you say that?

PARLER: Damn

UNKNOWN: Why you say that?

PARLER: Man, I knew um, that's my…Hey…Yo [unintelligible]

[unintelligible conversation]

DOUGLAS: And them niggas they snatchin' up. No small niggas. You feel me bro. I ain't gone [unintelligible]


**White ATF Police Van**
**Folder 2021060318, file 1_20210603-180517_1001n0**

**[CLIP 4205C: 15:14-16:42]**

KNIGHT: Why do you even got my case?  This shit so petty

REID: Cause they trying to tie all this shit into one, [unintelligible] old shit. Instead just saying this some branch shit.  They saying A-V-L-N

KNIGHT: [unintelligible] They didn't hit me with none of that.

2

REID: Yo shit ain't got nothing to do with it

JACOBS: They didn't hit me with none of that shit either.

REID: Y'all shit is good

JACOBS: I ain't goin' lie though, when I started seeing them I was like…

REID: Oh shit

JACOBS: [unintelligible] Unc, I'm like man.  I'm like… Shit [unintelligible] is looking weird man [unintelligible]. I don't even know why them bitches came to my crib. I know I be [unintelligible] around them. Feel me. [unintelligible] My cousin is like uh, Sko so like

REID: I fuck with Sko

JACOBS: Yeah. I fuck with Reef.  I fuck with Chuck. I fuck with all them bros.  I fuck with [unintelligible] All the time.  A-U.

REID: uh huh

KNIGHT: You know Weez?  you know Weez? Steve? They younger bros.  I only asked you that because I was about to say they just bought a dog from me. A little blue [unintelligible] female.  I'm the kennel they got it from. Insane Kennels

REID: Yeah

KNIGHT: that's my kennel.

REID: Oh damn.

KNIGHT: That's my shit.


**White ATF Police Van**
**Folder 2021060319, file 2_20210603-190500_3001n0**

**[CLIP 4205D: 24:19-25:02]**

FORDHAM:  I got to figure out what I'm going to do dawg.  How I'm going to fight this bitch.  Talk to the lawyer see what they only got me on cause if they only got me on the motherfucking selling drugs [unintelligible] What they trying' to tell me, that shit ain't, that shit don't really stick. I'm talkin' bout that conspiracy shit and all that shit

JACOBS: uh uh, that shit don't stick.

FORDHAM: It ain't even making no sense.

JACOBS: I went to prison for conspiracy to armed robbery.  That shit ain't shit.  I could have beat it if I want to.  You know what I mean and I knew better [unintelligible] cop

AGENT: Y'all just hang out for a minute man

**Van AV – same as US Bird Cam 2, Session 1)**
**1671.001.cam1**

**[CLIP 4205E: 10:45-11:57]**

FORDHAM: It's this lil' fuck shit bro.  Niggas coming home.  Man, I already know. I'm tellin' you. I'm fixing to figure this shit out. I'm mad as hell, they kicked my shit in.  They found…I know they goin' find. I told them I had weed in the house so. I don't give a fuck about that. I can beat that. That ain't shit. Man, them niggas tried to tear my door down. That bitch fortified though. That's all you heard boom, boom. I grabbed the motherfuckin' strap. Like cha cha.  Then I looked out the window. I'm like damn, the motherfuckin' police out there.

WATKINS: I just got out the fed joint for that same shit.  Kick in the door, I was living in Brightmoor. They was kicking this door.  I didn't think it was the police though. I'm sitting in the room with a bitch. I hear boom. I'm thinking it's somebody. I grabbed the blower.

FORDHAM: Right

WATKINS: I run to the front. I'm you know, behind the door waiting on whoever come through this door I'm fixin' to get it in.

4

FORDHAM: Right

WATKINS: She run to the back.  That's when she seen the police lights in back with [unintelligible] front door so they caught me with the gun.

FORDHAM: Right

**Van AV – same as US Bird Cam 2, Session 1)**
**1671.001.cam1**

**[CLIP 4205F: 12:33-13:21]**

FORDHAM: I'm trying to tell you, I already know. I already know what time it is.

