UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

                              Criminal No.  21-20354

                              Hon. Jonathan J.C. Grey

D-13 Lawon Carter,

      Defendant.

## NOTICE OF FILING EXHIBITS

Notice is hereby given that Government Exhibits 515.8, 621.1, 621.3, 621.11, 621.17, and 621.18 were admitted into evidence at the jury trial and are hereby included in the certified record for purposes of appeal. Copies of these exhibits are attached.

                              Respectfully submitted,

                              Jerome F. Gorgon Jr.
                              United States Attorney

                              *s/ Danielle Asher*
                              Assistant U.S. Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              (313) 226-9518
                              Danielle.Asher@usdoj.gov

Date: October 22, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                          Criminal No.  21-20354

v.

                                                          Hon. Jonathan J.C. Grey

D-13 Lawon Carter,

        Defendant.

## LIST OF TRIAL EXHIBITS

| Ex. No. | Description |
|---|---|
| 515.8 | 19654 Algonac search warrant photo (IMG_8445.JPG) |
| 621.1 | 17247 Goddard Search Warrant Photos (IMG_0428.JPG) |
| 621.3 | 17247 Goddard Search Warrant Photos (IMG_0397.JPG) |
| 621.11 | 17247 Goddard Search Warrant Photos (IMG_0425.JPG) |
| 621.17 | 17247 Goddard Search Warrant Photos (IMG_0396.JPG) |
| 621.18 | 17247 Goddard Search Warrant Photos (IMG_0399.JPG) |



GOVERNMENT EXHIBIT 515.8





GOVERNMENT EXHIBIT 621.3