WATKINS: That nigga Odd Ball

FORDHAM: [unintelligible]

WATKINS: [unintelligible]

FORDHAM: So that's…Then Look.  Then there's something else I'm going to tell you about him right.  Because the shit was kinda funny. I get a call. Monday, Tuesday.   Yeah, you know I'll be to see you Thursday.

WATKINS: uh huh

FORDHAM: One of the bros. You know, you know when I get with you [unintelligible] one of the bros.

WATKINS: uh huh

FORDHAM: So, I'm thinking Thursday. [unintelligible] he fixin' to come see me.  But luckily, I ain't get the other, other shit.

WATKINS: Right

FORDHAM: That he wanted

WATKINS: Right

FORDHAM: It was just the weed.  They thought they was goin' surprise me. Came kick door with that bitch early in the morning and shit.  They got the weed and shit, whatever. I don't give a fuck.

WATKINS: uh huh

**Van AV – same as US Bird Cam 2, Session 1)**
**1671.001.cam1**

**[CLIP 4205G: 17:27-17:44]**

FORDHAM: Nigga, they was trying to tear my fuckin' door down.  You know it's fortified.

UNKNOWN: Oh. Yeah, your shit is ain't it.

FORDHAM: I came to open the door for they hoe ass.

UNKNOWN: [unintelligible]

FORDHAM: All it is, all it was, was some weed. Fuck.  They ain't what y'all looking for, for anyway.  So, nigga, y'all cant charge a nigga with that. Y'all trying to…I see what y'all trying to do

UNKNOWN: uh huh

**Van AV - 1671.002.cam1**

**[CLIP 4205J: 6:33-7:04]**

UNKNOWN: This shit don't make sense bro

FORDHAM: I know…I know it's coming from one of, one of the guys

UNKNOWN: That's what I know that. Fasho

JACOBS: Shits real

6

Exhibit A

FORDHAM: Got to be

JACOBS: Cause why…

WATKINS: Everybody Vice Lord or affiliated with them

JACOBS: I'm affiliated with them. [unintelligible] That's crazy

WILHITE: Everybody but CI-27016, right?

JACOBS: The whole time I was just thinking about it

FORDHAM: Right

JACOBS: You feel me. You feel me?

FORDHAM: No doubt

JACOBS: Damn

FORDHAM: Wow
**Van AV**
**1671.004.cam1**
**[CLIP 4205K: 5:29-5:58]**

FORDHAM: It's goin' trip you out bro-bro

[U/I]

FORDHAM: I ain't goin' say his name

WATKINS: Right

FORDHAM: But it's goin' trip you out brodie when I tell you. I done put two and two together.  I already know now

WATKINS: I'm trying to figure it out [U/I]

7

FORDHAM: Bro, I'm talkin' to you, C-4, all this…Bro, I done put it together. I know who it was. I done put it to-fuckin'-gether.  I know who it is.

WATKINS: This crazy bro

FORDHAM: I done put it the fuck together.

**Van AV**
**1671.004.cam1**
**[CLIP 4205L: 7:04-7:45]**

FORDHAM: Yeah, now see, that's another reason I know up front now.  I know.  I know exactly who it is bro.  I know exactly who it is, because lil' bro came over and told me that he told him that they got me and his phoned tapped on a conversation.  Lil bro came over on a motorcycle and told me that shit last week.  So, I know who did it.  I know who it is then.  Cause how the fuck you know that.

WATKINS: Right. How you know the phones tapped?

FORDHAM: Right.

WILHITE: [U/I]

FORDHAM: Naw, when you just said that, I put two and two together. I know who it is.  I ain't going to expose him in front of everybody but I'm going to expose him for the people that's supposed to know.  You know what I'm saying.

**Van AV**
**1671.004.cam1**
**[CLIP 4205M: 11:17-12:00]**

FORDHAM: The weed in the house. [U/I] The other shit you be having.  I don't know what you talkin' bout. [U/I] Vice Lord. Nigga, I [U/I]  I be all around the county nigga.  Look at my portfolio. I be out here giving to the brothers and sisters. Shit.

8

WATKINS: One thing is for sure and two things is for certain.  They can't lock you up for being a Vice Lord.

FORDHAM: Yeah, Right.  Exactly.

WATKINS: You can be what you wanna be

FORDHAM: Exactly

WATKINS: So, as long as everybody just shut the fuck up

FORDHAM: Yeah

WATKINS: and don't make it a bigger case

WILHITE: Oh God

WATKINS: That's what make it an indictment, when niggas get to talkin' and they make, they build a case.  They make the case for em'.

FORDHAM: Exactly.

WATKINS: That's why these days they snatch up so many motherfuckers.  They know out of forty.  Ten of em' goin talk to you.

FORDHAM: Right

WATKINS: If not thirty of these lame ass niggas.

**Van AV
1671.004.cam1
[CLIP 4205N: 18:16-19:41]**

WATKINS: And niggas talkin' bro, I swear.

FORDHAM: I know.  Exactly.

WATKINS: [U/I] Niggas talkin' made the indictment worse.

FORDHAM: Yeah.  Yeah.

9

WATKINS: You know what I'm saying? For real.

UNKNOWN [U/I] talking about me for real.

WATKINS: That's how you play it.  I don't know this person. I don't know that person. [U/I]

UNKNOWN: I don't know.

WATKINS: But if you get to saying, this person, then you connecting the dots and that's the indictment right there.  Everybody know each other. [U/I] Everybody know him.  Don't nobody know nobody.

UNKNOWN: For real

WATKINS: And make it separate situations. Whatever I got going on. Whatever you caught me with that's me.   I don't even got nothing to do with no Vice Lords. None of these dudes.  I don't even know them.  You know what I'm saying.

UNKNOWN: [U/I] play it like that though

WATKINS: But the people that get to…trying to talk they way out of it. Goin' make it worse.

UNKNOWN: Yeah

WATKINS: I'm telling you.

UNKNOWN: [U/I] you feel me

FORDHAM: Right.

UNKNOWN: Nigga don't really don't even…You know what I'm saying. [U/I]

WATKINS: Niggas might…They might know my name but my face and all that.  I stay lowkey. I don't really show my face like that.

FORDHAM: Yeah, that's me too

WATKINS: They might get a name [U/I]

FORDHAM: That's me too.  That's why I ain't really screaming my name like that.  Lot of niggas don't know my face or even my name.

WATKINS: Facts

FORDHAM: Don't even know me so, if we go, come face to face in court. I'm going be like you can't even say who I am

WATKINS: You can't say it's me.  That's how you got to play it.

FORDHAM: Right.  Skitzo.

**Van AV - 1671.006.cam1**

**[CLIP 4205O: 11:50-14:01]**

WATKINS: Feds bro.  Niggas going to jail. It's all about softening the blow at this point. And the only way to soften the blow is to shut the fuck up. You don't know nothing.  That's the only way.  You get to talkin' it's going to get worse. I swear to God.  [U/I] been through this shit bro.  The only way to soften the blow is to be quiet.  Get a lawyer and let your lawyer handle that shit.  But for sure they ain't brought people from all out of town and…they ain't doing all this to talk to us. You know what I'm saying.  That aint…They could have Zoom called us if that was the case. This is bigger then just some talking.  They want to talk to see whose going to tell and then it's going to go from there.

UNKNOWN: Damn [U/I] forty something people

WATKINS: Man, that's a big indictment bro.  You know how many…if they don't, you know what I'm saying.  For real, like you know how big it takes to get the judge to write a forty something uh warrant to kick in forty something doors.

UNKNOWN: Yeah

WATKINS: It's got to be something serious.  They not just fixing to be doing this to [U/I] play or

FORDHAM: Exactly

WATKINS: You know what I'm saying. Niggas just kicked in forty something doors…motherfuckers from all out of town to come do this shit.

FORDHAM: Right

WATKINS: This shit serious. There's something going on, serious around this bitch.

FORDHAM: Yeah

WATKINS: Somebody making it bigger than what it is.

FORDHAM: Uh huh.  That's exactly

WATKINS: Somebody…And we got to all stick together and let me [U/I] It ain't what they makin' it.

FORDHAM: Right

WATKINS: [U/I] However you got me, that's me [U/I] I don't even know these niggas [U/I]

FORDHAM: Exactly

**Van AV - 1671.007.cam1**
**[CLIP 4205P: 7:05-End]**

WATKINS: They keeping all the phones for evidence [U/I] I left my phone upstairs on the thang [U/I] I never have my phone in my pocket.

FORDHAM: I'm hoping [U/I] kept my phone. I'm hoping she put it up.

WATKINS: Damn that shit was so sloppy

FORDHAM: [U/I] on the fuckin' bed. I know they got that bitch.

12

Exhibit A

UNKNOWN: What kind of…iPhone?

FORDHAM: Huh?

UNKNOWN: iPhone? You had an iPhone?  You can erase that shit.  As soon as you get out, get you another phone.

WATKINS: Man, when I get out I'm throwing that bitch…I'm not even taking it.  Like when they say, you want your phone back.

UNKNOWN: I'm talkin' bout you can erase everything before they even play with that bitch.  You can erase everything up out that bitch. Contacts and all


**backup_van_audio.006**
**[CLIP 4205Q (Audio Only): 48:49-49:34]**

REID: Fucking Odd Ball.  Nigga, when they opened up that van and I seen who the fuck they had, I was like what the fuck is y'all here for?

EPPENGER: First two people I seen was them two

REID: First motherfucker I seen when I pulled up was C-4

UNKNOWN: Yeah

REID: And [stutter] Drama brother. Um [stutter] Chuckles.

UNKNOWN: Chuckles

EPPENGER: Yeah

REID: Yeah.  Then they opened up that van I see

EPPENGER: Red

REID: Red. I'm like what the fuck. All then once, all that shit came together. Yep I know what the fuck it is

13

HUNTER: I know what this shit about now, when I seen you. Bro when I seen you I was like damn. [U/I] We don't even be together like that

THOMAS: They trying to get information about this Vice Lord shit.

REID: Oh yeah, they trying to connect all this shit.

**backup_van_audio.006**
**[CLIP 4205R (Audio Only): 1:19:05-1:19:32]**

THOMAS: They got Spaghetti and everybody

REID: Yeah they got Ghetti and Red all up in there bro

THOMAS: [U/I] I aint seen P though

THOMPSON: What? Are you fuckin' serious?

REID: Dead fuckin' serious. Open up that van I seen…I was like oh my God

UNKNOWN: They got everybody

W. WATKINS: [U/I] when I saw them getting out the truck. Cause I saw Ace first

THOMPSON: Wow, that's some bullshit.

THOMAS: Ace over there?

W. WATKINS: Yeah

THOMAS: What Ace?

W. WATKINS: His Ace

REID: Yep

14

THOMPSON: They got Ace too

REID: Uh huh


**backup_van_audio.006**
**[CLIP 4205S (Audio Only): 1:41:43-1:42:07]**
REID: As long as motherfuckers keep their mouth shut, don't say shit

THOMAS: [U/I] Niggas talkin'

THOMPSON: Well, somebody always talkin'

REID: That's the beauty part of it.  They always do. Snitchin' ass
motherfuckers.


**backup_van_audio.006**
**[CLIP 4205T (Audio Only): 2:16:30-2:16:51]**

THOMAS: Somebody trying to shut the whole VL down

UNKNOWN: You hear B?

REID: It's either that or somebody trying to get all major players out the
motherfuckin' way so they can go head and swoop in do what the fuck they
goin' do bra.

THOMAS: Sound like what it sound like to me

HUNTER: [U/I] sound like to me. [U/I]

REID: This some major shit hear bra

HUNTER: Yeah this major. An indictment nigga

**backup_van_audio.006.part02**
**[CLIP 4205U (Audio Only): 9:28-9:38]**

FORDHAM: They got my mans that I just showed you and they got my other nigga. He probably still in the car too.  Skinny nigga. Skinny light skin nigga. Skinny light skin nigga.


**backup_van_audio.006.part02**
**[CLIP 4205V (Audio Only): 17:06-18:14]**

FORDHAM: [U/I] I know they hit C-4's.  I know they had been hit A-U's.

THOMPSON: Schizo

FORDHAM: Schizo. They had hit uh Chaos shit too.

THOMPSON: They hit my lil bro house to.  White [U/I].

FORDHAM: I'm telling you there's something wrong with the Nation shit.

REID: They hit my bro shit man.  light skin over there

FORDHAM: it's something with the Nation shit

THOMPSON: Ace?

REID: Yep.  They hit Ace shit.

FORDHAM: Bro, I'm telling you it's something going on with the Nation.

THOMPSON: They hittin' all the tops seconds.

REID: Right [U/I]

FORDHAM: Somebody about the…somebody doing something within the Nation. [U/I] like either talking or [U/I] somebody else told me that they said uh…from Shaq.  They told Shaq. Naw nigga. You the man. I get the weed from Shaq.  That's what they told him

16

Exhibit A

**backup_van_audio.006.part02**
**[CLIP 4205W (Audio Only): 2:02:50-2:04:25]**

FORDHAM: I'm still trying to figure out why this nigga CI-27016 ain't here

REID: Why CI-27016 ain't here.  Why I ain't see no God damn seeds here

FORDHAM: Dawg, you know them niggas quiet.

THOMPSON: They quiet but shit.  Why they here?

FORDHAM: Huh?

REID: Who?

THOMPSON: Twellve and them.

REID: Get the fuck outta here.  You know why we here.

THOMPSON: I'm saying, well if you here then

REID: It should be a lot more.  It should be a lot more


**backup_van_audio.006.part02**
**[CLIP 4205X (Audio Only): 2:07:01-2:07:45]**

THOMPSON: I heard it was forty two though.

FORDHAM: [U/I] They was pushing the issue. That's why I say something must of happened.

THOMPSON: This the one that's going to hurt us the most.

REID: Uh huh

THOMPSON: The whole chain

FORDHAM: Huh?

17

Exhibit A

THOMPSON: The whole chain of command

FORDHAM: I can't hear you.

THOMPSON: I say, they got the whole chain of command

FORDHAM: It depends on.  It depends on what they, what they, what they say

THOMPSON: They on

**backup_van_audio.006.part02**
**[CLIP 4205Y (Audio Only): 2:11:55-2:12:30]**

THOMPSON: Hey, it is what it is.  I know one thang.  I ain't telling on a motherfuckin' soul. How bout that.

UNKNOWN: Hell naw

UNKNOWN: Real nigga shit

THOMPSON: How bout that

JACOBS: I ain't saying shit.

REID: I ain't saying shit

**backup_van_audio.006.part02**
**[CLIP 4205Z (Audio Only): 2:13:24-2:15:00]**

THOMPSON: We get in these situations man.

FORDHAM: I know, I don't know nothing.

THOMPSON: And we [stutter] start to lose sight

REID: Right

18

THOMPSON: Of what the fuck it is on how we walk.  We walk with our heads tall man. Regardless of whatever situation that we put in.  Point blank period. These motherfuckers can't take shit from us man.

UNKNOWN: Hell naw, we signed up for this shit. So whatever happens, happens, shit

THOMPSON: Signed up for this.  Come on man.  Real nigga shit bro.  Real nigga shit. [U/I] All that man. Yeah man. It just is what it is. I hate that I'm here.  I hate that I'm possibly going to be away from my son. But at the end of the day, it is what it is.  I knew what came with this shit. [U/I] So at the end of the day, I ain't about to stress. Make the best out of the situation, whatever it may be. You know what I'm saying?

REID: Uh huh

THOMPSON: And move out man. Flat out

REID: Bro, we got a fighting chance man. We straight. They give us a bond

THOMPSON: I know what I ain't gonna do.  I know I aint goin' tell on my brother and fuck my name up

REID: Hell no

THOMPSON: And live my whole life, and nigga name bold.  My name been too good, too solid, for too long and it's goin' stay that way.  Straight up

REID: Real talk

THOMPSON: My shit been solid.  It's goin' stay that way, nigga.  My son goin' be proud of his father, ya feel me.

UNKNOWN: [U/I]

THOMPSON: I hold this shit down for real.

19

Exhibit A

**backup_van_audio.006.part02**
**[CLIP 4205AA (Audio Only): 3:26:17-3:26:21]**

REID: Oh, yeah, it's like a family reunion in this motherfucker.

THOMPSON: Family reunion

**backup_van_audio.006.part02**
**[CLIP 4205BB (Audio Only): 3:40:30-3:41:17]**

THOMPSON: What's the charges?

TURNER-BANKHEAD: Man, Racketeering, Conspiracy to sell shit…I done sold nine grams to the bitch [U/I] right there.

THOMPSON: Oh you did?

TURNER-BANKHEAD: Yep

THOMPSON: You remember her?

TURNER-BANKHEAD: Huh?

THOMPSON: You remember her?

TURNER-BANKHEAD: Yeah, [U/I] bitch I sold you more than ten grams like what you what bitch? [U/I] *laughing*

REID: *laughing*

THOMPSON *laughing*

REID: *laughing* [U/I] It's over. Fuck it I did it

TURNER-BANKHEAD: I signed up for this shit. *laughing* I tried to…I was chillin.  I was on my own.  They came back on a nigga like bro, I'm like awe this crazy.  They like you wanna tell.  I said no, y'all got everything. What the fuck. Bro, everything right here.  Dumb ass nigga *laughing* There's nothing I can do about this shit.

20

Exhibit A

**backup_van_audio.006.part02**
**[CLIP 4205CC (Audio Only): 3:47:23-3:47:53]**

REID: I ain't telling on nobody.  I ain't admitting to shit.  If that was the case man, they should have grabbed a whole lot more, way more than what they grabbed today.

TURNER-BANKHEAD: They got sixty.  They said they still going to grab niggas.  They got people on the way here now.

REID: Oh shit, it's going to be a bullpen full of motherfuckers dawg.

**backup_van_audio.006.part02**
**[CLIP 4205DD (Audio Only): 3:50:30-3:51:55]**

TURNER-BANKHEAD: Same nigga I was defending got me in the back of a motherfuckin' fed van

REID: Stak.

TURNER-BANKHEAD: *laughing* Yeah

REID: Motherfuckin' Stak.  I told motherfuckers.  'Naw bro he good'. 'He good'.  Yeah. Yeah, yeah okay.  *laughing*

TURNER-BANKHEAD: *laughing*

REID:  *laughing* Niggas was defending him.   You was too Teiz. Motherfucker ya'll was on that Wakanda shit, naw set Stak free.  Set…

THOMPSON: I asked…I asked [U/I] I was like shit it is what it is.

UNKNOWN: Yeah

THOMPSON: You said it what [U/I] it is what it is

REID: Hey…When motherfucker sat there and they sent out paperwork

THOMPSON: Aint nobody, but motherfuckers only said that he wasn't. [U/I] Nobody said it was no shit like, you know what I'm saying?

REID: Well yeah, you know, he ain't no, he ain't [stutter] part and partial no more so…

THOMPSON: I know.  I'm saying, but ain't nobody say he was on no telling shit.

REID: Oh no, I said he was snitching. I said I had paperwork. I say, I got it. Leave him the fuck alone.

THOMPSON: Nobody ever tell me that

REID: I even told bro.  I said bro.  Holler at Teiz.  Tell him, leave that fucker alone.  Why you think that nigga was going out to California.  That was they witness protection program *laughing*.


**backup_van_audio.006.part03**
**[CLIP 4205EE (Audio Only): 00:52-1:17]**

TURNER-BANKHEAD: They want everybody to think somebody snitchin'.  Nigga, we told on our got damn selves. [U/I] They got all the warrants from inboxes.  That Facebook.  Anything you said, they went back three years. They looked at everything.

FORDHAM: When they said, when they said ISY, somebody snitching

THOMAS: Yeah

TURNER-BANKHEAD: Yeah it's snitchin'.  Somebody snitchin'.  But they got long ass paperwork to with what they tellin' on.

Exhibit A